**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| TERESA RICHARDSON, : | |
| 2126 Gillette Street, Houston, TX 77006, : | |
| : | |
| CHRISTOPHER CARROLL, : | Case No. 20-cv-02262 |
| 2240 South 17th Street, Philadelphia, PA 19145, : | |
| : | |
| GINA ARFI, : | |
| 25 Arch Avenue, Farmingdale, NY 11735, and : | |
| : | |
| AIDA ZARGAS, : | |
| 106 Elmwood Drive, Michigan City, IN 46360 : | |
| : | |
| Plaintiffs, : | |
| -against- : | |
| : | |
| DONALD J. TRUMP, *in his capacity as President of the* : | |
| *United States*, : | |
| 1600 Pennsylvania Avenue, N.W., Washington, D.C. 20500 : | |
| : | |
| LOUIS DEJOY, *in his capacity as Postmaster General of the* : | |
| *United States*, : | |
| 475 L'Enfant Plaza, SW, Washington, DC 20260, and : | |

**[PROPOSED] ORDER GRANTING MOTION FOR *PRO HAC VICE*
ADMISSION OF DAVID H. BERG**

THIS MATTER is before the Court on behalf of Plaintiffs' Motion for *Pro Hac Vice* Admission of David H. Berg in the above-captioned case. It is hereby:

**ORDERED** that Plaintiffs' motion is GRANTED and David H. Berg is hereby ADMITTED *pro hac vice* in the above action.

**SO ORDERED** this _____ day of _____ 2020.

_____
UNITED STATES DISTRICT JUDGE