UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| TERESA RICHARDSON, CHRISTOPHER CARROLL, GINA ARFI, and AIDA ZYGAS, | : | |
| | : | |
| Plaintiffs, | : | Case No. 20-cv-02262 (EGS) |
| -against- | : | |
| | : | |
| DONALD J. TRUMP, *in his official capacity as President of the United States*, | : | |
| | : | |
| LOUIS DEJOY, *in his official capacity as Postmaster General of the United States*, and | : | |
| | : | |
| UNITED STATES POSTAL SERVICE, | : | |
| | : | |
| Defendants. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## JOINT MOTION FOR ADJOURNMENT OF BRIEFING ON PLAINTIFFS' MOTION FOR EXPEDITED DISCOVERY

On August 27, 2020, Plaintiffs Teresa Richardson, Christopher Carroll, Gina Arfi, and Aida Zygas (collectively, "Plaintiffs") filed a motion for expedited discovery (the "Expedited Discovery Motion," ECF No. 26)  By Order dated August 27, 2020, this Court directed Defendants to file their opposition to the Expedited Discovery Motion on or before September 3, 2020, and Plaintiffs to file their reply on or before September 8, 2020.

By letter dated August 31, 2020, counsel for Defendants Donald J. Trump, Louis DeJoy and United States Postal Service (collectively, "Defendants") informed Plaintiffs' counsel that a court in the United States District Court for the Eastern District of Washington issued an order (*see* Order Granting Plaintiffs' Mot. for Expedited Discovery, *State of Washington v. Trump*, Case No. 20-cv-03127 (SAB) (E.D. Wash. Aug. 27, 2020), ECF No. 38) directing Defendants to provide expedited discovery by September 6, 2020 (the "Washington Discovery") that addresses many of the same issues as Plaintiffs' proposed discovery requests and interrogatories attached as exhibits to the Expedited Discovery Motion.

The parties have agreed that Defendants will provide Plaintiffs with copies of the Washington Discovery on or before September 6, 2020 and, accordingly, that briefing on the Expedited Discovery Motion should be adjourned and if, upon review of the Washington Discovery, Plaintiffs believe a supplemental production is warranted, Plaintiffs will renew their Expedited Discovery Motion.

Accordingly, the parties respectfully request that the Court enter an Order adjourning the briefing schedule on the Expedited Discovery Motion, directing Plaintiffs to inform the Court whether they wish to renew the Expedited Discovery Motion on or before September 8, 2020 and, if the motion is renewed, directing Defendants to file an opposition to the renewed motion on or before September 11, 2020 and Plaintiffs to file their reply on or before September 14, 2020.

A proposed Order is submitted concurrently herewith.

Dated: Washington, D.C.
August 31, 2020

| | |
|---|---|
| ETHAN P. DAVIS<br>Acting Assistant Attorney General<br><br>ERIC WOMACK<br>Assistant Branch Director, Federal Programs Branch<br><br> /s/ *Kuntal Cholera*<br>KUNTAL CHOLERA<br>D.C. Bar No. 1031523<br>JOSEPH BORSON<br>ALEXIS ECHOLS<br>Trial Attorneys<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, NW<br>Washington, D.C. 20005<br>kuntal.cholera@usdoj.gov<br><br>*Attorneys for Defendants* | BERG & ANDROPHY<br><br> /s/ *David H. Berg*<br>David H. Berg<br>(*Admitted pro hac vice*)<br><br> /s/ *Joel M. Androphy*<br>Joel M. Androphy<br>D.D.C. Bar No. 999769<br><br>James W. Quinn<br>(*Admitted pro hac vice*)<br>Bronwyn M. James<br>(*Admitted pro hac vice*)<br>120 West 45th Street, 38th Floor<br>New York, NY 10036<br>Tel: (646) 766-0073<br><br>*Attorneys for Plaintiffs*<br><br>OF COUNSEL:<br><br>Kathryn Page Berg<br>120 West 45th Street, 38th Floor<br>New York, NY 10036<br>(*Admitted pro hac vice*)<br>Tel: (646) 766-0073 |