**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TERESA RICHARDSON, CHRISTOPHER CARROLL, GINA ARFI, and AIDA ZYGAS,

                Plaintiffs,

-against-

DONALD J. TRUMP, *in his official capacity as President of the United States*,

LOUIS DEJOY, *in his official capacity as Postmaster General of the United States*, and

UNITED STATES POSTAL SERVICE,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 20-cv-02262 (EGS)

## PLAINTIFFS' RESPONSE OF NO OBJECTION TO CONSOLIDATION

Pursuant to this Court's Minute Order, dated September 1, 2020, directing all parties to show cause why this action should not be consolidated with related cases, Plaintiffs Teresa Richardson, Christopher Carroll, Gina Arfi, and Aida Zygas respond that they have no objection to the consolidation of this action with *National Association for the Advancement of Colored People v. U.S. Postal Service*, Case No. 20-2295, *State of New York v. Trump*, Case No. 20-2340, and *Vote Forward v. DeJoy*, Case No. 20-2405, pursuant to Rule 42(a) of the Federal Rules of Civil Procedure and Local Civil Rule 40.5(a)(3).

Dated: Washington, D.C.
September 2, 2020

Respectfully submitted,

BERG & ANDROPHY

  /s/ *David H. Berg*
David H. Berg
(*Admitted pro hac vice*)

  /s/ *Joel M. Androphy*
Joel M. Androphy
D.D.C. Bar No. 999769

James W. Quinn
(*Admitted pro hac vice*)
Bronwyn M. James
(*Admitted pro hac vice*)
120 West 45th Street, 38th Floor
New York, NY 10036
Tel: (646) 766-0073

*Attorneys for Plaintiffs*

OF COUNSEL:

Kathryn Page Berg
120 West 45th Street, 38th Floor
New York, NY 10036
(*Admitted pro hac vice*)
Tel: (646) 766-0073