**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TERESA RICHARDSON, CHRISTOPHER CARROLL, :
GINA ARFI, and AIDA ZYGAS, :
                                                                   Plaintiffs,      :      Case No. 20-cv-02262 (EGS)
        -against- :

DONALD J. TRUMP, *in his official capacity as President of* :
*the United States*, :

LOUIS DEJOY, *in his official capacity as Postmaster* :
*General of the United States*, and :

UNITED STATES POSTAL SERVICE, :
                                                   Defendants. :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**PLAINTIFFS' MOTION FOR RECONSIDERATION OF STAY OF BRIEFING
ON PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION
AND FOR EXPEDITED BRIEFING ON PRELIMINARY INJUNCTION**

      Plaintiffs Teresa Richardson, Christopher Carroll, Gina Arfi, and Aida Zygas (collectively "Plaintiffs"), by and through their undersigned counsel, hereby move this Court, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, to reconsider its August 27, 2020 Minute Order staying briefing on Plaintiffs' motion for a preliminary injunction (the "Preliminary Injunction Motion," ECF No. 14) "pending the Court's ruling on [ECF No. 26] motion for expedited discovery."

      Subject to any consolidation of this Case with related cases and any new schedule that this Court may set for the consolidated action, Plaintiffs ask the Court to lift the stay currently in effect on briefing for the Preliminary Injunction Motion and require the Defendants' opposition to be filed on September 8 and Plaintiffs' reply to be filed on September 11, and to set an evidentiary hearing on the Preliminary Injunction Motion for no later than September 16.

Pursuant to Local Rule 7(m), Plaintiffs' counsel met and conferred in good faith with Defendants' counsel on September 3, 2020. Defendants' counsel indicated that Defendants do object to a September 8 deadline for filing Defendants' briefing on a Preliminary Injunction, but do not in principle object to lifting the stay on Preliminary Injunction briefing so long as Plaintiffs in this case operate on a coordinated schedule with the plaintiffs in the related matters. Defendants' counsel added that Defendants want to ensure that there is one round of briefing and argument.

A proposed Order is filed concurrently herewith.

Dated: Washington, D.C.
September 3, 2020

Respectfully submitted,

BERG & ANDROPHY

 /s/ *David H. Berg*
David H. Berg
(*Admitted pro hac vice*)

 /s/ *Joel M. Androphy*
Joel M. Androphy
D.D.C. Bar No. 999769
James W. Quinn
(*Admitted pro hac vice*)
Bronwyn M. James
(*Admitted pro hac vice*)
120 West 45th Street, 38th Floor
New York, NY 10036
Tel: (646) 766-0073

*Attorneys for Plaintiffs*

OF COUNSEL:

Kathryn Page Berg
120 West 45th Street, 38th Floor
New York, NY 10036
(*Admitted pro hac vice*)
Tel: (646) 766-0073