UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
TERESA RICHARDSON, CHRISTOPHER CARROLL, :
GINA ARFI, and AIDA ZYGAS, :
             :
       Plaintiffs, : Case No. 20-cv-02262 (EGS)
    -against- :
             :
DONALD J. TRUMP, *in his official capacity as President of* :
*the United States*, :
             :
LOUIS DEJOY, *in his official capacity as Postmaster* :
*General of the United States*, and :
             :
UNITED STATES POSTAL SERVICE, :
             :
      Defendants. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## PLAINTIFFS' SUPPLEMENTAL STATUS REPORT

In accordance with the Court's September 5, 2020 Minute Order ("Order") and the parties' Joint Status Report filed (ECF No. 47), Plaintiffs hereby respectfully submit this status report supplementing the list of witnesses they intend to call and exhibits they intend to introduce at the evidentiary hearing.

1. The Order directed that the parties "shall address a joint proposed briefing schedule on . . . Plaintiffs' motion for preliminary injunction" and for Plaintiffs to provide, "[t]o the extent possible . . . (1) suggested dates for an evidentiary hearing, including an estimate of the time length of said hearing; (2) the anticipated number of witnesses and the anticipated testimony length for each witness; (3) the scope of the proffered testimony for each anticipated witness; (4) lists of exhibits to be introduced at the evidentiary hearing, as well as copies of exhibits for opposing counsel and the Court; and (5) any evidentiary or factual stipulations to which the parties have agreed."

1. **Anticipated Number of Witnesses, Scope and Length of Testimony.**

Plaintiffs anticipate calling the following additional witnesses but reserve the right to add or remove witnesses from their list:

   i. Justin Grimmer – Grimmer is a Professor of Political Science at Stanford University in Stanford, California whose testimony will relate to the matters set forth in his declaration filed in *Vote Forward v. DeJoy*, 20-cv-02405 (EGS) (D.D.C. Aug. 28, 2020) (ECF No. 16.11).

   ii. Eitan Hersh – Hersh is an associate professor of political science at Tufts University in Medford, Massachusetts whose testimony will relate to the matters set forth in his declaration filed in *Vote Forward v. DeJoy*, 20-cv-02405 (EGS) (D.D.C. Aug. 28, 2020) (ECF No. 16.15).

2. **Lists of Exhibits with Copies of Exhibits.**

*Plaintiffs' Exhibits.*  A list of additional exhibits Plaintiffs intend to introduce at the evidentiary hearing is attached as Exhibit A.  Plaintiffs request the right to supplement this list with additional exhibits, if necessary, no later than one day prior to the hearing.

Dated: Washington, D.C.
       September 14, 2020

                                            Respectfully submitted,

                                            BERG & ANDROPHY

                                             /s/ *David H. Berg*
                                            David H. Berg
                                            (*Admitted pro hac vice*)
                                            James W. Quinn
                                            (*Admitted pro hac vice*)
                                            Bronwyn M. James
                                            (*Admitted pro hac vice*)
                                            120 West 45th Street, 38th Floor
                                            New York, NY 10036
                                            Tel: (646) 766-0073

                                            Joel M. Androphy
                                            D.C. Bar No. 999769
                                            3704 Travis Street
                                            Houston, TX 77002
                                            Tel: (713) 529-5622

OF COUNSEL

Kathryn Page Berg
120 West 45th Street, 38th Floor
New York, NY 10036
(*Admitted pro hac vice*)
Tel: (646) 766-0073

*Attorneys for Plaintiffs*