# Exhibit A

## EXHIBITS

1. Letter from Louis DeJoy to Chairman Johnson et al., August 31, 2020.

2. State and Local Election Mail – User's Guide, USPS, January 2020.

3. USPS web page as of September 11, 2020.

4. AIM PowerPoint Presentation, August 13, 2020.

5. Chart of States Where Voters' Mail-in Ballots Are Impacted By Defendants' Delays,filed as Exhibit 2 to Plaintiffs' Amended Complaint in *Vote Forward v. DeJoy*, 20-cv-02405-EGS (D.D.C. 2020) (ECF No. 15.2).

6. Ashlea Kosikowski et al., *President Suggests Voters Should Attempt to Cast Ballot Twice in Interview with WCET's John Evans*, WCET NEWS 6, at 1:44 (Sept. 2, 2020; 3:42 PM), https://www.wect.com/2020/09/02/wects-jon-evans-interview-with-president-trump-he-arrives-ilm [video]

7. Katelyn Polantz & Caroline Kelly, *Barr Says Voting by Mail is 'Playing with Fire,'* CNN, at 1:06 (Sept. 2, 2020; 7:52 PM) [video]

8. Letter from Rickey R. Dean to Mark Dimondstein, June 17, 2020.

9. Declaration of Professor Justin Grimmer with attached exhibits, filed in *Vote Forward v. DeJoy*, 20-cv-02405-EGS (D.D.C. Aug. 28, 2020) (ECF No. 16.11)

10. Declaration of Eitran D. Hersh with attached exhibits, filed in *Vote Forward v. DeJoy*, 20-cv-02405 (EGS) (D.D.C. Aug. 28, 2020) (ECF No. 16.15)

11. Tweet of President Donald J. Trump, August 23, 2020.

12. Tweet of President Donald J. Trump, September 3, 2020.