**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TERESA RICHARDSON, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *in his official capacity as President of the United States*, *et al.*,<br><br>Defendants. | No. 20-cv-2262(EGS) |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** the Plaintiffs' Motion for Preliminary Injunction is **GRANTED IN PART** and **DENIED IN PART**; and it is further

**ORDERED** that a Preliminary Injunction is hereby entered against Defendants; and it is further

**ORDERED** that pursuant to the Order, Defendants are **HEREBY ENJOINED** from enforcing the Late/Extra Trips Policy; and it is further

**ORDERED** that pursuant to the Order, Defendants **SHALL** authorize all overtime necessary to ensure the timely delivery of Election Mail; and it is further

**ORDERED** that any request to stay this Order pending appeal will be denied for the reasons stated in the accompanying Memorandum Opinion.

**SO ORDERED.**

**Signed: Emmet G. Sullivan**
**United States District Judge**
**October 8, 2020**