UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THERESA RICHARDSON, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, *in his official capacity as President of the United States*, *et al.*, <br><br> Defendants. | Civil Case No. 20-cv-02262 (EGS) |

**PLAINTIFFS' EMERGENCY MOTION TO ENFORCE AND
MONITOR COMPLIANCE WITH PRELIMINARY INJUNCTION
AND REQUEST FOR EXPEDITED BRIEFING AND HEARING**

The above-captioned Plaintiffs hereby move the Court to order relief necessary to ensure Defendants' immediate compliance with the Court's preliminary injunction order (the "Order," ECF No. 64). Plaintiffs have submitted a memorandum in support of their motion and the exhibits attached thereto, and a proposed Order.

Pursuant to Local Civil Rule 7(m), Plaintiffs' counsel discussed this motion in good faith with Defendants' counsel to determine whether there is any opposition to the relief sought and to narrow any areas of disagreement. Defendants do not consent to the relief requested in this motion and have indicated that they intend to submit a full opposition to this motion.[1]

---

[1] In their email confirming their opposition to this motion, Defendants' counsel stated:

> We explained to you, in great depth, that USPS does not maintain this data in the ordinary course, and cannot put it together without great burden. And even then, the data will be unverified, and unreliable. On top of that, it would consume critical resources from people who should be focusing on election mail, thus undermining the whole purpose of Plaintiffs' lawsuit. Accordingly, we do not consent to your requested relief. We ask that you append this e-mail to your motion, and make clear that USPS intends to file a full substantive opposition to your request.

1

Defendants' noncompliance with the Court's Order only two weeks before the November 3, 2020 election threatens irreparable harm to Plaintiffs and necessitates immediate relief. Plaintiffs therefore request that the Court (1) schedule and hold a hearing via teleconference or video conference on or before **Tuesday, October 27, 2020**, to address additional equitable relief necessary to ensure compliance, (2) order Defendants to produce certain updated, current data regarding mail delivery timelines no later than 12 hours before that hearing, and (3) order Defendants to produce that data, going forward, on a daily basis.

Given the urgency of this matter, Plaintiffs respectfully request that the Court direct Defendants to file a response, if any, to Plaintiffs' Emergency Motion to Enforce Preliminary Injunction by 5:00 PM Eastern on **Friday, October 23, 2020**.

Dated: Washington, D.C.
       October 22, 2020

Respectfully submitted,

BERG & ANDROPHY

 /s/ *David H. Berg*
David H. Berg
(*Admitted pro hac vice*)
Joel M. Androphy
D.D.C. Bar No. 999769
James W. Quinn
(*Admitted pro hac vice*)
Bronwyn M. James
(*Admitted pro hac vice*)
120 West 45th Street, 38th Floor
New York, NY 10036
Tel: (646) 766-0073

*Attorneys for Plaintiffs*

OF COUNSEL:

Kathryn Page Berg
120 West 45th Street, 38th Floor
New York, NY 10036
(*Admitted pro hac vice*)
Tel: (646) 766-0073