| Date | Inbound Ballot | Outbound Ballot | Outbound Non-Ballot Election Mail |
|---|---|---|---|
| 10/24/2020 | 94.73% | 94.07% | 95.96% |
| 10/26/2020 | 93.39% | 95.20% | 57.14% |
| 10/27/2020 | 95.05% | 88.95% | 33.26% |