| Day | Area | District | First-Class | Marketing Mail |
|---|---|---|---|---|
| 10/24/2020 | Nation | | 85.99% | 89.10% |
| 10/26/2020 | Nation | | 88.55% | 87.90% |
| 10/27/2020 | Nation | | 61.90% | 89.83% |
| 10/28/2020 | Nation | | 78.24% | 86.13% |
| 10/29/2020 | Nation | | 88.80% | 86.45% |
| | | | | |
| 10/24/2020 | Capital Metro | | 79.82% | 80.18% |
| 10/24/2020 | Eastern | | 80.32% | 84.10% |
| 10/24/2020 | Great Lakes | | 85.98% | 89.89% |
| 10/24/2020 | Northeast | | 89.39% | 92.92% |
| 10/24/2020 | Pacific | | 92.28% | 96.15% |
| 10/24/2020 | Southern | | 87.62% | 88.35% |
| 10/24/2020 | Western | | 86.80% | 92.35% |
| 10/26/2020 | Capital Metro | | 82.34% | 74.51% |
| 10/26/2020 | Eastern | | 82.66% | 79.79% |
| 10/26/2020 | Great Lakes | | 88.47% | 90.22% |
| 10/26/2020 | Northeast | | 92.35% | 92.72% |
| 10/26/2020 | Pacific | | 94.37% | 96.30% |
| 10/26/2020 | Southern | | 89.82% | 91.28% |
| 10/26/2020 | Western | | 90.29% | 92.08% |
| 10/27/2020 | Capital Metro | | 53.03% | 79.06% |
| 10/27/2020 | Eastern | | 54.32% | 85.49% |
| 10/27/2020 | Great Lakes | | 58.62% | 89.33% |
| 10/27/2020 | Northeast | | 71.67% | 93.08% |
| 10/27/2020 | Pacific | | 71.31% | 96.53% |
| 10/27/2020 | Southern | | 66.96% | 92.30% |
| 10/27/2020 | Western | | 62.54% | 91.83% |
| 10/28/2020 | Capital Metro | | 67.53% | 71.32% |
| 10/28/2020 | Eastern | | 73.31% | 79.83% |
| 10/28/2020 | Great Lakes | | 74.58% | 84.09% |
| 10/28/2020 | Northeast | | 86.01% | 91.66% |
| 10/28/2020 | Pacific | | 86.11% | 96.21% |
| 10/28/2020 | Southern | | 80.69% | 90.21% |
| 10/28/2020 | Western | | 80.62% | 88.93% |
| 10/29/2020 | Capital Metro | | 84.70% | 73.00% |
| 10/29/2020 | Eastern | | 82.61% | 79.25% |
| 10/29/2020 | Great Lakes | | 86.71% | 84.06% |
| 10/29/2020 | Northeast | | 93.17% | 93.07% |
| 10/29/2020 | Pacific | | 93.86% | 96.18% |
| 10/29/2020 | Southern | | 90.65% | 89.30% |
| 10/29/2020 | Western | | 90.98% | 90.43% |
| | | | | |
| 10/24/2020 | Capital Metro | Atlanta | 83.85% | 72.71% |
| 10/24/2020 | Capital Metro | Baltimore | 61.49% | 74.92% |

| Day | Area | District | First-Class | Marketing Mail |
|---|---|---|---|---|
| 10/24/2020 | Capital Metro | Capital | 75.90% | 94.19% |
| 10/24/2020 | Capital Metro | Greater S Carolina | 77.42% | 86.90% |
| 10/24/2020 | Capital Metro | Greensboro | 76.78% | 67.40% |
| 10/24/2020 | Capital Metro | Mid-Carolinas | 85.09% | 88.28% |
| 10/24/2020 | Capital Metro | Norther Virginia | 83.53% | 94.86% |
| 10/24/2020 | Capital Metro | Richmond | 82.07% | 87.29% |
| 10/24/2020 | Eastern | Appalachian | 90.05% | 95.16% |
| 10/24/2020 | Eastern | Central Pennsylvania | 68.91% | 59.04% |
| 10/24/2020 | Eastern | Kentuckiana | 89.44% | 96.73% |
| 10/24/2020 | Eastern | Norther Ohio | 80.79% | 74.35% |
