| Day | Area | District | Processing Score: Inbound Ballot | Processing Score: Outbound Ballot | Score: Outbound Non-Ballot Election Mail |
|---|---|---|---|---|---|
| 10/24/2020 | Nation | | 94.72% | 94.10% | 95.99% |
| 10/26/2020 | Nation | | 93.39% | 95.30% | 57.24% |
| 10/27/2020 | Nation | | 94.81% | 91.51% | 35.61% |
| 10/28/2020 | Nation | | 97.08% | 96.76% | 70.40% |
| 10/29/2020 | Nation | | 95.21% | 93.84% | 85.23% |
| | | | | | |
| 10/24/2020 | Capital Metro | | 88.75% | 51.82% | 75.49% |
| 10/24/2020 | Eastern | | 91.40% | 98.33% | 75.35% |
| 10/24/2020 | Great Lakes | | 88.53% | 71.34% | 94.70% |
| 10/24/2020 | Northeast | | 95.16% | 99.09% | 95.88% |
| 10/24/2020 | Pacific | | 98.28% | 96.08% | 99.87% |
| 10/24/2020 | Southern | | 93.72% | 57.70% | 95.50% |
| 10/24/2020 | Western | | 95.01% | 78.22% | 98.85% |
| 10/26/2020 | Capital Metro | | 89.53% | 85.04% | 54.44% |
| 10/26/2020 | Eastern | | 90.73% | 98.45% | 12.31% |
| 10/26/2020 | Great Lakes | | 88.41% | 77.54% | 97.72% |
| 10/26/2020 | Northeast | | 95.82% | 97.45% | 49.82% |
| 10/26/2020 | Pacific | | 97.23% | 93.95% | 95.87% |
| 10/26/2020 | Southern | | 90.70% | 68.19% | 84.80% |
| 10/26/2020 | Western | | 93.36% | 80.30% | 97.64% |
| 10/27/2020 | Capital Metro | | 74.66% | 65.39% | 49.98% |
| 10/27/2020 | Eastern | | 92.29% | 92.42% | 2.65% |
| 10/27/2020 | Great Lakes | | 79.12% | 32.13% | 36.07% |
| 10/27/2020 | Northeast | | 95.05% | 99.92% | 63.04% |
| 10/27/2020 | Pacific | | 98.84% | 64.91% | 89.22% |
| 10/27/2020 | Southern | | 92.98% | 85.99% | 79.13% |
| 10/27/2020 | Western | | 95.79% | 31.28% | 55.36% |
| 10/28/2020 | Capital Metro | | 94.11% | 51.66% | 81.60% |
| 10/28/2020 | Eastern | | 95.39% | 96.94% | 7.76% |
| 10/28/2020 | Great Lakes | | 94.24% | 25.72% | 96.70% |
| 10/28/2020 | Northeast | | 97.28% | 99.13% | 30.33% |
| 10/28/2020 | Pacific | | 99.16% | 95.78% | 86.10% |
| 10/28/2020 | Southern | | 95.17% | 84.65% | 92.70% |
| 10/28/2020 | Western | | 97.27% | 82.29% | 49.72% |
| 10/29/2020 | Capital Metro | | 91.66% | 29.73% | 74.62% |
| 10/29/2020 | Eastern | | 88.92% | 99.20% | 18.04% |
| 10/29/2020 | Great Lakes | | 93.44% | 93.02% | 96.70% |
| 10/29/2020 | Northeast | | 95.99% | 86.20% | 84.35% |
| 10/29/2020 | Pacific | | 98.40% | 96.46% | 76.91% |
| 10/29/2020 | Southern | | 96.74% | 53.71% | 93.62% |
| 10/29/2020 | Western | | 96.04% | 84.46% | 73.75% |

| Day | Area | District | Processing Score: Inbound Ballot | Processing Score: Outbound Ballot | Score: Outbound Non-Ballot Election Mail |
|---|---|---|---|---|---|
| 10/24/2020 | Capital Metro | Atlanta | 84.89% | 1.74% | 25.59% |
| 10/24/2020 | Capital Metro | Baltimore | 84.24% | 96.86% | 71.20% |
| 10/24/2020 | Capital Metro | Capital | 92.99% | 49.43% | 91.00% |
| 10/24/2020 | Capital Metro | Greater S Carolina | 92.25% | 36.84% | 12.78% |
| 10/24/2020 | Capital Metro | Greensboro | 83.60% | 97.26% | 89.62% |
| 10/24/2020 | Capital Metro | Mid-Carolinas | 90.56% | 91.17% | 62.35% |
| 10/24/2020 | Capital Metro | Norther Virginia | 91.55% | 44.44% | 95.04% |
| 10/24/2020 | Capital Metro | Richmond | 92.44% | 84.75% | 92.36% |
| 10/24/2020 | Eastern | Appalachian | 58.89% | 68.57% | 68.22% |
| 10/24/2020 | Eastern | Central Pennsylvania | 78.50% | 1.35% | 0.78% |
| 10/24/2020 | Eastern | Kentuckiana | 37.92% | 61.11% | 99.89% |
