IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TERESA RICHARDSON, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>Defendants. | Civil Docket No. 20-cv-2262 (EGS) |

## **NOTICE**

In advance of this afternoon's 5:00 pm status conference, Defendants provide the Court with (1) data on the absolute number of Inbound Ballots and Outbound Ballots captured in the Election Mail processing scores data produced pursuant to this Court's October 27, 2020 order (Exhibit 1) and (2) a document explaining, for each USPS District whose Election Mail processing scores for Inbound Ballots were below 90 percent on each of the previous two days or below 80 percent on the previous day, Defendants' understanding, based on all reasonably available information, potential explanations for the current level of service and any corrective measures that are now being implemented (Exhibit 2).

Dated:  October 30, 2020  　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　JEFFREY BOSSERT CLARK
　　　　　　　　　　　　　　　　Acting Assistant Attorney General

　　　　　　　　　　　　　　　　ERIC R. WOMACK
　　　　　　　　　　　　　　　　Assistant Director, Federal Programs Branch

　　　　　　　　　　　　　　　　/s/ John Robinson
　　　　　　　　　　　　　　　　JOSEPH E. BORSON
　　　　　　　　　　　　　　　　KUNTAL CHOLERA
　　　　　　　　　　　　　　　　ALEXIS ECHOLS
　　　　　　　　　　　　　　　　DENA M. ROTH
　　　　　　　　　　　　　　　　JOHN ROBINSON (D.C. Bar No. 1044072)
　　　　　　　　　　　　　　　　Trial Attorneys
　　　　　　　　　　　　　　　　U.S. Department of Justice
　　　　　　　　　　　　　　　　Civil Division, Federal Programs Branch
　　　　　　　　　　　　　　　　1100 L. Street, NW
　　　　　　　　　　　　　　　　Washington D.C. 20005
　　　　　　　　　　　　　　　　(202) 616-8489
　　　　　　　　　　　　　　　　john.j.robinson@usdoj.gov

　　　　　　　　　　　　　　　　*Attorneys for Defendants*