As detailed below, the Postal Service has seen issues with staffing availability arise in the identified Districts due to the COVID-19 pandemic, among other reasons.

| District | Employee Availability |
|---|---|
| CENTRAL PENNSYLVANIA PFC | 84.41% |
| COLORADO/WYOMING PFC | 84.65% |
| DETROIT PFC | 78.16% |
| GREATER INDIANA PFC | 83.25% |
| KENTUCKIANA PFC | 82.28% |
| NORTHERN NEW ENGLAND PFC | 86.54% |
| OKLAHOMA PFC | 83.59% |

At the same time that staffing unavailability has become a factor, there has been an increase volume in package and market dominant products.  Each of these factors has had an impact on local service in the affected Districts.  The Postal Service has worked diligently to employ corrective measures to resolve these issues.  The measures include: (1) providing multiple layers of operational oversight, (2) collaborating with the Office of Inspector General and Inspection Service for oversight, (3) having Virtual Gembas which are phone and zoom meetings that allow the Command Center to view any problematic units daily, (4) holding daily discussions at 5:00 p.m. with any unit experiencing issues in order to troubleshoot, and (5) daily reporting of conditions and local corrective measures taking place.