UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THERESA RICHARDSON, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, *in his official capacity as President of the United States*, *et al.*, <br><br> *Defendants*. | Civil Case No. 1:20-cv-02262 (EGS) |

## JOINT STATUS REPORT

The parties are continuing to negotiate in good faith regarding a joint proposed order that reflects the direction provided by the Court at the October 30, 2020 hearing. The parties shall provide an update on the status of those discussions, including any agreed terms, at the hearing scheduled for 10:00 a.m. on Saturday, October 31, 2020.

The parties anticipate that a more substantive hearing, including attendance by relevant United States Postal Service ("USPS") personnel and discussion of today's data reports, will need to be scheduled later in the day, subject to the availability of the Court. The parties are continuing to work on identifying a proposed time for such a hearing, including determining the availability of relevant USPS personnel, and will provide an update to the Court at the hearing scheduled for 10:00 a.m. today.

Dated: Washington, D.C.
     October 31, 2020

                Respectfully submitted,

                BERG & ANDROPHY

                /s/ *David H. Berg*
                David H. Berg
                (*admitted pro hac vice*)
                Joel M. Androphy
                D.D.C. Bar No. 999769

                James W. Quinn
                (*admitted pro hac vice*)

                120 West 45th Street, 38th Floor
                New York, NY 10036
                Tel: (646) 766-0073

                *Attorneys for Plaintiffs*

                OF COUNSEL:

                Kathryn Page Berg
                120 West 45th Street, 38th Floor
                New York, NY 10036
                (*admitted pro hac vice*)
                Tel: (646) 766-0073


                JEFFREY BOSSERT CLARK
                Acting Assistant Attorney General

                ERIC R. WOMACK
                Assistant Director, Federal Programs Branch

                */s/ Joseph E. Borson*
                JOSEPH E. BORSON (Va. Bar No. 85519)
                KUNTAL CHOLERA
                ALEXIS ECHOLS
                DENA M. ROTH
                JOHN ROBINSON

Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, NW
Washington D.C. 20005
(202) 514-1944
Joseph.Borson@usdoj.gov

*Attorneys for Defendants*