| Date | Area | District | First-Class | Marketing Mail |
|---|---|---|---|---|
| 10/24/2020 | | | 86.09% | 89.13% |
| 10/26/2020 | | | 88.45% | 87.96% |
| 10/27/2020 | | | 60.78% | 89.96% |
| 10/28/2020 | | | 78.82% | 87.36% |
| 10/29/2020 | | | 88.84% | 87.09% |
| 10/30/2020 | | | 86.59% | 84.10% |
| | | | | |
| 10/24/2020 | Capital Metro | | 79.65% | 79.97% |
| 10/24/2020 | Eastern | | 80.24% | 84.16% |
| 10/24/2020 | Great Lakes | | 86.11% | 90.06% |
| 10/24/2020 | Northeast | | 89.05% | 92.94% |
| 10/24/2020 | Pacific | | 92.41% | 96.15% |
| 10/24/2020 | Southern | | 87.54% | 88.36% |
| 10/24/2020 | Western | | 87.27% | 92.38% |
| 10/26/2020 | Capital Metro | | 82.12% | 74.18% |
| 10/26/2020 | Eastern | | 82.48% | 79.83% |
| 10/26/2020 | Great Lakes | | 88.51% | 90.44% |
| 10/26/2020 | Northeast | | 92.03% | 92.81% |
| 10/26/2020 | Pacific | | 94.30% | 96.34% |
| 10/26/2020 | Southern | | 89.60% | 91.31% |
| 10/26/2020 | Western | | 90.36% | 92.08% |
| 10/27/2020 | Capital Metro | | 51.45% | 79.40% |
| 10/27/2020 | Eastern | | 52.54% | 85.58% |
| 10/27/2020 | Great Lakes | | 57.75% | 89.50% |
| 10/27/2020 | Northeast | | 70.78% | 93.12% |
| 10/27/2020 | Pacific | | 70.53% | 96.60% |
| 10/27/2020 | Southern | | 66.24% | 92.34% |
| 10/27/2020 | Western | | 61.10% | 91.88% |
| 10/28/2020 | Capital Metro | | 67.42% | 73.87% |
| 10/28/2020 | Eastern | | 74.28% | 80.76% |
| 10/28/2020 | Great Lakes | | 75.82% | 86.42% |
| 10/28/2020 | Northeast | | 85.46% | 92.17% |
| 10/28/2020 | Pacific | | 87.11% | 96.82% |
| 10/28/2020 | Southern | | 81.07% | 90.88% |
| 10/28/2020 | Western | | 81.47% | 90.35% |
| 10/29/2020 | Capital Metro | | 85.90% | 73.92% |
| 10/29/2020 | Eastern | | 81.18% | 80.54% |
| 10/29/2020 | Great Lakes | | 88.08% | 85.12% |
| 10/29/2020 | Northeast | | 92.97% | 92.28% |
| 10/29/2020 | Pacific | | 93.92% | 96.76% |
| 10/29/2020 | Southern | | 90.59% | 89.71% |
| 10/29/2020 | Western | | 90.90% | 90.77% |
| 10/30/2020 | Capital Metro | | 81.30% | 70.91% |
| 10/30/2020 | Eastern | | 81.29% | 79.00% |
| 10/30/2020 | Great Lakes | | 86.52% | 80.74% |
| 10/30/2020 | Northeast | | 91.41% | 90.62% |

| Date | Area | District | First-Class | Marketing Mail |
|---|---|---|---|---|
| 10/30/2020 | Pacific | | 91.41% | 95.67% |
| 10/30/2020 | Southern | | 86.57% | 85.55% |
| 10/30/2020 | Western | | 89.07% | 87.87% |
| 10/24/2020 | Capital Metro | Atlanta | 83.87% | 72.66% |
| 10/24/2020 | Capital Metro | Baltimore | 61.40% | 75.10% |
| 10/24/2020 | Capital Metro | Capital | 76.02% | 94.24% |
| 10/24/2020 | Capital Metro | Greater S Carolina | 77.33% | 86.01% |
| 10/24/2020 | Capital Metro | Greensboro | 76.71% | 67.43% |
| 10/24/2020 | Capital Metro | Mid-Carolinas | 84.99% | 87.94% |
| 10/24/2020 | Capital Metro | Norther Virginia | 83.69% | 94.96% |
| 10/24/2020 | Capital Metro | Richmond | 82.09% | 87.38% |
| 10/24/2020 | Eastern | Appalachian | 90.01% | 95.33% |
| 10/24/2020 | Eastern | Central Pennsylvania | 67.79% | 59.04% |
| 10/24/2020 | Eastern | Kentuckiana | 89.65% | 96.80% |
| 10/24/2020 | Eastern | Norther Ohio | 80.83% | 74.41% |
| 10/24/2020 | Eastern | Ohio Valley | 83.25% | 83.71% |
| 10/24/2020 | Eastern | Philadelphia Metropo | 56.34% | 74.97% |
| 10/24/2020 | Eastern | South Jersey | 80.10% | 89.82% |
| 10/24/2020 | Eastern | Tennessee | 86.12% | 89.72% |
| 10/24/2020 | Eastern | Western New York | 90.06% | 94.14% |