| 10/24/2020 | Eastern | Ohio Valley | 83.36% | 83.68% |
| 10/24/2020 | Eastern | Philadelphia Metropo | 56.51% | 74.97% |
| 10/24/2020 | Eastern | South Jersey | 80.01% | 89.81% |
| 10/24/2020 | Eastern | Tennessee | 86.32% | 89.76% |
| 10/24/2020 | Eastern | Western New York | 90.09% | 94.13% |
| 10/24/2020 | Eastern | Western Pennsylvania | 86.73% | 97.80% |
| 10/24/2020 | Great Lakes | Central Illinois | 84.49% | 85.88% |
| 10/24/2020 | Great Lakes | Chicago | 90.51% | 89.76% |
| 10/24/2020 | Great Lakes | Detroit | 71.50% | 85.34% |
| 10/24/2020 | Great Lakes | Gateway | 88.16% | 92.44% |
| 10/24/2020 | Great Lakes | Greater Indiana | 93.13% | 94.09% |
| 10/24/2020 | Great Lakes | Greater Michigan | 87.34% | 92.95% |
| 10/24/2020 | Great Lakes | Lakeland | 86.62% | 92.95% |
| 10/24/2020 | Northeast | Albany | 88.10% | 94.88% |
| 10/24/2020 | Northeast | Caribbean | 97.10% | 96.12% |
| 10/24/2020 | Northeast | Connecticut Valley | 88.81% | 94.82% |
| 10/24/2020 | Northeast | Greater Boston | 89.54% | 85.97% |
| 10/24/2020 | Northeast | Long Island | 89.39% | 94.14% |
| 10/24/2020 | Northeast | New York | 88.42% | 97.85% |
| 10/24/2020 | Northeast | Northern New England | 90.68% | 95.64% |

| Day | Area | District | First-Class | Marketing Mail |
|---|---|---|---|---|
| 10/24/2020 | Northeast | Northern New Jersey | 88.08% | 92.36% |
| 10/24/2020 | Northeast | Triboro | 92.41% | 95.30% |
| 10/24/2020 | Northeast | Westchester | 88.28% | 84.08% |
| 10/24/2020 | Pacific | Bay-Valley | 93.35% | 96.77% |
| 10/24/2020 | Pacific | Honolulu | 90.79% | 85.51% |
| 10/24/2020 | Pacific | Los Angeles | 89.89% | 95.72% |
| 10/24/2020 | Pacific | Sacramento | 93.89% | 92.28% |
| 10/24/2020 | Pacific | San Diego | 92.46% | 96.31% |
| 10/24/2020 | Pacific | San Francisco | 94.33% | 98.63% |
| 10/24/2020 | Pacific | Santa Ana | 92.32% | 97.40% |
| 10/24/2020 | Pacific | Sierra Coastal | 91.46% | 97.13% |
| 10/24/2020 | Southern | Alabama | 81.25% | 80.79% |
| 10/24/2020 | Southern | Arkansas | 89.41% | 93.67% |
| 10/24/2020 | Southern | Dallas | 91.37% | 94.63% |
| 10/24/2020 | Southern | Ft. Worth | 87.32% | 87.75% |
| 10/24/2020 | Southern | Gulf Atlantic | 79.12% | 86.34% |
| 10/24/2020 | Southern | Houston | 88.52% | 90.10% |
| 10/24/2020 | Southern | Louisiana | 91.47% | 81.37% |
| 10/24/2020 | Southern | Mississippi | 80.10% | 89.36% |
| 10/24/2020 | Southern | Oklahoma | 93.12% | 94.40% |
| 10/24/2020 | Southern | Rio Grande | 92.35% | 92.22% |
| 10/24/2020 | Southern | South Florida | 84.46% | 92.70% |
| 10/24/2020 | Southern | Suncoast | 88.71% | 80.12% |
| 10/24/2020 | Western | Alaska | 84.35% | 92.40% |
| 10/24/2020 | Western | Arizona | 89.98% | 88.09% |
| 10/24/2020 | Western | Central Plains | 86.66% | 96.02% |
| 10/24/2020 | Western | Colorado/Wyoming | 73.55% | 91.98% |