| 10/24/2020 | Eastern | Norther Ohio | 91.84% | 4.88% | 71.24% |
| 10/24/2020 | Eastern | Ohio Valley | 95.07% | 95.08% | 89.45% |
| 10/24/2020 | Eastern | Philadelphia Metropo | 91.57% | 40.30% | 4.75% |
| 10/24/2020 | Eastern | South Jersey | 95.55% | 99.97% | 47.20% |
| 10/24/2020 | Eastern | Tennessee | 88.72% | 39.52% | 12.64% |
| 10/24/2020 | Eastern | Western New York | 96.20% | 57.14% | 23.81% |
| 10/24/2020 | Eastern | Western Pennsylvania | 98.08% | 98.12% | 36.03% |
| 10/24/2020 | Great Lakes | Central Illinois | 89.87% | 2.76% | 99.08% |
| 10/24/2020 | Great Lakes | Chicago | 90.70% | 81.36% | 10.19% |
| 10/24/2020 | Great Lakes | Detroit | 73.91% | 80.16% | 0.09% |
| 10/24/2020 | Great Lakes | Gateway | 93.44% | 83.82% | 99.99% |
| 10/24/2020 | Great Lakes | Greater Indiana | 72.67% | 78.40% | 96.34% |
| 10/24/2020 | Great Lakes | Greater Michigan | 91.67% | 83.55% | 97.31% |
| 10/24/2020 | Great Lakes | Lakeland | 81.73% | 26.85% | 99.09% |
| 10/24/2020 | Northeast | Albany | 95.19% | 66.67% | 78.64% |
| 10/24/2020 | Northeast | Caribbean | 99.62% | 100.00% | 80.00% |
| 10/24/2020 | Northeast | Connecticut Valley | 95.55% | 98.84% | 79.14% |
| 10/24/2020 | Northeast | Greater Boston | 96.03% | 87.07% | 99.45% |
| 10/24/2020 | Northeast | Long Island | 96.61% | 83.33% | 92.47% |

| Day | Area | District | Processing Score: Inbound Ballot | Processing Score: Outbound Ballot | Score: Outbound Non-Ballot Election Mail |
|---|---|---|---|---|---|
| 10/24/2020 | Northeast | New York | 91.16% | 90.57% | 37.08% |
| 10/24/2020 | Northeast | Northern New England | 76.61% | 81.82% | 98.93% |
| 10/24/2020 | Northeast | Northern New Jersey | 96.50% | 99.58% | 99.85% |
| 10/24/2020 | Northeast | Triboro | 83.10% | 72.60% | 11.38% |
| 10/24/2020 | Northeast | Westchester | 92.77% | 81.25% | 94.03% |
| 10/24/2020 | Pacific | Bay-Valley | 98.43% | 21.60% | 90.67% |
| 10/24/2020 | Pacific | Honolulu | 97.22% | 32.31% | 62.24% |
| 10/24/2020 | Pacific | Los Angeles | 98.59% | 80.00% | 99.89% |
| 10/24/2020 | Pacific | Sacramento | 96.75% | 81.38% | 97.60% |
| 10/24/2020 | Pacific | San Diego | 98.84% | 99.70% | 98.29% |
| 10/24/2020 | Pacific | San Francisco | 98.32% | 40.48% | 98.23% |
| 10/24/2020 | Pacific | Santa Ana | 99.02% | 96.61% | 99.97% |
| 10/24/2020 | Pacific | Sierra Coastal | 98.49% | 99.30% | 99.99% |
| 10/24/2020 | Southern | Alabama | 65.81% | 34.55% | 53.33% |
| 10/24/2020 | Southern | Arkansas | 91.46% | 45.16% | 69.23% |
| 10/24/2020 | Southern | Dallas | 94.59% | 69.57% | 36.02% |
| 10/24/2020 | Southern | Ft. Worth | 90.04% | 97.38% | 31.22% |
| 10/24/2020 | Southern | Gulf Atlantic | 90.81% | 3.59% | 99.10% |
| 10/24/2020 | Southern | Houston | 84.66% | 19.51% | 5.60% |
| 10/24/2020 | Southern | Louisiana | 77.30% | 32.00% | 8.01% |
| 10/24/2020 | Southern | Mississippi | 85.50% | 36.84% | 9.81% |
| 10/24/2020 | Southern | Oklahoma | 75.32% | 70.00% | 99.94% |
| 10/24/2020 | Southern | Rio Grande | 91.09% | 55.56% | 99.56% |
| 10/24/2020 | Southern | South Florida | 92.92% | 23.19% | 52.03% |
| 10/24/2020 | Southern | Suncoast | 96.63% | 60.71% | 85.77% |
| 10/24/2020 | Western | Alaska | 79.60% | 36.00% | 65.00% |
| 10/24/2020 | Western | Arizona | 97.56% | 79.04% | 99.86% |
| 10/24/2020 | Western | Central Plains | 96.73% | 68.57% | 99.99% |
| 10/24/2020 | Western | Colorado/Wyoming | 70.06% | 66.04% | 91.90% |