| 10/24/2020 | Eastern | Western Pennsylvania | 86.72% | 97.84% |
| 10/24/2020 | Great Lakes | Central Illinois | 84.88% | 85.91% |
| 10/24/2020 | Great Lakes | Chicago | 90.85% | 89.77% |
| 10/24/2020 | Great Lakes | Detroit | 71.33% | 85.35% |
| 10/24/2020 | Great Lakes | Gateway | 88.24% | 92.63% |
| 10/24/2020 | Great Lakes | Greater Indiana | 93.10% | 94.11% |
| 10/24/2020 | Great Lakes | Greater Michigan | 87.31% | 92.98% |

| Date | Area | District | First-Class | Marketing Mail |
|---|---|---|---|---|
| 10/24/2020 | Great Lakes | Lakeland | 87.03% | 93.36% |
| 10/24/2020 | Northeast | Albany | 88.09% | 94.91% |
| 10/24/2020 | Northeast | Caribbean | 96.98% | 96.11% |
| 10/24/2020 | Northeast | Connecticut Valley | 86.86% | 94.82% |
| 10/24/2020 | Northeast | Greater Boston | 89.56% | 86.03% |
| 10/24/2020 | Northeast | Long Island | 89.23% | 94.16% |
| 10/24/2020 | Northeast | New York | 86.76% | 97.89% |
| 10/24/2020 | Northeast | Northern New England | 90.67% | 95.64% |
| 10/24/2020 | Northeast | Northern New Jersey | 88.11% | 92.36% |
| 10/24/2020 | Northeast | Triboro | 92.43% | 95.31% |
| 10/24/2020 | Northeast | Westchester | 88.59% | 84.08% |
| 10/24/2020 | Pacific | Bay-Valley | 93.49% | 96.77% |
| 10/24/2020 | Pacific | Honolulu | 90.91% | 85.50% |
| 10/24/2020 | Pacific | Los Angeles | 90.06% | 95.74% |
| 10/24/2020 | Pacific | Sacramento | 93.79% | 92.23% |
| 10/24/2020 | Pacific | San Diego | 92.53% | 96.33% |
| 10/24/2020 | Pacific | San Francisco | 94.44% | 98.64% |
| 10/24/2020 | Pacific | Santa Ana | 92.25% | 97.42% |
| 10/24/2020 | Pacific | Sierra Coastal | 91.60% | 97.14% |
| 10/24/2020 | Southern | Alabama | 80.48% | 80.85% |
| 10/24/2020 | Southern | Arkansas | 89.25% | 93.71% |
| 10/24/2020 | Southern | Dallas | 91.18% | 94.63% |
| 10/24/2020 | Southern | Ft. Worth | 87.51% | 87.74% |
| 10/24/2020 | Southern | Gulf Atlantic | 78.71% | 86.35% |
| 10/24/2020 | Southern | Houston | 88.64% | 90.11% |
| 10/24/2020 | Southern | Louisiana | 91.40% | 81.16% |
| 10/24/2020 | Southern | Mississippi | 79.92% | 89.42% |
| 10/24/2020 | Southern | Oklahoma | 93.16% | 94.42% |
| 10/24/2020 | Southern | Rio Grande | 92.44% | 92.23% |
| 10/24/2020 | Southern | South Florida | 84.85% | 92.75% |
| 10/24/2020 | Southern | Suncoast | 89.00% | 80.10% |
| 10/24/2020 | Western | Alaska | 84.20% | 92.41% |

| Date | Area | District | First-Class | Marketing Mail |
|---|---|---|---|---|
| 10/24/2020 | Western | Arizona | 90.04% | 88.10% |
| 10/24/2020 | Western | Central Plains | 88.54% | 96.04% |
| 10/24/2020 | Western | Colorado/Wyoming | 74.37% | 92.10% |
| 10/24/2020 | Western | Dakotas | 90.21% | 96.39% |
| 10/24/2020 | Western | Hawkeye | 88.83% | 93.42% |
| 10/24/2020 | Western | Mid-Americas | 88.74% | 89.85% |
| 10/24/2020 | Western | Nevada Sierra | 91.67% | 97.04% |
| 10/24/2020 | Western | Northland | 81.87% | 93.48% |
| 10/24/2020 | Western | Portland | 88.52% | 92.74% |
| 10/24/2020 | Western | Salt Lake City | 93.04% | 92.06% |
| 10/24/2020 | Western | Seattle | 86.00% | 91.30% |
| 10/26/2020 | Capital Metro | Atlanta | 87.14% | 62.20% |
| 10/26/2020 | Capital Metro | Baltimore | 67.44% | 66.23% |
| 10/26/2020 | Capital Metro | Capital | 81.94% | 95.89% |
| 10/26/2020 | Capital Metro | Greater S Carolina | 72.57% | 85.71% |
| 10/26/2020 | Capital Metro | Greensboro | 78.98% | 59.61% |