| 10/24/2020 | Western | Dakotas | 90.02% | 96.35% |
| 10/24/2020 | Western | Hawkeye | 88.82% | 93.38% |
| 10/24/2020 | Western | Mid-Americas | 88.36% | 89.81% |
| 10/24/2020 | Western | Nevada Sierra | 91.52% | 97.03% |
| 10/24/2020 | Western | Northland | 81.63% | 93.47% |
| 10/24/2020 | Western | Portland | 88.31% | 92.73% |
| 10/24/2020 | Western | Salt Lake City | 92.75% | 92.05% |
| 10/24/2020 | Western | Seattle | 85.77% | 91.31% |
| 10/26/2020 | Capital Metro | Atlanta | 87.07% | 62.08% |
| 10/26/2020 | Capital Metro | Baltimore | 67.74% | 66.31% |
| 10/26/2020 | Capital Metro | Capital | 82.09% | 95.79% |

| Day | Area | District | First-Class | Marketing Mail |
|---|---|---|---|---|
| 10/26/2020 | Capital Metro | Greater S Carolina | 72.63% | 86.94% |
| 10/26/2020 | Capital Metro | Greensboro | 79.16% | 59.88% |
| 10/26/2020 | Capital Metro | Mid-Carolinas | 88.17% | 76.91% |
| 10/26/2020 | Capital Metro | Norther Virginia | 86.75% | 95.90% |
| 10/26/2020 | Capital Metro | Richmond | 88.86% | 90.25% |
| 10/26/2020 | Eastern | Appalachian | 86.80% | 90.40% |
| 10/26/2020 | Eastern | Central Pennsylvania | 74.15% | 65.89% |
| 10/26/2020 | Eastern | Kentuckiana | 88.74% | 95.67% |
| 10/26/2020 | Eastern | Norther Ohio | 83.20% | 73.83% |
| 10/26/2020 | Eastern | Ohio Valley | 87.77% | 81.30% |
| 10/26/2020 | Eastern | Philadelphia Metropo | 60.55% | 55.80% |
| 10/26/2020 | Eastern | South Jersey | 81.22% | 87.05% |
| 10/26/2020 | Eastern | Tennessee | 90.16% | 89.11% |
| 10/26/2020 | Eastern | Western New York | 89.08% | 93.90% |
| 10/26/2020 | Eastern | Western Pennsylvania | 91.46% | 98.15% |
| 10/26/2020 | Great Lakes | Central Illinois | 86.50% | 84.45% |
| 10/26/2020 | Great Lakes | Chicago | 92.34% | 91.73% |
| 10/26/2020 | Great Lakes | Detroit | 77.12% | 82.79% |
| 10/26/2020 | Great Lakes | Gateway | 88.60% | 92.93% |
| 10/26/2020 | Great Lakes | Greater Indiana | 94.48% | 94.66% |
| 10/26/2020 | Great Lakes | Greater Michigan | 88.67% | 93.97% |
| 10/26/2020 | Great Lakes | Lakeland | 90.21% | 95.36% |
| 10/26/2020 | Northeast | Albany | 92.27% | 93.31% |
| 10/26/2020 | Northeast | Caribbean | 95.20% | 97.28% |
| 10/26/2020 | Northeast | Connecticut Valley | 92.75% | 95.94% |
| 10/26/2020 | Northeast | Greater Boston | 93.19% | 91.96% |
| 10/26/2020 | Northeast | Long Island | 88.55% | 93.44% |
| 10/26/2020 | Northeast | New York | 91.73% | 97.20% |
| 10/26/2020 | Northeast | Northern New England | 92.05% | 95.44% |
| 10/26/2020 | Northeast | Northern New Jersey | 93.01% | 89.90% |

| Day | Area | District | First-Class | Marketing Mail |
|---|---|---|---|---|
| 10/26/2020 | Northeast | Triboro | 93.92% | 90.04% |
| 10/26/2020 | Northeast | Westchester | 89.52% | 85.89% |
| 10/26/2020 | Pacific | Bay-Valley | 94.50% | 97.61% |