| 10/24/2020 | Western | Dakotas | 96.23% | 29.63% | 99.74% |
| 10/24/2020 | Western | Hawkeye | 95.24% | 47.73% | 99.46% |
| 10/24/2020 | Western | Mid-Americas | 93.79% | 69.09% | 99.99% |
| 10/24/2020 | Western | Nevada Sierra | 97.85% | 67.70% | 99.79% |
| 10/24/2020 | Western | Northland | 97.30% | 16.34% | 96.62% |
| 10/24/2020 | Western | Portland | 92.49% | 14.16% | 61.42% |

| Day | Area | District | Processing Score: Inbound Ballot | Processing Score: Outbound Ballot | Score: Outbound Non-Ballot Election Mail |
|---|---|---|---|---|---|
| 10/24/2020 | Western | Salt Lake City | 98.78% | 96.32% | 94.81% |
| 10/24/2020 | Western | Seattle | 97.75% | 6.05% | 32.99% |
| 10/26/2020 | Capital Metro | Atlanta | 89.45% | 1.71% | 42.49% |
| 10/26/2020 | Capital Metro | Baltimore | 91.25% | 90.53% | 38.55% |
| 10/26/2020 | Capital Metro | Capital | 93.17% | 99.73% | 89.46% |
| 10/26/2020 | Capital Metro | Greater S Carolina | 87.28% | 56.44% | 84.28% |
| 10/26/2020 | Capital Metro | Greensboro | 82.75% | 97.50% | 75.16% |
| 10/26/2020 | Capital Metro | Mid-Carolinas | 86.14% | 97.46% | 34.90% |
| 10/26/2020 | Capital Metro | Norther Virginia | 93.46% | 86.49% | 77.39% |
| 10/26/2020 | Capital Metro | Richmond | 91.18% | 35.02% | 96.85% |
| 10/26/2020 | Eastern | Appalachian | 74.92% | 66.67% | 96.72% |
| 10/26/2020 | Eastern | Central Pennsylvania | 78.78% | 7.91% | 1.64% |
| 10/26/2020 | Eastern | Kentuckiana | 64.78% | 78.38% | 99.76% |
| 10/26/2020 | Eastern | Norther Ohio | 92.64% | 35.89% | 40.16% |
| 10/26/2020 | Eastern | Ohio Valley | 94.80% | 22.35% | 53.12% |
| 10/26/2020 | Eastern | Philadelphia Metropo | 93.02% | 95.06% | 0.07% |
| 10/26/2020 | Eastern | South Jersey | 90.90% | 99.96% | 3.27% |
| 10/26/2020 | Eastern | Tennessee | 92.83% | 79.27% | 96.79% |
| 10/26/2020 | Eastern | Western New York | 96.60% | 100.00% | 84.34% |
| 10/26/2020 | Eastern | Western Pennsylvania | 97.26% | 25.26% | 83.57% |
| 10/26/2020 | Great Lakes | Central Illinois | 94.37% | 78.05% | 99.80% |
| 10/26/2020 | Great Lakes | Chicago | 87.66% | 77.54% | 78.96% |
| 10/26/2020 | Great Lakes | Detroit | 73.81% | 49.49% | 25.44% |
| 10/26/2020 | Great Lakes | Gateway | 93.18% | 98.80% | 99.90% |
| 10/26/2020 | Great Lakes | Greater Indiana | 79.82% | 92.38% | 94.76% |
| 10/26/2020 | Great Lakes | Greater Michigan | 87.30% | 7.37% | 99.88% |
| 10/26/2020 | Great Lakes | Lakeland | 87.45% | 12.94% | 91.00% |
| 10/26/2020 | Northeast | Albany | 96.31% | 93.62% | 65.13% |
| 10/26/2020 | Northeast | Caribbean | 98.59% | 32.26% | 98.67% |
| 10/26/2020 | Northeast | Connecticut Valley | 94.79% | 98.08% | 76.71% |

| Day | Area | District | Processing Score: Inbound Ballot | Processing Score: Outbound Ballot | Score: Outbound Non-Ballot Election Mail |
|---|---|---|---|---|---|
| 10/26/2020 | Northeast | Greater Boston | 96.95% | 88.15% | 78.32% |
| 10/26/2020 | Northeast | Long Island | 96.02% | 90.48% | 77.72% |
| 10/26/2020 | Northeast | New York | 96.48% | 94.07% | 27.21% |
| 10/26/2020 | Northeast | Northern New England | 84.30% | 91.49% | 94.43% |
| 10/26/2020 | Northeast | Northern New Jersey | 96.75% | 97.47% | 11.25% |
| 10/26/2020 | Northeast | Triboro | 89.11% | 93.67% | 14.30% |
| 10/26/2020 | Northeast | Westchester | 94.53% | 97.14% | 80.16% |
| 10/26/2020 | Pacific | Bay-Valley | 96.84% | 43.51% | 98.01% |