| 10/26/2020 | Capital Metro | Mid-Carolinas | 88.15% | 76.59% |
| 10/26/2020 | Capital Metro | Norther Virginia | 86.78% | 96.00% |
| 10/26/2020 | Capital Metro | Richmond | 88.63% | 90.15% |
| 10/26/2020 | Eastern | Appalachian | 86.58% | 90.68% |
| 10/26/2020 | Eastern | Central Pennsylvania | 73.16% | 65.67% |
| 10/26/2020 | Eastern | Kentuckiana | 88.73% | 95.75% |
| 10/26/2020 | Eastern | Norther Ohio | 83.18% | 73.79% |
| 10/26/2020 | Eastern | Ohio Valley | 87.76% | 81.29% |
| 10/26/2020 | Eastern | Philadelphia Metropo | 60.26% | 55.74% |
| 10/26/2020 | Eastern | South Jersey | 80.71% | 87.15% |
| 10/26/2020 | Eastern | Tennessee | 90.07% | 89.20% |
| 10/26/2020 | Eastern | Western New York | 89.20% | 93.97% |

| Date | Area | District | First-Class | Marketing Mail |
|---|---|---|---|---|
| 10/26/2020 | Eastern | Western Pennsylvania | 91.24% | 98.19% |
| 10/26/2020 | Great Lakes | Central Illinois | 86.54% | 84.49% |
| 10/26/2020 | Great Lakes | Chicago | 92.39% | 91.81% |
| 10/26/2020 | Great Lakes | Detroit | 77.00% | 82.89% |
| 10/26/2020 | Great Lakes | Gateway | 88.66% | 93.65% |
| 10/26/2020 | Great Lakes | Greater Indiana | 94.48% | 94.71% |
| 10/26/2020 | Great Lakes | Greater Michigan | 88.75% | 94.02% |
| 10/26/2020 | Great Lakes | Lakeland | 90.36% | 95.30% |
| 10/26/2020 | Northeast | Albany | 92.33% | 93.41% |
| 10/26/2020 | Northeast | Caribbean | 95.03% | 97.25% |
| 10/26/2020 | Northeast | Connecticut Valley | 91.77% | 96.02% |
| 10/26/2020 | Northeast | Greater Boston | 93.20% | 92.21% |
| 10/26/2020 | Northeast | Long Island | 88.56% | 93.53% |
| 10/26/2020 | Northeast | New York | 91.43% | 97.25% |
| 10/26/2020 | Northeast | Northern New England | 92.01% | 95.46% |
| 10/26/2020 | Northeast | Northern New Jersey | 92.91% | 89.94% |
| 10/26/2020 | Northeast | Triboro | 91.72% | 90.05% |
| 10/26/2020 | Northeast | Westchester | 89.05% | 85.91% |
| 10/26/2020 | Pacific | Bay-Valley | 94.50% | 97.64% |
| 10/26/2020 | Pacific | Honolulu | 92.82% | 44.93% |
| 10/26/2020 | Pacific | Los Angeles | 93.54% | 95.39% |
| 10/26/2020 | Pacific | Sacramento | 94.45% | 94.06% |
| 10/26/2020 | Pacific | San Diego | 94.63% | 96.91% |
| 10/26/2020 | Pacific | San Francisco | 95.17% | 97.60% |
| 10/26/2020 | Pacific | Santa Ana | 95.14% | 97.30% |
| 10/26/2020 | Pacific | Sierra Coastal | 92.70% | 97.47% |
| 10/26/2020 | Southern | Alabama | 86.28% | 81.70% |
| 10/26/2020 | Southern | Arkansas | 94.49% | 91.40% |
| 10/26/2020 | Southern | Dallas | 91.89% | 96.25% |
| Date | Area | District | First-Class | Marketing Mail |

| Date | Area | District | First-Class | Marketing Mail |
|---|---|---|---|---|
| 10/26/2020 | Southern | Ft. Worth | 89.80% | 88.43% |
| 10/26/2020 | Southern | Gulf Atlantic | 80.99% | 85.35% |
| 10/26/2020 | Southern | Houston | 89.92% | 95.97% |
| 10/26/2020 | Southern | Louisiana | 92.29% | 89.22% |
| 10/26/2020 | Southern | Mississippi | 81.94% | 85.77% |
| 10/26/2020 | Southern | Oklahoma | 94.24% | 96.47% |
| 10/26/2020 | Southern | Rio Grande | 92.61% | 90.72% |
| 10/26/2020 | Southern | South Florida | 87.86% | 92.28% |
| 10/26/2020 | Southern | Suncoast | 91.52% | 92.16% |
| 10/26/2020 | Western | Alaska | 86.50% | 86.39% |
| 10/26/2020 | Western | Arizona | 92.01% | 87.84% |
| 10/26/2020 | Western | Central Plains | 91.92% | 93.30% |
| 10/26/2020 | Western | Colorado/Wyoming | 74.67% | 90.44% |