| 10/26/2020 | Pacific | Honolulu | 92.83% | 45.34% |
| 10/26/2020 | Pacific | Los Angeles | 93.63% | 95.33% |
| 10/26/2020 | Pacific | Sacramento | 94.54% | 94.04% |
| 10/26/2020 | Pacific | San Diego | 94.73% | 96.83% |
| 10/26/2020 | Pacific | San Francisco | 95.13% | 97.58% |
| 10/26/2020 | Pacific | Santa Ana | 95.33% | 97.26% |
| 10/26/2020 | Pacific | Sierra Coastal | 92.64% | 97.43% |
| 10/26/2020 | Southern | Alabama | 86.39% | 81.60% |
| 10/26/2020 | Southern | Arkansas | 94.49% | 91.26% |
| 10/26/2020 | Southern | Dallas | 92.12% | 96.18% |
| 10/26/2020 | Southern | Ft. Worth | 89.78% | 88.41% |
| 10/26/2020 | Southern | Gulf Atlantic | 82.34% | 85.34% |
| 10/26/2020 | Southern | Houston | 89.91% | 95.95% |
| 10/26/2020 | Southern | Louisiana | 92.42% | 89.10% |
| 10/26/2020 | Southern | Mississippi | 82.08% | 85.55% |
| 10/26/2020 | Southern | Oklahoma | 94.31% | 96.32% |
| 10/26/2020 | Southern | Rio Grande | 92.53% | 90.74% |
| 10/26/2020 | Southern | South Florida | 87.82% | 92.30% |
| 10/26/2020 | Southern | Suncoast | 91.47% | 92.16% |
| 10/26/2020 | Western | Alaska | 86.60% | 86.52% |
| 10/26/2020 | Western | Arizona | 91.96% | 87.82% |
| 10/26/2020 | Western | Central Plains | 92.65% | 93.27% |
| 10/26/2020 | Western | Colorado/Wyoming | 74.36% | 90.68% |
| 10/26/2020 | Western | Dakotas | 92.06% | 95.55% |
| 10/26/2020 | Western | Hawkeye | 92.28% | 92.82% |
| 10/26/2020 | Western | Mid-Americas | 90.56% | 92.27% |
| 10/26/2020 | Western | Nevada Sierra | 92.91% | 94.10% |
| 10/26/2020 | Western | Northland | 88.19% | 91.96% |
| 10/26/2020 | Western | Portland | 92.38% | 94.05% |
| 10/26/2020 | Western | Salt Lake City | 93.92% | 93.04% |
| 10/26/2020 | Western | Seattle | 91.60% | 95.87% |
| 10/27/2020 | Capital Metro | Atlanta | 53.89% | 76.53% |
| 10/27/2020 | Capital Metro | Baltimore | 30.85% | 70.63% |
| 10/27/2020 | Capital Metro | Capital | 59.89% | 95.34% |
| 10/27/2020 | Capital Metro | Greater S Carolina | 43.44% | 90.81% |

| Day | Area | District | First-Class | Marketing Mail |
|---|---|---|---|---|
| 10/27/2020 | Capital Metro | Greensboro | 49.24% | 60.56% |
| 10/27/2020 | Capital Metro | Mid-Carolinas | 64.79% | 72.31% |
| 10/27/2020 | Capital Metro | Norther Virginia | 54.17% | 96.20% |
| 10/27/2020 | Capital Metro | Richmond | 62.67% | 91.73% |
| 10/27/2020 | Eastern | Appalachian | 61.43% | 93.19% |
| 10/27/2020 | Eastern | Central Pennsylvania | 60.28% | 63.38% |
| 10/27/2020 | Eastern | Kentuckiana | 71.63% | 97.46% |
| 10/27/2020 | Eastern | Norther Ohio | 46.30% | 77.90% |
| 10/27/2020 | Eastern | Ohio Valley | 50.50% | 87.03% |
| 10/27/2020 | Eastern | Philadelphia Metropo | 32.72% | 73.61% |
| 10/27/2020 | Eastern | South Jersey | 41.89% | 88.90% |
| 10/27/2020 | Eastern | Tennessee | 63.90% | 92.33% |