| 10/26/2020 | Pacific | Honolulu | 94.73% | 62.16% | 99.49% |
| 10/26/2020 | Pacific | Los Angeles | 96.37% | 73.57% | 92.22% |
| 10/26/2020 | Pacific | Sacramento | 97.07% | 95.46% | 81.88% |
| 10/26/2020 | Pacific | San Diego | 98.07% | 84.80% | 99.35% |
| 10/26/2020 | Pacific | San Francisco | 97.76% | 79.66% | 99.53% |
| 10/26/2020 | Pacific | Santa Ana | 97.65% | 98.81% | 99.33% |
| 10/26/2020 | Pacific | Sierra Coastal | 97.96% | 86.89% | 94.81% |
| 10/26/2020 | Southern | Alabama | 74.14% | 58.40% | 85.36% |
| 10/26/2020 | Southern | Arkansas | 91.95% | 87.50% | 98.28% |
| 10/26/2020 | Southern | Dallas | 91.99% | 84.76% | 85.97% |
| 10/26/2020 | Southern | Ft. Worth | 88.58% | 14.88% | 47.75% |
| 10/26/2020 | Southern | Gulf Atlantic | 85.89% | 10.37% | 27.69% |
| 10/26/2020 | Southern | Houston | 90.23% | 84.62% | 97.46% |
| 10/26/2020 | Southern | Louisiana | 73.98% | 55.77% | 98.35% |
| 10/26/2020 | Southern | Mississippi | 74.01% | 67.44% | 82.13% |
| 10/26/2020 | Southern | Oklahoma | 78.38% | 90.00% | 99.75% |
| 10/26/2020 | Southern | Rio Grande | 87.60% | 85.34% | 92.87% |
| 10/26/2020 | Southern | South Florida | 90.40% | 80.26% | 87.17% |
| 10/26/2020 | Southern | Suncoast | 94.38% | 72.20% | 92.86% |
| 10/26/2020 | Western | Alaska | 82.69% | 64.71% | 93.33% |
| 10/26/2020 | Western | Arizona | 97.90% | 83.60% | 92.23% |
| 10/26/2020 | Western | Central Plains | 90.81% | 28.73% | 99.70% |
| 10/26/2020 | Western | Colorado/Wyoming | 61.59% | 48.06% | 68.97% |
| 10/26/2020 | Western | Dakotas | 94.98% | 56.45% | 93.53% |
| 10/26/2020 | Western | Hawkeye | 97.56% | 81.97% | 99.83% |
| 10/26/2020 | Western | Mid-Americas | 86.67% | 81.82% | 99.88% |

| Day | Area | District | Processing Score: Inbound Ballot | Processing Score: Outbound Ballot | Score: Outbound Non-Ballot Election Mail |
|---|---|---|---|---|---|
| 10/26/2020 | Western | Nevada Sierra | 87.15% | 64.19% | 98.62% |
| 10/26/2020 | Western | Northland | 92.23% | 85.29% | 97.58% |
| 10/26/2020 | Western | Portland | 97.24% | 59.67% | 61.91% |
| 10/26/2020 | Western | Salt Lake City | 97.82% | 88.47% | 94.54% |
| 10/26/2020 | Western | Seattle | 96.25% | 12.31% | 97.20% |
| 10/27/2020 | Capital Metro | Atlanta | 40.74% | 0.42% | 29.81% |
| 10/27/2020 | Capital Metro | Baltimore | 84.43% | 66.11% | 6.15% |
| 10/27/2020 | Capital Metro | Capital | 88.99% | 99.95% | 37.61% |
| 10/27/2020 | Capital Metro | Greater S Carolina | 80.03% | 66.19% | 20.96% |
| 10/27/2020 | Capital Metro | Greensboro | 75.94% | 98.46% | 46.84% |
| 10/27/2020 | Capital Metro | Mid-Carolinas | 71.00% | 88.71% | 77.34% |
| 10/27/2020 | Capital Metro | Norther Virginia | 61.55% | 68.57% | 84.91% |
| 10/27/2020 | Capital Metro | Richmond | 82.85% | 87.61% | 89.96% |
| 10/27/2020 | Eastern | Appalachian | 49.75% | 40.00% | 52.27% |
| 10/27/2020 | Eastern | Central Pennsylvania | 58.19% | 24.54% | 5.98% |
| 10/27/2020 | Eastern | Kentuckiana | 58.75% | 13.73% | 86.75% |
| 10/27/2020 | Eastern | Norther Ohio | 91.29% | 62.71% | 0.36% |
| 10/27/2020 | Eastern | Ohio Valley | 94.87% | 41.43% | 27.94% |
| 10/27/2020 | Eastern | Philadelphia Metropo | 96.13% | 86.44% | 0.04% |
| 10/27/2020 | Eastern | South Jersey | 96.68% | 99.76% | 0.13% |
| 10/27/2020 | Eastern | Tennessee | 92.00% | 74.47% | 72.61% |