| 10/26/2020 | Western | Dakotas | 92.11% | 95.61% |
| 10/26/2020 | Western | Hawkeye | 92.38% | 92.84% |
| 10/26/2020 | Western | Mid-Americas | 90.46% | 92.34% |
| 10/26/2020 | Western | Nevada Sierra | 92.99% | 94.17% |
| 10/26/2020 | Western | Northland | 88.40% | 91.90% |
| 10/26/2020 | Western | Portland | 92.51% | 94.06% |
| 10/26/2020 | Western | Salt Lake City | 93.99% | 93.08% |
| 10/26/2020 | Western | Seattle | 91.67% | 95.87% |
| 10/27/2020 | Capital Metro | Atlanta | 52.36% | 77.23% |
| 10/27/2020 | Capital Metro | Baltimore | 28.27% | 70.74% |
| 10/27/2020 | Capital Metro | Capital | 58.38% | 95.55% |
| 10/27/2020 | Capital Metro | Greater S Carolina | 40.33% | 91.20% |
| 10/27/2020 | Capital Metro | Greensboro | 46.86% | 60.74% |
| 10/27/2020 | Capital Metro | Mid-Carolinas | 64.35% | 72.61% |
| 10/27/2020 | Capital Metro | Norther Virginia | 52.41% | 96.44% |
| 10/27/2020 | Capital Metro | Richmond | 61.78% | 92.10% |
| 10/27/2020 | Eastern | Appalachian | 60.10% | 93.38% |
| 10/27/2020 | Eastern | Central Pennsylvania | 59.41% | 62.90% |

| Date | Area | District | First-Class | Marketing Mail |
|---|---|---|---|---|
| 10/27/2020 | Eastern | Kentuckiana | 70.61% | 97.64% |
| 10/27/2020 | Eastern | Norther Ohio | 44.47% | 77.88% |
| 10/27/2020 | Eastern | Ohio Valley | 49.21% | 87.14% |
| 10/27/2020 | Eastern | Philadelphia Metropo | 27.85% | 73.48% |
| 10/27/2020 | Eastern | South Jersey | 40.18% | 89.02% |
| 10/27/2020 | Eastern | Tennessee | 61.32% | 92.49% |
| 10/27/2020 | Eastern | Western New York | 65.27% | 97.15% |
| 10/27/2020 | Eastern | Western Pennsylvania | 68.95% | 97.33% |
| 10/27/2020 | Great Lakes | Central Illinois | 62.89% | 89.79% |
| 10/27/2020 | Great Lakes | Chicago | 62.99% | 94.43% |
| 10/27/2020 | Great Lakes | Detroit | 42.57% | 76.35% |
| 10/27/2020 | Great Lakes | Gateway | 68.79% | 92.33% |
| 10/27/2020 | Great Lakes | Greater Indiana | 63.89% | 95.72% |
| 10/27/2020 | Great Lakes | Greater Michigan | 57.67% | 87.33% |
| 10/27/2020 | Great Lakes | Lakeland | 52.79% | 95.12% |
| 10/27/2020 | Northeast | Albany | 70.71% | 93.26% |
| 10/27/2020 | Northeast | Caribbean | 92.89% | 80.50% |
| 10/27/2020 | Northeast | Connecticut Valley | 71.84% | 93.89% |
| 10/27/2020 | Northeast | Greater Boston | 63.50% | 93.14% |
| 10/27/2020 | Northeast | Long Island | 73.08% | 96.05% |
| 10/27/2020 | Northeast | New York | 70.22% | 97.27% |
| 10/27/2020 | Northeast | Northern New England | 71.03% | 86.53% |
| 10/27/2020 | Northeast | Northern New Jersey | 65.24% | 93.71% |
| 10/27/2020 | Northeast | Triboro | 82.97% | 93.27% |
| 10/27/2020 | Northeast | Westchester | 67.92% | 93.26% |
| 10/27/2020 | Pacific | Bay-Valley | 73.64% | 97.17% |
| 10/27/2020 | Pacific | Honolulu | 81.86% | 88.78% |

| Date | Area | District | First-Class | Marketing Mail |
|---|---|---|---|---|
| 10/27/2020 | Pacific | Los Angeles | 77.35% | 96.93% |
| 10/27/2020 | Pacific | Sacramento | 69.98% | 93.27% |
| 10/27/2020 | Pacific | San Diego | 73.96% | 96.34% |
| 10/27/2020 | Pacific | San Francisco | 72.33% | 98.30% |
| 10/27/2020 | Pacific | Santa Ana | 59.85% | 97.99% |
| 10/27/2020 | Pacific | Sierra Coastal | 71.71% | 97.53% |
| 10/27/2020 | Southern | Alabama | 54.58% | 89.66% |
| 10/27/2020 | Southern | Arkansas | 70.67% | 92.83% |
| 10/27/2020 | Southern | Dallas | 73.93% | 93.74% |