| 10/27/2020 | Eastern | Western New York | 66.64% | 97.00% |
| 10/27/2020 | Eastern | Western Pennsylvania | 70.72% | 97.28% |
| 10/27/2020 | Great Lakes | Central Illinois | 64.19% | 89.49% |
| 10/27/2020 | Great Lakes | Chicago | 63.88% | 94.42% |
| 10/27/2020 | Great Lakes | Detroit | 44.07% | 76.45% |
| 10/27/2020 | Great Lakes | Gateway | 69.37% | 92.12% |
| 10/27/2020 | Great Lakes | Greater Indiana | 63.91% | 95.60% |
| 10/27/2020 | Great Lakes | Greater Michigan | 59.08% | 87.26% |
| 10/27/2020 | Great Lakes | Lakeland | 53.20% | 95.00% |
| 10/27/2020 | Northeast | Albany | 72.03% | 93.21% |
| 10/27/2020 | Northeast | Caribbean | 93.46% | 80.97% |
| 10/27/2020 | Northeast | Connecticut Valley | 72.49% | 93.86% |
| 10/27/2020 | Northeast | Greater Boston | 64.86% | 93.16% |
| 10/27/2020 | Northeast | Long Island | 73.61% | 95.98% |
| 10/27/2020 | Northeast | New York | 70.92% | 97.18% |
| 10/27/2020 | Northeast | Northern New England | 71.99% | 86.51% |
| 10/27/2020 | Northeast | Northern New Jersey | 66.34% | 93.66% |
| 10/27/2020 | Northeast | Triboro | 83.33% | 93.18% |
| 10/27/2020 | Northeast | Westchester | 69.22% | 93.25% |

| Day | Area | District | First-Class | Marketing Mail |
|---|---|---|---|---|
| 10/27/2020 | Pacific | Bay-Valley | 74.25% | 97.20% |
| 10/27/2020 | Pacific | Honolulu | 82.33% | 88.78% |
| 10/27/2020 | Pacific | Los Angeles | 77.53% | 96.84% |
| 10/27/2020 | Pacific | Sacramento | 72.43% | 93.08% |
| 10/27/2020 | Pacific | San Diego | 74.34% | 96.30% |
| 10/27/2020 | Pacific | San Francisco | 73.11% | 98.27% |
| 10/27/2020 | Pacific | Santa Ana | 60.19% | 97.83% |
| 10/27/2020 | Pacific | Sierra Coastal | 72.21% | 97.54% |
| 10/27/2020 | Southern | Alabama | 56.22% | 89.36% |
| 10/27/2020 | Southern | Arkansas | 71.62% | 92.68% |
| 10/27/2020 | Southern | Dallas | 74.20% | 93.65% |
| 10/27/2020 | Southern | Ft. Worth | 70.94% | 93.11% |
| 10/27/2020 | Southern | Gulf Atlantic | 54.28% | 86.05% |
| 10/27/2020 | Southern | Houston | 78.73% | 95.46% |
| 10/27/2020 | Southern | Louisiana | 65.90% | 89.58% |
| 10/27/2020 | Southern | Mississippi | 52.34% | 86.87% |
| 10/27/2020 | Southern | Oklahoma | 78.09% | 96.41% |
| 10/27/2020 | Southern | Rio Grande | 75.89% | 95.27% |
| 10/27/2020 | Southern | South Florida | 54.09% | 89.85% |
| 10/27/2020 | Southern | Suncoast | 58.53% | 95.48% |
| 10/27/2020 | Western | Alaska | 68.33% | 90.86% |
| 10/27/2020 | Western | Arizona | 68.63% | 89.93% |
| 10/27/2020 | Western | Central Plains | 80.54% | 96.03% |
| 10/27/2020 | Western | Colorado/Wyoming | 38.72% | 86.34% |
| 10/27/2020 | Western | Dakotas | 67.78% | 94.46% |
| 10/27/2020 | Western | Hawkeye | 69.19% | 93.53% |
| 10/27/2020 | Western | Mid-Americas | 56.14% | 85.81% |
| 10/27/2020 | Western | Nevada Sierra | 76.54% | 96.49% |