| 10/27/2020 | Eastern | Western New York | 98.21% | 95.08% | 81.58% |
| 10/27/2020 | Eastern | Western Pennsylvania | 97.26% | 97.33% | 95.24% |
| 10/27/2020 | Great Lakes | Central Illinois | 85.14% | 9.67% | 98.22% |
| 10/27/2020 | Great Lakes | Chicago | 90.04% | 70.18% | 18.38% |
| 10/27/2020 | Great Lakes | Detroit | 51.65% | 50.00% | 3.10% |
| 10/27/2020 | Great Lakes | Gateway | 80.45% | 85.31% | 23.16% |
| 10/27/2020 | Great Lakes | Greater Indiana | 43.74% | 64.71% | 31.70% |
| 10/27/2020 | Great Lakes | Greater Michigan | 55.65% | 1.45% | 0.19% |
| 10/27/2020 | Great Lakes | Lakeland | 55.96% | 82.22% | 6.02% |
| 10/27/2020 | Northeast | Albany | 82.61% | 66.67% | 17.19% |

| Day | Area | District | Processing Score: Inbound Ballot | Processing Score: Outbound Ballot | Score: Outbound Non-Ballot Election Mail |
|---|---|---|---|---|---|
| 10/27/2020 | Northeast | Caribbean | 99.57% | 30.43% | 98.70% |
| 10/27/2020 | Northeast | Connecticut Valley | 75.62% | 57.69% | 17.24% |
| 10/27/2020 | Northeast | Greater Boston | 93.79% | 91.37% | 92.49% |
| 10/27/2020 | Northeast | Long Island | 97.16% | 82.50% | 31.37% |
| 10/27/2020 | Northeast | New York | 94.96% | 27.03% | 98.12% |
| 10/27/2020 | Northeast | Northern New England | 60.20% | 68.75% | 27.43% |
| 10/27/2020 | Northeast | Northern New Jersey | 97.50% | 99.96% | 0.74% |
| 10/27/2020 | Northeast | Triboro | 95.51% | 34.62% | 86.69% |
| 10/27/2020 | Northeast | Westchester | 71.31% | 76.92% | 83.33% |
| 10/27/2020 | Pacific | Bay-Valley | 99.08% | 58.97% | 94.29% |
| 10/27/2020 | Pacific | Honolulu | 96.42% | 94.44% | 97.41% |
| 10/27/2020 | Pacific | Los Angeles | 99.21% | 17.39% | 73.30% |
| 10/27/2020 | Pacific | Sacramento | 97.93% | 38.46% | 35.17% |
| 10/27/2020 | Pacific | San Diego | 99.12% | 13.69% | 98.17% |
| 10/27/2020 | Pacific | San Francisco | 99.32% | 85.71% | 96.35% |
| 10/27/2020 | Pacific | Santa Ana | 99.14% | 28.02% | 96.71% |
| 10/27/2020 | Pacific | Sierra Coastal | 98.72% | 98.50% | 93.52% |
| 10/27/2020 | Southern | Alabama | 54.33% | 61.54% | 37.73% |
| 10/27/2020 | Southern | Arkansas | 69.12% | 77.78% | 1.50% |
| 10/27/2020 | Southern | Dallas | 85.30% | 85.53% | 2.05% |
| 10/27/2020 | Southern | Ft. Worth | 74.97% | 45.71% | 5.13% |
| 10/27/2020 | Southern | Gulf Atlantic | 84.92% | 19.25% | 87.45% |
| 10/27/2020 | Southern | Houston | 75.81% | 73.33% | 21.11% |
| 10/27/2020 | Southern | Louisiana | 65.45% | 88.37% | 23.74% |
| 10/27/2020 | Southern | Mississippi | 84.67% | 100.00% | 25.83% |
| 10/27/2020 | Southern | Oklahoma | 64.75% | 50.77% | 11.43% |
| 10/27/2020 | Southern | Rio Grande | 84.88% | 55.42% | 8.93% |
| 10/27/2020 | Southern | South Florida | 94.56% | 82.93% | 95.04% |
| 10/27/2020 | Southern | Suncoast | 97.14% | 91.03% | 11.95% |
| 10/27/2020 | Western | Alaska | 82.08% | 63.64% | 60.87% |
| 10/27/2020 | Western | Arizona | 98.35% | 23.34% | 49.40% |
| 10/27/2020 | Western | Central Plains | 95.63% | 66.67% | 96.97% |
| 10/27/2020 | Western | Colorado/Wyoming | 77.93% | 4.15% | 12.73% |
| 10/27/2020 | Western | Dakotas | 92.65% | 21.15% | 3.72% |
| 10/27/2020 | Western | Hawkeye | 97.69% | 85.00% | 0.09% |

| Day | Area | District | Processing Score: Inbound Ballot | Processing Score: Outbound Ballot | Score: Outbound Non-Ballot Election Mail |
|---|---|---|---|---|---|
| 10/27/2020 | Western | Mid-Americas | 95.06% | 83.61% | 0.66% |