| 10/27/2020 | Southern | Ft. Worth | 70.24% | 93.09% |
| 10/27/2020 | Southern | Gulf Atlantic | 52.15% | 86.07% |
| 10/27/2020 | Southern | Houston | 78.74% | 95.42% |
| 10/27/2020 | Southern | Louisiana | 65.42% | 89.85% |
| 10/27/2020 | Southern | Mississippi | 51.85% | 87.25% |
| 10/27/2020 | Southern | Oklahoma | 77.65% | 96.34% |
| 10/27/2020 | Southern | Rio Grande | 75.48% | 95.29% |
| 10/27/2020 | Southern | South Florida | 53.03% | 89.76% |
| 10/27/2020 | Southern | Suncoast | 57.22% | 95.54% |
| 10/27/2020 | Western | Alaska | 66.76% | 90.89% |
| 10/27/2020 | Western | Arizona | 68.28% | 89.99% |
| 10/27/2020 | Western | Central Plains | 75.95% | 96.13% |
| 10/27/2020 | Western | Colorado/Wyoming | 35.68% | 86.14% |
| 10/27/2020 | Western | Dakotas | 66.68% | 94.57% |
| 10/27/2020 | Western | Hawkeye | 68.73% | 93.66% |
| 10/27/2020 | Western | Mid-Americas | 54.61% | 85.81% |
| 10/27/2020 | Western | Nevada Sierra | 76.04% | 96.48% |
| 10/27/2020 | Western | Northland | 54.99% | 90.93% |
| 10/27/2020 | Western | Portland | 72.83% | 88.05% |
| 10/27/2020 | Western | Salt Lake City | 61.37% | 96.43% |
| 10/27/2020 | Western | Seattle | 58.53% | 97.30% |
| 10/28/2020 | Capital Metro | Atlanta | 79.53% | 68.33% |
| 10/28/2020 | Capital Metro | Baltimore | 47.72% | 82.88% |
| 10/28/2020 | Capital Metro | Capital | 75.69% | 92.31% |
| 10/28/2020 | Capital Metro | Greater S Carolina | 71.41% | 86.84% |

| Date | Area | District | First-Class | Marketing Mail |
|---|---|---|---|---|
| 10/28/2020 | Capital Metro | Greensboro | 59.21% | 49.24% |
| 10/28/2020 | Capital Metro | Mid-Carolinas | 52.63% | 66.03% |
| 10/28/2020 | Capital Metro | Norther Virginia | 74.91% | 95.06% |
| 10/28/2020 | Capital Metro | Richmond | 83.37% | 89.51% |
| 10/28/2020 | Eastern | Appalachian | 83.72% | 91.07% |
| 10/28/2020 | Eastern | Central Pennsylvania | 56.44% | 53.94% |
| 10/28/2020 | Eastern | Kentuckiana | 89.15% | 95.48% |
| 10/28/2020 | Eastern | Norther Ohio | 73.72% | 63.71% |
| 10/28/2020 | Eastern | Ohio Valley | 80.56% | 88.32% |
| 10/28/2020 | Eastern | Philadelphia Metropo | 51.21% | 61.74% |
| 10/28/2020 | Eastern | South Jersey | 75.60% | 92.89% |
| 10/28/2020 | Eastern | Tennessee | 85.34% | 88.58% |
| 10/28/2020 | Eastern | Western New York | 91.61% | 93.74% |
| 10/28/2020 | Eastern | Western Pennsylvania | 83.73% | 94.43% |
| 10/28/2020 | Great Lakes | Central Illinois | 72.45% | 88.60% |
| 10/28/2020 | Great Lakes | Chicago | 80.64% | 81.39% |
| 10/28/2020 | Great Lakes | Detroit | 56.59% | 74.21% |
| 10/28/2020 | Great Lakes | Gateway | 82.74% | 92.24% |
| 10/28/2020 | Great Lakes | Greater Indiana | 86.68% | 91.15% |
| 10/28/2020 | Great Lakes | Greater Michigan | 76.34% | 88.64% |
| 10/28/2020 | Great Lakes | Lakeland | 78.20% | 91.63% |
| 10/28/2020 | Northeast | Albany | 88.92% | 95.63% |
| 10/28/2020 | Northeast | Caribbean | 96.22% | 91.95% |
| 10/28/2020 | Northeast | Connecticut Valley | 85.68% | 93.73% |
| 10/28/2020 | Northeast | Greater Boston | 88.34% | 84.52% |
| 10/28/2020 | Northeast | Long Island | 82.24% | 92.89% |

| Date | Area | District | First-Class | Marketing Mail |
|---|---|---|---|---|
| 10/28/2020 | Northeast | New York | 86.13% | 95.64% |
| 10/28/2020 | Northeast | Northern New England | 82.45% | 92.53% |
| 10/28/2020 | Northeast | Northern New Jersey | 80.91% | 91.49% |
| 10/28/2020 | Northeast | Triboro | 81.88% | 94.51% |