| 10/27/2020 | Western | Northland | 55.87% | 90.93% |
| 10/27/2020 | Western | Portland | 73.80% | 87.72% |
| 10/27/2020 | Western | Salt Lake City | 64.02% | 96.39% |
| 10/27/2020 | Western | Seattle | 59.12% | 97.28% |
| 10/28/2020 | Capital Metro | Atlanta | 75.64% | 64.38% |
| 10/28/2020 | Capital Metro | Baltimore | 50.65% | 81.97% |
| 10/28/2020 | Capital Metro | Capital | 78.47% | 93.59% |
| 10/28/2020 | Capital Metro | Greater S Carolina | 73.27% | 81.20% |
| 10/28/2020 | Capital Metro | Greensboro | 62.00% | 46.12% |

| Day | Area | District | First-Class | Marketing Mail |
|---|---|---|---|---|
| 10/28/2020 | Capital Metro | Mid-Carolinas | 52.33% | 61.29% |
| 10/28/2020 | Capital Metro | Norther Virginia | 77.96% | 94.82% |
| 10/28/2020 | Capital Metro | Richmond | 84.24% | 88.58% |
| 10/28/2020 | Eastern | Appalachian | 83.13% | 89.61% |
| 10/28/2020 | Eastern | Central Pennsylvania | 57.76% | 52.24% |
| 10/28/2020 | Eastern | Kentuckiana | 89.06% | 94.85% |
| 10/28/2020 | Eastern | Norther Ohio | 71.12% | 59.61% |
| 10/28/2020 | Eastern | Ohio Valley | 75.65% | 87.04% |
| 10/28/2020 | Eastern | Philadelphia Metropo | 52.34% | 61.75% |
| 10/28/2020 | Eastern | South Jersey | 75.84% | 92.23% |
| 10/28/2020 | Eastern | Tennessee | 85.19% | 85.72% |
| 10/28/2020 | Eastern | Western New York | 91.30% | 93.12% |
| 10/28/2020 | Eastern | Western Pennsylvania | 84.64% | 94.30% |
| 10/28/2020 | Great Lakes | Central Illinois | 72.76% | 87.93% |
| 10/28/2020 | Great Lakes | Chicago | 79.69% | 80.44% |
| 10/28/2020 | Great Lakes | Detroit | 58.61% | 70.52% |
| 10/28/2020 | Great Lakes | Gateway | 81.90% | 91.18% |
| 10/28/2020 | Great Lakes | Greater Indiana | 82.47% | 90.32% |
| 10/28/2020 | Great Lakes | Greater Michigan | 76.91% | 85.80% |
| 10/28/2020 | Great Lakes | Lakeland | 76.06% | 89.04% |
| 10/28/2020 | Northeast | Albany | 89.51% | 94.94% |
| 10/28/2020 | Northeast | Caribbean | 96.00% | 92.06% |
| 10/28/2020 | Northeast | Connecticut Valley | 85.97% | 93.49% |
| 10/28/2020 | Northeast | Greater Boston | 88.67% | 85.71% |
| 10/28/2020 | Northeast | Long Island | 82.18% | 92.15% |
| 10/28/2020 | Northeast | New York | 86.70% | 95.39% |
| 10/28/2020 | Northeast | Northern New England | 83.38% | 90.25% |
| 10/28/2020 | Northeast | Northern New Jersey | 82.28% | 90.76% |
| 10/28/2020 | Northeast | Triboro | 83.10% | 94.06% |
| 10/28/2020 | Northeast | Westchester | 84.52% | 93.58% |
| 10/28/2020 | Pacific | Bay-Valley | 91.30% | 95.61% |

| Day | Area | District | First-Class | Marketing Mail |
|---|---|---|---|---|
| 10/28/2020 | Pacific | Honolulu | 90.78% | 91.16% |
| 10/28/2020 | Pacific | Los Angeles | 83.12% | 96.03% |
| 10/28/2020 | Pacific | Sacramento | 86.41% | 93.12% |
| 10/28/2020 | Pacific | San Diego | 88.61% | 97.95% |