| 10/27/2020 | Western | Nevada Sierra | 97.69% | 28.71% | 45.21% |
| 10/27/2020 | Western | Northland | 95.51% | 86.82% | 82.74% |
| 10/27/2020 | Western | Portland | 97.78% | 7.79% | 46.09% |
| 10/27/2020 | Western | Salt Lake City | 89.02% | 13.46% | 49.09% |
| 10/27/2020 | Western | Seattle | 98.08% | 9.54% | 30.70% |
| 10/28/2020 | Capital Metro | Atlanta | 95.16% | 5.54% | 27.74% |
| 10/28/2020 | Capital Metro | Baltimore | 94.39% | 53.99% | 9.38% |
| 10/28/2020 | Capital Metro | Capital | 96.56% | 13.19% | 48.06% |
| 10/28/2020 | Capital Metro | Greater S Carolina | 91.51% | 22.34% | 32.51% |
| 10/28/2020 | Capital Metro | Greensboro | 91.21% | 63.33% | 97.25% |
| 10/28/2020 | Capital Metro | Mid-Carolinas | 90.36% | 56.97% | 17.66% |
| 10/28/2020 | Capital Metro | Norther Virginia | 97.05% | 32.26% | 78.06% |
| 10/28/2020 | Capital Metro | Richmond | 96.97% | 37.25% | 36.47% |
| 10/28/2020 | Eastern | Appalachian | 89.02% | 35.14% | 82.01% |
| 10/28/2020 | Eastern | Central Pennsylvania | 83.92% | 52.73% | 81.91% |
| 10/28/2020 | Eastern | Kentuckiana | 64.32% | 72.41% | 27.94% |
| 10/28/2020 | Eastern | Norther Ohio | 97.63% | 78.56% | 1.73% |
| 10/28/2020 | Eastern | Ohio Valley | 98.00% | 48.70% | 87.04% |
| 10/28/2020 | Eastern | Philadelphia Metropo | 96.77% | 51.20% | 0.32% |
| 10/28/2020 | Eastern | South Jersey | 97.47% | 98.26% | 0.11% |
| 10/28/2020 | Eastern | Tennessee | 94.39% | 72.88% | 9.56% |
| 10/28/2020 | Eastern | Western New York | 98.55% | 10.24% | 26.32% |
| 10/28/2020 | Eastern | Western Pennsylvania | 98.53% | 98.22% | 49.18% |
| 10/28/2020 | Great Lakes | Central Illinois | 96.10% | 17.24% | 71.48% |
| 10/28/2020 | Great Lakes | Chicago | 95.92% | 93.02% | 41.89% |
| 10/28/2020 | Great Lakes | Detroit | 79.86% | 66.04% | 99.88% |
| 10/28/2020 | Great Lakes | Gateway | 95.76% | 66.20% | 41.61% |
| 10/28/2020 | Great Lakes | Greater Indiana | 86.95% | 78.35% | 91.92% |
| 10/28/2020 | Great Lakes | Greater Michigan | 95.57% | 3.57% | 42.39% |

| Day | Area | District | Processing Score: Inbound Ballot | Processing Score: Outbound Ballot | Score: Outbound Non-Ballot Election Mail |
|---|---|---|---|---|---|
| 10/28/2020 | Great Lakes | Lakeland | 93.22% | 42.47% | 69.14% |
| 10/28/2020 | Northeast | Albany | 98.30% | 64.29% | 23.55% |
| 10/28/2020 | Northeast | Caribbean | 99.50% | | 25.00% |
| 10/28/2020 | Northeast | Connecticut Valley | 98.14% | 51.22% | 73.70% |
| 10/28/2020 | Northeast | Greater Boston | 97.74% | 40.00% | 75.19% |
| 10/28/2020 | Northeast | Long Island | 99.02% | 100.00% | 82.93% |
| 10/28/2020 | Northeast | New York | 97.38% | 89.06% | 49.35% |
| 10/28/2020 | Northeast | Northern New England | 83.64% | 21.54% | 23.44% |
| 10/28/2020 | Northeast | Northern New Jersey | 97.28% | 99.15% | 3.05% |
| 10/28/2020 | Northeast | Triboro | 88.28% | 92.31% | 17.78% |
| 10/28/2020 | Northeast | Westchester | 97.90% | 35.90% | 35.07% |
| 10/28/2020 | Pacific | Bay-Valley | 99.18% | 79.17% | 95.41% |
| 10/28/2020 | Pacific | Honolulu | 98.87% | 87.50% | 95.77% |
| 10/28/2020 | Pacific | Los Angeles | 98.86% | 22.40% | 71.60% |
| 10/28/2020 | Pacific | Sacramento | 99.32% | 80.95% | 49.69% |
| 10/28/2020 | Pacific | San Diego | 99.32% | 99.59% | 97.65% |
| 10/28/2020 | Pacific | San Francisco | 98.89% | 79.17% | 98.52% |