| 10/28/2020 | Northeast | Westchester | 84.14% | 94.03% |
| 10/28/2020 | Pacific | Bay-Valley | 91.63% | 96.14% |
| 10/28/2020 | Pacific | Honolulu | 89.61% | 91.15% |
| 10/28/2020 | Pacific | Los Angeles | 88.23% | 96.83% |
| 10/28/2020 | Pacific | Sacramento | 85.37% | 94.89% |
| 10/28/2020 | Pacific | San Diego | 89.30% | 98.12% |
| 10/28/2020 | Pacific | San Francisco | 86.16% | 98.33% |
| 10/28/2020 | Pacific | Santa Ana | 83.19% | 97.02% |
| 10/28/2020 | Pacific | Sierra Coastal | 88.21% | 96.94% |
| 10/28/2020 | Southern | Alabama | 88.58% | 83.43% |
| 10/28/2020 | Southern | Arkansas | 87.32% | 94.83% |
| 10/28/2020 | Southern | Dallas | 77.46% | 92.40% |
| 10/28/2020 | Southern | Ft. Worth | 84.64% | 92.75% |
| 10/28/2020 | Southern | Gulf Atlantic | 77.69% | 84.51% |
| 10/28/2020 | Southern | Houston | 76.24% | 95.15% |
| 10/28/2020 | Southern | Louisiana | 88.68% | 90.53% |
| 10/28/2020 | Southern | Mississippi | 78.04% | 85.00% |
| 10/28/2020 | Southern | Oklahoma | 91.06% | 96.90% |
| 10/28/2020 | Southern | Rio Grande | 86.03% | 94.91% |
| 10/28/2020 | Southern | South Florida | 68.18% | 91.95% |
| 10/28/2020 | Southern | Suncoast | 82.82% | 89.26% |
| 10/28/2020 | Western | Alaska | 80.97% | 90.46% |
| 10/28/2020 | Western | Arizona | 80.90% | 91.17% |
| 10/28/2020 | Western | Central Plains | 82.86% | 93.67% |
| 10/28/2020 | Western | Colorado/Wyoming | 58.11% | 77.92% |
| 10/28/2020 | Western | Dakotas | 86.36% | 94.85% |
| 10/28/2020 | Western | Hawkeye | 87.43% | 90.70% |
| 10/28/2020 | Western | Mid-Americas | 84.01% | 76.72% |

| Date | Area | District | First-Class | Marketing Mail |
|---|---|---|---|---|
| 10/28/2020 | Western | Nevada Sierra | 86.18% | 97.00% |
| 10/28/2020 | Western | Northland | 81.24% | 87.66% |
| 10/28/2020 | Western | Portland | 85.57% | 91.17% |
| 10/28/2020 | Western | Salt Lake City | 80.46% | 97.05% |
| 10/28/2020 | Western | Seattle | 82.04% | 97.09% |
| 10/29/2020 | Capital Metro | Atlanta | 90.81% | 70.59% |
| 10/29/2020 | Capital Metro | Baltimore | 71.75% | 75.02% |
| 10/29/2020 | Capital Metro | Capital | 87.72% | 85.68% |
| 10/29/2020 | Capital Metro | Greater S Carolina | 83.57% | 90.25% |
| 10/29/2020 | Capital Metro | Greensboro | 80.99% | 50.78% |
| 10/29/2020 | Capital Metro | Mid-Carolinas | 87.42% | 71.51% |
| 10/29/2020 | Capital Metro | Norther Virginia | 88.76% | 92.46% |
| 10/29/2020 | Capital Metro | Richmond | 91.68% | 85.29% |
| 10/29/2020 | Eastern | Appalachian | 89.49% | 89.76% |
| 10/29/2020 | Eastern | Central Pennsylvania | 63.37% | 54.27% |
| 10/29/2020 | Eastern | Kentuckiana | 92.38% | 95.47% |
| 10/29/2020 | Eastern | Norther Ohio | 78.24% | 76.25% |
| 10/29/2020 | Eastern | Ohio Valley | 86.49% | 88.43% |
| 10/29/2020 | Eastern | Philadelphia Metropo | 51.87% | 51.87% |
| 10/29/2020 | Eastern | South Jersey | 86.41% | 92.55% |
| 10/29/2020 | Eastern | Tennessee | 94.45% | 87.72% |
| 10/29/2020 | Eastern | Western New York | 92.26% | 92.94% |
| 10/29/2020 | Eastern | Western Pennsylvania | 92.39% | 96.10% |
| 10/29/2020 | Great Lakes | Central Illinois | 85.44% | 86.78% |
| 10/29/2020 | Great Lakes | Chicago | 88.49% | 87.27% |
| 10/29/2020 | Great Lakes | Detroit | 77.34% | 70.87% |
| 10/29/2020 | Great Lakes | Gateway | 92.03% | 88.87% |

| Date | Area | District | First-Class | Marketing Mail |
|---|---|---|---|---|