| 10/28/2020 | Pacific | San Francisco | 82.38% | 97.88% |
| 10/28/2020 | Pacific | Santa Ana | 83.09% | 96.50% |
| 10/28/2020 | Pacific | Sierra Coastal | 87.53% | 96.67% |
| 10/28/2020 | Southern | Alabama | 88.07% | 86.52% |
| 10/28/2020 | Southern | Arkansas | 87.63% | 93.74% |
| 10/28/2020 | Southern | Dallas | 77.86% | 91.89% |
| 10/28/2020 | Southern | Ft. Worth | 85.36% | 92.18% |
| 10/28/2020 | Southern | Gulf Atlantic | 74.43% | 81.92% |
| 10/28/2020 | Southern | Houston | 74.00% | 94.61% |
| 10/28/2020 | Southern | Louisiana | 87.34% | 89.79% |
| 10/28/2020 | Southern | Mississippi | 78.52% | 81.55% |
| 10/28/2020 | Southern | Oklahoma | 91.01% | 96.41% |
| 10/28/2020 | Southern | Rio Grande | 86.80% | 94.41% |
| 10/28/2020 | Southern | South Florida | 66.62% | 91.24% |
| 10/28/2020 | Southern | Suncoast | 83.37% | 88.81% |
| 10/28/2020 | Western | Alaska | 83.16% | 89.51% |
| 10/28/2020 | Western | Arizona | 77.68% | 90.84% |
| 10/28/2020 | Western | Central Plains | 80.62% | 91.75% |
| 10/28/2020 | Western | Colorado/Wyoming | 59.39% | 74.73% |
| 10/28/2020 | Western | Dakotas | 86.93% | 93.24% |
| 10/28/2020 | Western | Hawkeye | 85.55% | 89.67% |
| 10/28/2020 | Western | Mid-Americas | 82.28% | 74.67% |
| 10/28/2020 | Western | Nevada Sierra | 84.71% | 96.08% |
| 10/28/2020 | Western | Northland | 79.16% | 86.50% |
| 10/28/2020 | Western | Portland | 86.50% | 89.72% |
| 10/28/2020 | Western | Salt Lake City | 83.42% | 96.45% |
| 10/28/2020 | Western | Seattle | 83.09% | 96.40% |
| 10/29/2020 | Capital Metro | Atlanta | 89.40% | 68.14% |
| 10/29/2020 | Capital Metro | Baltimore | 71.81% | 70.54% |
| 10/29/2020 | Capital Metro | Capital | 87.97% | 86.77% |
| 10/29/2020 | Capital Metro | Greater S Carolina | 82.61% | 89.56% |
| 10/29/2020 | Capital Metro | Greensboro | 81.41% | 47.80% |
| 10/29/2020 | Capital Metro | Mid-Carolinas | 83.19% | 70.87% |

| Day | Area | District | First-Class | Marketing Mail |
|---|---|---|---|---|
| 10/29/2020 | Capital Metro | Norther Virginia | 90.14% | 91.34% |
| 10/29/2020 | Capital Metro | Richmond | 91.32% | 85.66% |
| 10/29/2020 | Eastern | Appalachian | 90.18% | 87.05% |
| 10/29/2020 | Eastern | Central Pennsylvania | 64.70% | 47.41% |
| 10/29/2020 | Eastern | Kentuckiana | 91.93% | 93.72% |
| 10/29/2020 | Eastern | Norther Ohio | 82.74% | 79.53% |
| 10/29/2020 | Eastern | Ohio Valley | 85.98% | 88.14% |
| 10/29/2020 | Eastern | Philadelphia Metropo | 55.82% | 45.63% |
| 10/29/2020 | Eastern | South Jersey | 88.17% | 91.70% |
| 10/29/2020 | Eastern | Tennessee | 94.67% | 87.15% |
| 10/29/2020 | Eastern | Western New York | 92.90% | 92.16% |
| 10/29/2020 | Eastern | Western Pennsylvania | 93.28% | 95.90% |
| 10/29/2020 | Great Lakes | Central Illinois | 86.61% | 84.31% |
| 10/29/2020 | Great Lakes | Chicago | 89.98% | 90.32% |