| 10/28/2020 | Pacific | Santa Ana | 99.65% | 98.68% | 91.67% |
| 10/28/2020 | Pacific | Sierra Coastal | 98.82% | 96.92% | 98.50% |
| 10/28/2020 | Southern | Alabama | 78.40% | 30.86% | 42.71% |
| 10/28/2020 | Southern | Arkansas | 94.88% | 54.55% | 92.68% |
| 10/28/2020 | Southern | Dallas | 94.71% | 22.22% | 66.89% |
| 10/28/2020 | Southern | Ft. Worth | 94.51% | 22.67% | 33.06% |
| 10/28/2020 | Southern | Gulf Atlantic | 94.20% | 21.26% | 93.15% |
| 10/28/2020 | Southern | Houston | 95.15% | 58.82% | 56.47% |
| 10/28/2020 | Southern | Louisiana | 78.64% | 78.57% | 77.27% |
| 10/28/2020 | Southern | Mississippi | 92.50% | 80.00% | 32.63% |
| 10/28/2020 | Southern | Oklahoma | 77.73% | 76.92% | 64.71% |
| 10/28/2020 | Southern | Rio Grande | 92.24% | 14.29% | 34.59% |
| 10/28/2020 | Southern | South Florida | 95.14% | 27.85% | 97.29% |
| 10/28/2020 | Southern | Suncoast | 96.46% | 89.00% | 89.96% |
| 10/28/2020 | Western | Alaska | 94.43% | 72.73% | 99.89% |
| 10/28/2020 | Western | Arizona | 98.08% | 88.61% | 10.46% |
| 10/28/2020 | Western | Central Plains | 96.52% | 63.16% | 51.56% |
| 10/28/2020 | Western | Colorado/Wyoming | 80.56% | 16.95% | 61.11% |

| Day | Area | District | Processing Score: Inbound Ballot | Processing Score: Outbound Ballot | Score: Outbound Non-Ballot Election Mail |
|---|---|---|---|---|---|
| 10/28/2020 | Western | Dakotas | 96.62% | 35.90% | 75.26% |
| 10/28/2020 | Western | Hawkeye | 98.46% | 86.36% | 0.42% |
| 10/28/2020 | Western | Mid-Americas | 95.69% | 79.59% | 6.69% |
| 10/28/2020 | Western | Nevada Sierra | 98.03% | 27.78% | 67.59% |
| 10/28/2020 | Western | Northland | 97.11% | 3.54% | 62.59% |
| 10/28/2020 | Western | Portland | 98.13% | 54.29% | 70.13% |
| 10/28/2020 | Western | Salt Lake City | 98.11% | 96.70% | 87.06% |
| 10/28/2020 | Western | Seattle | 98.24% | 9.56% | 76.04% |
| 10/29/2020 | Capital Metro | Atlanta | 94.38% | 2.05% | 16.25% |
| 10/29/2020 | Capital Metro | Baltimore | 95.19% | 46.48% | 10.57% |
| 10/29/2020 | Capital Metro | Capital | 95.39% | 44.35% | 86.51% |
| 10/29/2020 | Capital Metro | Greater S Carolina | 80.08% | 75.00% | 27.68% |
| 10/29/2020 | Capital Metro | Greensboro | 89.50% | 92.43% | 78.34% |
| 10/29/2020 | Capital Metro | Mid-Carolinas | 87.00% | 15.64% | 92.40% |
| 10/29/2020 | Capital Metro | Norther Virginia | 95.69% | 29.50% | 78.52% |
| 10/29/2020 | Capital Metro | Richmond | 94.73% | 90.57% | 21.10% |
| 10/29/2020 | Eastern | Appalachian | 91.08% | 80.65% | 60.62% |
| 10/29/2020 | Eastern | Central Pennsylvania | 71.04% | 98.40% | 28.12% |
| 10/29/2020 | Eastern | Kentuckiana | 88.13% | 26.39% | 77.84% |
| 10/29/2020 | Eastern | Norther Ohio | 86.25% | 95.97% | 1.19% |
| 10/29/2020 | Eastern | Ohio Valley | 95.72% | 95.74% | 86.07% |
| 10/29/2020 | Eastern | Philadelphia Metropo | 91.49% | 98.80% | 0.59% |
| 10/29/2020 | Eastern | South Jersey | 95.49% | 99.33% | 1.39% |
| 10/29/2020 | Eastern | Tennessee | 97.13% | 31.50% | 71.18% |
| 10/29/2020 | Eastern | Western New York | 96.98% | 71.43% | 98.66% |
| 10/29/2020 | Eastern | Western Pennsylvania | 97.47% | 97.81% | 96.31% |
| 10/29/2020 | Great Lakes | Central Illinois | 96.96% | 98.95% | 77.46% |
| 10/29/2020 | Great Lakes | Chicago | 95.51% | 81.82% | 90.03% |
| 10/29/2020 | Great Lakes | Detroit | 80.20% | 97.22% | 99.52% |
| 10/29/2020 | Great Lakes | Gateway | 93.69% | 63.98% | 54.77% |