| 10/29/2020 | Great Lakes | Greater Indiana | 92.88% | 92.10% |
| 10/29/2020 | Great Lakes | Greater Michigan | 87.80% | 92.71% |
| 10/29/2020 | Great Lakes | Lakeland | 89.86% | 92.91% |
| 10/29/2020 | Northeast | Albany | 94.37% | 95.41% |
| 10/29/2020 | Northeast | Caribbean | 97.17% | 82.77% |
| 10/29/2020 | Northeast | Connecticut Valley | 93.04% | 92.76% |
| 10/29/2020 | Northeast | Greater Boston | 93.36% | 87.33% |
| 10/29/2020 | Northeast | Long Island | 88.23% | 94.67% |
| 10/29/2020 | Northeast | New York | 91.61% | 97.21% |
| 10/29/2020 | Northeast | Northern New England | 93.95% | 87.91% |
| 10/29/2020 | Northeast | Northern New Jersey | 93.58% | 93.81% |
| 10/29/2020 | Northeast | Triboro | 90.40% | 93.68% |
| 10/29/2020 | Northeast | Westchester | 93.46% | 92.49% |
| 10/29/2020 | Pacific | Bay-Valley | 93.61% | 96.31% |
| 10/29/2020 | Pacific | Honolulu | 93.04% | 96.19% |
| 10/29/2020 | Pacific | Los Angeles | 94.51% | 96.25% |
| 10/29/2020 | Pacific | Sacramento | 94.11% | 95.08% |
| 10/29/2020 | Pacific | San Diego | 94.12% | 96.46% |
| 10/29/2020 | Pacific | San Francisco | 92.79% | 98.40% |
| 10/29/2020 | Pacific | Santa Ana | 93.72% | 98.08% |
| 10/29/2020 | Pacific | Sierra Coastal | 94.33% | 97.41% |
| 10/29/2020 | Southern | Alabama | 92.07% | 73.92% |
| 10/29/2020 | Southern | Arkansas | 93.84% | 89.13% |
| 10/29/2020 | Southern | Dallas | 90.35% | 93.91% |
| 10/29/2020 | Southern | Ft. Worth | 91.95% | 90.05% |
| 10/29/2020 | Southern | Gulf Atlantic | 86.79% | 77.40% |
| 10/29/2020 | Southern | Houston | 85.98% | 95.31% |
| 10/29/2020 | Southern | Louisiana | 92.68% | 85.03% |
| 10/29/2020 | Southern | Mississippi | 92.31% | 82.48% |
| 10/29/2020 | Southern | Oklahoma | 91.25% | 94.96% |
| 10/29/2020 | Southern | Rio Grande | 93.42% | 95.24% |

| Date | Area | District | First-Class | Marketing Mail |
|---|---|---|---|---|
| 10/29/2020 | Southern | South Florida | 87.74% | 91.80% |
| 10/29/2020 | Southern | Suncoast | 93.95% | 92.64% |
| 10/29/2020 | Western | Alaska | 79.84% | 96.77% |
| 10/29/2020 | Western | Arizona | 94.45% | 88.99% |
| 10/29/2020 | Western | Central Plains | 93.09% | 93.56% |
| 10/29/2020 | Western | Colorado/Wyoming | 72.03% | 77.61% |
| 10/29/2020 | Western | Dakotas | 92.62% | 94.53% |
| 10/29/2020 | Western | Hawkeye | 94.05% | 94.08% |
| 10/29/2020 | Western | Mid-Americas | 92.05% | 82.55% |
| 10/29/2020 | Western | Nevada Sierra | 94.06% | 96.59% |
| 10/29/2020 | Western | Northland | 90.79% | 90.29% |
| 10/29/2020 | Western | Portland | 93.75% | 95.55% |
| 10/29/2020 | Western | Salt Lake City | 93.57% | 95.86% |
| 10/29/2020 | Western | Seattle | 91.27% | 96.89% |
| 10/30/2020 | Capital Metro | Atlanta | 86.57% | 54.14% |
| 10/30/2020 | Capital Metro | Baltimore | 72.27% | 87.79% |
| 10/30/2020 | Capital Metro | Capital | 85.30% | 91.19% |
| 10/30/2020 | Capital Metro | Greater S Carolina | 72.45% | 83.82% |
| 10/30/2020 | Capital Metro | Greensboro | 74.22% | 54.96% |
| 10/30/2020 | Capital Metro | Mid-Carolinas | 83.74% | 65.32% |
| 10/30/2020 | Capital Metro | Norther Virginia | 84.73% | 93.87% |
| 10/30/2020 | Capital Metro | Richmond | 89.48% | 83.59% |
| 10/30/2020 | Eastern | Appalachian | 91.31% | 88.60% |
| 10/30/2020 | Eastern | Central Pennsylvania | 67.46% | 47.31% |
| 10/30/2020 | Eastern | Kentuckiana | 89.96% | 92.77% |