| 10/29/2020 | Great Lakes | Detroit | 76.77% | 68.63% |
| 10/29/2020 | Great Lakes | Gateway | 91.42% | 87.60% |
| 10/29/2020 | Great Lakes | Greater Indiana | 87.69% | 91.38% |
| 10/29/2020 | Great Lakes | Greater Michigan | 86.88% | 90.87% |
| 10/29/2020 | Great Lakes | Lakeland | 88.76% | 91.19% |
| 10/29/2020 | Northeast | Albany | 94.47% | 94.34% |
| 10/29/2020 | Northeast | Caribbean | 96.62% | 80.39% |
| 10/29/2020 | Northeast | Connecticut Valley | 94.18% | 91.80% |
| 10/29/2020 | Northeast | Greater Boston | 93.61% | 89.44% |
| 10/29/2020 | Northeast | Long Island | 87.57% | 95.36% |
| 10/29/2020 | Northeast | New York | 92.08% | 97.27% |
| 10/29/2020 | Northeast | Northern New Englan | 94.26% | 90.84% |
| 10/29/2020 | Northeast | Northern New Jersey | 94.06% | 94.72% |
| 10/29/2020 | Northeast | Triboro | 89.35% | 93.61% |
| 10/29/2020 | Northeast | Westchester | 93.55% | 91.43% |
| 10/29/2020 | Pacific | Bay-Valley | 94.14% | 96.13% |
| 10/29/2020 | Pacific | Honolulu | 91.61% | 94.21% |
| 10/29/2020 | Pacific | Los Angeles | 93.08% | 95.79% |
| 10/29/2020 | Pacific | Sacramento | 94.31% | 92.59% |
| 10/29/2020 | Pacific | San Diego | 94.28% | 96.49% |
| 10/29/2020 | Pacific | San Francisco | 92.49% | 98.28% |
| 10/29/2020 | Pacific | Santa Ana | 93.97% | 97.54% |

| Day | Area | District | First-Class | Marketing Mail |
|---|---|---|---|---|
| 10/29/2020 | Pacific | Sierra Coastal | 94.40% | 96.56% |
| 10/29/2020 | Southern | Alabama | 92.50% | 81.74% |
| 10/29/2020 | Southern | Arkansas | 93.77% | 87.50% |
| 10/29/2020 | Southern | Dallas | 91.31% | 93.53% |
| 10/29/2020 | Southern | Ft. Worth | 91.54% | 89.97% |
| 10/29/2020 | Southern | Gulf Atlantic | 84.78% | 73.04% |
| 10/29/2020 | Southern | Houston | 85.49% | 95.08% |
| 10/29/2020 | Southern | Louisiana | 93.46% | 81.19% |
| 10/29/2020 | Southern | Mississippi | 93.35% | 77.35% |
| 10/29/2020 | Southern | Oklahoma | 91.11% | 94.95% |
| 10/29/2020 | Southern | Rio Grande | 93.24% | 94.34% |
| 10/29/2020 | Southern | South Florida | 87.34% | 92.14% |
| 10/29/2020 | Southern | Suncoast | 93.73% | 92.76% |
| 10/29/2020 | Western | Alaska | 81.29% | 96.76% |
| 10/29/2020 | Western | Arizona | 94.18% | 91.71% |
| 10/29/2020 | Western | Central Plains | 93.59% | 91.15% |
| 10/29/2020 | Western | Colorado/Wyoming | 72.55% | 79.56% |
| 10/29/2020 | Western | Dakotas | 92.47% | 90.54% |
| 10/29/2020 | Western | Hawkeye | 93.11% | 91.40% |
| 10/29/2020 | Western | Mid-Americas | 90.85% | 78.64% |
| 10/29/2020 | Western | Nevada Sierra | 94.11% | 96.53% |
| 10/29/2020 | Western | Northland | 91.56% | 91.29% |
| 10/29/2020 | Western | Portland | 94.32% | 94.66% |
| 10/29/2020 | Western | Salt Lake City | 93.97% | 95.72% |
| 10/29/2020 | Western | Seattle | 92.36% | 96.63% |