| 10/29/2020 | Great Lakes | Greater Indiana | 86.43% | 65.85% | 82.84% |

| Day | Area | District | Processing Score: Inbound Ballot | Processing Score: Outbound Ballot | Score: Outbound Non-Ballot Election Mail |
|---|---|---|---|---|---|
| 10/29/2020 | Great Lakes | Greater Michigan | 91.00% | 92.29% | 29.47% |
| 10/29/2020 | Great Lakes | Lakeland | 95.35% | 90.16% | 99.77% |
| 10/29/2020 | Northeast | Albany | 97.06% | 87.50% | 83.63% |
| 10/29/2020 | Northeast | Caribbean | 99.77% | 100.00% | 92.59% |
| 10/29/2020 | Northeast | Connecticut Valley | 95.73% | 50.00% | 86.03% |
| 10/29/2020 | Northeast | Greater Boston | 93.00% | 30.95% | 86.53% |
| 10/29/2020 | Northeast | Long Island | 97.07% | 96.00% | 82.47% |
| 10/29/2020 | Northeast | New York | 97.23% | 84.95% | 88.92% |
| 10/29/2020 | Northeast | Northern New England | 83.48% | 62.50% | 77.46% |
| 10/29/2020 | Northeast | Northern New Jersey | 97.57% | 86.34% | 48.82% |
| 10/29/2020 | Northeast | Triboro | 92.72% | 92.50% | 95.67% |
| 10/29/2020 | Northeast | Westchester | 96.14% | 83.87% | 96.06% |
| 10/29/2020 | Pacific | Bay-Valley | 98.46% | 69.57% | 99.43% |
| 10/29/2020 | Pacific | Honolulu | 91.86% | 70.97% | 97.63% |
| 10/29/2020 | Pacific | Los Angeles | 98.37% | 47.13% | 42.72% |
| 10/29/2020 | Pacific | Sacramento | 98.57% | 57.58% | 86.36% |
| 10/29/2020 | Pacific | San Diego | 99.29% | 98.73% | 94.94% |
| 10/29/2020 | Pacific | San Francisco | 98.75% | 79.55% | 98.85% |
| 10/29/2020 | Pacific | Santa Ana | 98.59% | 99.47% | 88.27% |
| 10/29/2020 | Pacific | Sierra Coastal | 98.60% | 41.94% | 71.90% |
| 10/29/2020 | Southern | Alabama | 91.20% | 68.09% | 17.07% |
| 10/29/2020 | Southern | Arkansas | 97.23% | 89.74% | 85.28% |
| 10/29/2020 | Southern | Dallas | 95.69% | 66.67% | 58.67% |
| 10/29/2020 | Southern | Ft. Worth | 93.14% | 99.44% | 95.72% |
| 10/29/2020 | Southern | Gulf Atlantic | 96.15% | 38.97% | 93.90% |
| 10/29/2020 | Southern | Houston | 96.50% | 86.21% | 77.97% |
| 10/29/2020 | Southern | Louisiana | 94.81% | 94.44% | 94.15% |
| 10/29/2020 | Southern | Mississippi | 95.80% | 75.00% | 57.94% |
| 10/29/2020 | Southern | Oklahoma | 86.96% | 81.25% | 85.64% |
| 10/29/2020 | Southern | Rio Grande | 95.49% | 93.51% | 67.87% |
| 10/29/2020 | Southern | South Florida | 96.27% | 77.78% | 97.19% |
| 10/29/2020 | Southern | Suncoast | 98.07% | 26.14% | 79.87% |
| 10/29/2020 | Western | Alaska | 86.52% | 66.67% | 99.73% |
| 10/29/2020 | Western | Arizona | 98.30% | 85.17% | 46.26% |
| 10/29/2020 | Western | Central Plains | 94.29% | 32.26% | 56.65% |

| Day | Area | District | Processing Score: Inbound Ballot | Processing Score: Outbound Ballot | Score: Outbound Non-Ballot Election Mail |
|---|---|---|---|---|---|
| 10/29/2020 | Western | Colorado/Wyoming | 73.40% | 40.13% | 70.65% |
| 10/29/2020 | Western | Dakotas | 97.61% | 51.22% | 95.73% |
| 10/29/2020 | Western | Hawkeye | 97.61% | 68.42% | 36.01% |
| 10/29/2020 | Western | Mid-Americas | 95.41% | 70.83% | 12.68% |
| 10/29/2020 | Western | Nevada Sierra | 98.18% | 35.20% | 98.16% |
| 10/29/2020 | Western | Northland | 86.11% | 50.88% | 56.69% |
| 10/29/2020 | Western | Portland | 97.48% | 34.41% | 76.82% |
| 10/29/2020 | Western | Salt Lake City | 97.70% | 97.72% | 95.45% |
| 10/29/2020 | Western | Seattle | 98.13% | 23.67% | 95.56% |