| 10/30/2020 | Eastern | Norther Ohio | 76.25% | 62.70% |
| 10/30/2020 | Eastern | Ohio Valley | 84.97% | 88.01% |
| 10/30/2020 | Eastern | Philadelphia Metropo | 62.85% | 65.21% |

| Date | Area | District | First-Class | Marketing Mail |
|---|---|---|---|---|
| 10/30/2020 | Eastern | South Jersey | 86.25% | 90.99% |
| 10/30/2020 | Eastern | Tennessee | 89.45% | 84.08% |
| 10/30/2020 | Eastern | Western New York | 93.26% | 95.28% |
| 10/30/2020 | Eastern | Western Pennsylvania | 89.45% | 94.69% |
| 10/30/2020 | Great Lakes | Central Illinois | 82.12% | 88.35% |
| 10/30/2020 | Great Lakes | Chicago | 90.85% | 89.22% |
| 10/30/2020 | Great Lakes | Detroit | 74.99% | 56.18% |
| 10/30/2020 | Great Lakes | Gateway | 90.60% | 86.24% |
| 10/30/2020 | Great Lakes | Greater Indiana | 93.22% | 88.68% |
| 10/30/2020 | Great Lakes | Greater Michigan | 82.06% | 80.93% |
| 10/30/2020 | Great Lakes | Lakeland | 89.34% | 91.50% |
| 10/30/2020 | Northeast | Albany | 90.84% | 91.06% |
| 10/30/2020 | Northeast | Caribbean | 93.03% | 92.04% |
| 10/30/2020 | Northeast | Connecticut Valley | 92.41% | 87.81% |
| 10/30/2020 | Northeast | Greater Boston | 91.34% | 89.57% |
| 10/30/2020 | Northeast | Long Island | 91.77% | 88.79% |
| 10/30/2020 | Northeast | New York | 90.92% | 97.91% |
| 10/30/2020 | Northeast | Northern New England | 90.04% | 88.79% |
| 10/30/2020 | Northeast | Northern New Jersey | 91.70% | 92.07% |
| 10/30/2020 | Northeast | Triboro | 89.63% | 92.96% |
| 10/30/2020 | Northeast | Westchester | 92.10% | 88.57% |
| 10/30/2020 | Pacific | Bay-Valley | 93.17% | 95.50% |
| 10/30/2020 | Pacific | Honolulu | 95.05% | 93.40% |
| 10/30/2020 | Pacific | Los Angeles | 92.98% | 95.97% |
| 10/30/2020 | Pacific | Sacramento | 90.04% | 93.58% |
| 10/30/2020 | Pacific | San Diego | 92.10% | 96.84% |
| 10/30/2020 | Pacific | San Francisco | 93.10% | 94.97% |
| 10/30/2020 | Pacific | Santa Ana | 86.80% | 96.20% |

| Date | Area | District | First-Class | Marketing Mail |
|---|---|---|---|---|
| 10/30/2020 | Pacific | Sierra Coastal | 93.15% | 95.96% |
| 10/30/2020 | Southern | Alabama | 89.50% | 72.95% |
| 10/30/2020 | Southern | Arkansas | 89.58% | 83.97% |
| 10/30/2020 | Southern | Dallas | 81.28% | 88.60% |
| 10/30/2020 | Southern | Ft. Worth | 86.50% | 91.54% |
| 10/30/2020 | Southern | Gulf Atlantic | 84.27% | 69.03% |
| 10/30/2020 | Southern | Houston | 89.88% | 92.87% |
| 10/30/2020 | Southern | Louisiana | 83.19% | 77.45% |
| 10/30/2020 | Southern | Mississippi | 89.63% | 73.80% |
| 10/30/2020 | Southern | Oklahoma | 92.03% | 92.82% |
| 10/30/2020 | Southern | Rio Grande | 90.41% | 93.49% |
| 10/30/2020 | Southern | South Florida | 82.50% | 84.37% |
| 10/30/2020 | Southern | Suncoast | 89.75% | 93.61% |
| 10/30/2020 | Western | Alaska | 90.21% | 84.90% |
| 10/30/2020 | Western | Arizona | 92.06% | 90.60% |
| 10/30/2020 | Western | Central Plains | 94.69% | 88.56% |
| 10/30/2020 | Western | Colorado/Wyoming | 66.26% | 55.88% |
| 10/30/2020 | Western | Dakotas | 92.30% | 91.18% |
| 10/30/2020 | Western | Hawkeye | 91.92% | 93.07% |
| 10/30/2020 | Western | Mid-Americas | 87.70% | 81.14% |
| 10/30/2020 | Western | Nevada Sierra | 92.65% | 96.07% |
| 10/30/2020 | Western | Northland | 90.70% | 89.41% |
| 10/30/2020 | Western | Portland | 94.11% | 92.36% |
| 10/30/2020 | Western | Salt Lake City | 92.38% | 95.40% |
| 10/30/2020 | Western | Seattle | 89.83% | 92.27% |