| Date | Area | District | Processing Score: Inbound Ballot | Processing Score: Outbound Ballot | Processing Score: Outbound Non-Ballot Election |
|---|---|---|---|---|---|
| 10/24/2020 | Nation | | 94.72% | 94.11% | 95.99% |
| 10/26/2020 | Nation | | 93.39% | 95.30% | 57.19% |
| 10/27/2020 | Nation | | 94.81% | 91.49% | 35.04% |
| 10/28/2020 | Nation | | 97.07% | 96.88% | 76.53% |
| 10/29/2020 | Nation | | 95.13% | 93.95% | 75.55% |
| 10/30/2020 | Nation | | 93.23% | 87.81% | 75.84% |
| | | | | | |
| 10/24/2020 | Capital Metro | | 88.75% | 51.77% | 75.37% |
| 10/24/2020 | Eastern | | 91.40% | 98.33% | 75.33% |
| 10/24/2020 | Great Lakes | | 88.55% | 71.33% | 94.70% |
| 10/24/2020 | Northeast | | 95.16% | 99.10% | 95.89% |
| 10/24/2020 | Pacific | | 98.28% | 96.08% | 99.87% |
| 10/24/2020 | Southern | | 93.72% | 57.60% | 95.50% |
| 10/24/2020 | Western | | 95.01% | 78.24% | 98.85% |
| | | | | | |
| 10/26/2020 | Capital Metro | | 89.52% | 85.08% | 54.28% |
| 10/26/2020 | Eastern | | 90.73% | 98.45% | 12.29% |
| 10/26/2020 | Great Lakes | | 88.41% | 77.56% | 97.71% |
| 10/26/2020 | Northeast | | 95.82% | 97.46% | 49.79% |
| 10/26/2020 | Pacific | | 97.23% | 93.93% | 95.91% |
| 10/26/2020 | Southern | | 90.70% | 68.18% | 84.79% |
| 10/26/2020 | Western | | 93.36% | 80.26% | 97.64% |
| | | | | | |
| 10/27/2020 | Capital Metro | | 74.51% | 65.40% | 47.23% |
| 10/27/2020 | Eastern | | 92.25% | 92.09% | 2.61% |
| 10/27/2020 | Great Lakes | | 78.94% | 12.78% | 33.37% |
| 10/27/2020 | Northeast | | 95.05% | 99.92% | 61.40% |
| 10/27/2020 | Pacific | | 98.84% | 64.52% | 89.01% |
| 10/27/2020 | Southern | | 92.98% | 85.74% | 78.83% |
| 10/27/2020 | Western | | 95.79% | 28.90% | 55.23% |
| | | | | | |
| 10/28/2020 | Capital Metro | | 94.02% | 52.28% | 82.13% |
| 10/28/2020 | Eastern | | 95.36% | 96.78% | 11.22% |
| 10/28/2020 | Great Lakes | | 94.21% | 19.12% | 96.81% |
| 10/28/2020 | Northeast | | 97.26% | 99.19% | 22.36% |
| 10/28/2020 | Pacific | | 99.17% | 96.18% | 89.60% |
| 10/28/2020 | Southern | | 95.11% | 84.95% | 93.93% |
| 10/28/2020 | Western | | 97.25% | 81.69% | 49.13% |

| Date | Area | District | | | |
|---|---|---|---|---|---|
| 10/29/2020 | Capital Metro | | 91.25% | 38.81% | 72.36% |
| 10/29/2020 | Eastern | | 88.63% | 99.21% | 6.27% |
| 10/29/2020 | Great Lakes | | 93.11% | 94.96% | 95.37% |
| 10/29/2020 | Northeast | | 95.88% | 85.66% | 77.01% |
| 10/29/2020 | Pacific | | 98.40% | 95.81% | 75.59% |
| 10/29/2020 | Southern | | 96.67% | 54.50% | 92.74% |
| 10/29/2020 | Western | | 96.04% | 88.32% | 78.38% |
| 10/30/2020 | Capital Metro | | 88.57% | 3.83% | 76.70% |
| 10/30/2020 | Eastern | | 88.92% | 55.55% | 63.44% |
| 10/30/2020 | Great Lakes | | 89.82% | 83.79% | 66.65% |
| 10/30/2020 | Northeast | | 95.11% | 94.34% | 96.77% |
| 10/30/2020 | Pacific | | 97.91% | 98.54% | 77.16% |
| 10/30/2020 | Southern | | 90.33% | 88.87% | 87.38% |
| 10/30/2020 | Western | | 92.65% | 87.58% | 81.06% |
| 10/24/2020 | Capital Metro | Atlanta | 84.88% | 1.74% | 25.59% |
| 10/24/2020 | Capital Metro | Baltimore | 84.24% | 96.86% | 71.19% |
| 10/24/2020 | Capital Metro | Capital | 92.99% | 49.43% | 90.99% |
| 10/24/2020 | Capital Metro | Greater S Carolina | 92.25% | 36.84% | 12.82% |
| 10/24/2020 | Capital Metro | Greensboro | 83.59% | 97.25% | 89.50% |
| 10/24/2020 | Capital Metro | Mid-Carolinas | 90.56% | 91.14% | 62.22% |
| 10/24/2020 | Capital Metro | Norther Virginia | 91.55% | 44.44% | 95.04% |
| 10/24/2020 | Capital Metro | Richmond | 92.44% | 84.75% | 92.36% |
| 10/24/2020 | Eastern | Appalachian | 58.89% | 68.57% | 68.22% |
| 10/24/2020 | Eastern | Central Pennsylvania | 78.49% | 1.33% | 0.77% |
| 10/24/2020 | Eastern | Kentuckiana | 37.84% | 61.11% | 99.89% |
| 10/24/2020 | Eastern | Norther Ohio | 91.84% | 4.86% | 71.23% |
| 10/24/2020 | Eastern | Ohio Valley | 95.08% | 95.08% | 89.42% |

| Date | Region | District | | | |
|---|---|---|---|---|---|
| 10/24/2020 | Eastern | Philadelphia Metropo | 91.56% | 39.70% | 4.75% |
| 10/24/2020 | Eastern | South Jersey | 95.55% | 99.97% | 47.22% |
| 10/24/2020 | Eastern | Tennessee | 88.72% | 39.52% | 12.64% |
| 10/24/2020 | Eastern | Western New York | 96.20% | 57.14% | 23.81% |
| 10/24/2020 | Eastern | Western Pennsylvania | 98.08% | 98.12% | 36.03% |
| 10/24/2020 | Great Lakes | Central Illinois | 89.89% | 2.76% | 99.08% |
| 10/24/2020 | Great Lakes | Chicago | 90.71% | 81.36% | 10.27% |
| 10/24/2020 | Great Lakes | Detroit | 74.01% | 80.12% | 0.09% |
| 10/24/2020 | Great Lakes | Gateway | 93.44% | 83.82% | 99.99% |
| 10/24/2020 | Great Lakes | Greater Indiana | 72.61% | 78.40% | 96.33% |
| 10/24/2020 | Great Lakes | Greater Michigan | 91.67% | 83.55% | 97.30% |
| 10/24/2020 | Great Lakes | Lakeland | 81.73% | 26.85% | 99.08% |
| 10/24/2020 | Northeast | Albany | 95.19% | 66.67% | 78.90% |
| 10/24/2020 | Northeast | Caribbean | 99.62% | 100.00% | 80.00% |
| 10/24/2020 | Northeast | Connecticut Valley | 95.55% | 98.84% | 79.20% |
| 10/24/2020 | Northeast | Greater Boston | 96.03% | 87.07% | 99.45% |
| 10/24/2020 | Northeast | Long Island | 96.61% | 83.33% | 92.47% |
| 10/24/2020 | Northeast | New York | 91.16% | 90.57% | 37.08% |
| 10/24/2020 | Northeast | Northern New England | 76.61% | 81.82% | 98.93% |
| 10/24/2020 | Northeast | Northern New Jersey | 96.50% | 99.58% | 99.85% |
| 10/24/2020 | Northeast | Triboro | 83.10% | 73.61% | 11.38% |
| 10/24/2020 | Northeast | Westchester | 92.77% | 81.25% | 94.01% |
| 10/24/2020 | Pacific | Bay-Valley | 98.43% | 21.60% | 91.16% |
| 10/24/2020 | Pacific | Honolulu | 97.22% | 32.31% | 62.24% |
| 10/24/2020 | Pacific | Los Angeles | 98.59% | 80.00% | 99.89% |

| Date | Region | Area | % | % | % |
|---|---|---|---|---|---|
| 10/24/2020 | Pacific | Sacramento | 96.75% | 81.30% | 97.66% |
| 10/24/2020 | Pacific | San Diego | 98.84% | 99.70% | 98.31% |
| 10/24/2020 | Pacific | San Francisco | 98.32% | 40.48% | 98.23% |
| 10/24/2020 | Pacific | Santa Ana | 99.02% | 96.62% | 99.97% |
| 10/24/2020 | Pacific | Sierra Coastal | 98.49% | 99.30% | 99.99% |
| 10/24/2020 | Southern | Alabama | 65.81% | 34.55% | 53.33% |
| 10/24/2020 | Southern | Arkansas | 91.46% | 45.16% | 69.23% |
| 10/24/2020 | Southern | Dallas | 94.59% | 69.57% | 36.08% |
| 10/24/2020 | Southern | Ft. Worth | 90.04% | 97.38% | 31.22% |
| 10/24/2020 | Southern | Gulf Atlantic | 90.81% | 3.59% | 99.10% |
| 10/24/2020 | Southern | Houston | 84.65% | 19.51% | 5.60% |
| 10/24/2020 | Southern | Louisiana | 77.30% | 32.00% | 8.03% |
| 10/24/2020 | Southern | Mississippi | 85.50% | 36.84% | 9.81% |
| 10/24/2020 | Southern | Oklahoma | 75.32% | 70.00% | 99.94% |
| 10/24/2020 | Southern | Rio Grande | 91.09% | 55.56% | 99.56% |
| 10/24/2020 | Southern | South Florida | 92.92% | 22.63% | 52.02% |
| 10/24/2020 | Southern | Suncoast | 96.63% | 60.61% | 85.75% |
| 10/24/2020 | Western | Alaska | 79.60% | 36.00% | 64.41% |
| 10/24/2020 | Western | Arizona | 97.56% | 79.03% | 99.86% |
| 10/24/2020 | Western | Central Plains | 96.73% | 68.57% | 99.99% |
| 10/24/2020 | Western | Colorado/Wyoming | 70.04% | 66.20% | 91.93% |
| 10/24/2020 | Western | Dakotas | 96.23% | 29.63% | 99.75% |
| 10/24/2020 | Western | Hawkeye | 95.24% | 47.73% | 99.46% |
| 10/24/2020 | Western | Mid-Americas | 93.79% | 69.09% | 99.99% |
| 10/24/2020 | Western | Nevada Sierra | 97.85% | 67.66% | 99.78% |
| 10/24/2020 | Western | Northland | 97.30% | 15.72% | 96.62% |
| 10/24/2020 | Western | Portland | 92.49% | 14.16% | 61.66% |
| 10/24/2020 | Western | Salt Lake City | 98.78% | 96.44% | 94.81% |
| 10/24/2020 | Western | Seattle | 97.75% | 5.98% | 32.99% |
| 10/26/2020 | Capital Metro | Atlanta | 89.44% | 1.66% | 42.27% |
| 10/26/2020 | Capital Metro | Baltimore | 91.27% | 90.56% | 38.31% |
| 10/26/2020 | Capital Metro | Capital | 93.19% | 99.74% | 89.46% |
| 10/26/2020 | Capital Metro | Greater S Carolina | 87.12% | 56.44% | 83.83% |

| Date | Area | District | | | |
|---|---|---|---|---|---|
| 10/26/2020 | Capital Metro | Greensboro | 82.74% | 97.49% | 75.11% |
| 10/26/2020 | Capital Metro | Mid-Carolinas | 86.13% | 97.46% | 34.88% |
| 10/26/2020 | Capital Metro | Norther Virginia | 93.48% | 85.71% | 77.39% |
| 10/26/2020 | Capital Metro | Richmond | 91.18% | 35.02% | 96.83% |
| 10/26/2020 | Eastern | Appalachian | 74.91% | 66.67% | 96.71% |
| 10/26/2020 | Eastern | Central Pennsylvania | 78.78% | 7.78% | 1.60% |
| 10/26/2020 | Eastern | Kentuckiana | 64.71% | 78.38% | 99.76% |
| 10/26/2020 | Eastern | Norther Ohio | 92.64% | 35.83% | 40.22% |
| 10/26/2020 | Eastern | Ohio Valley | 94.80% | 22.15% | 53.02% |
| 10/26/2020 | Eastern | Philadelphia Metropo | 93.02% | 95.06% | 0.07% |
| 10/26/2020 | Eastern | South Jersey | 90.89% | 99.96% | 3.26% |
| 10/26/2020 | Eastern | Tennessee | 92.82% | 79.17% | 96.79% |
| 10/26/2020 | Eastern | Western New York | 96.60% | 97.83% | 84.26% |
| 10/26/2020 | Eastern | Western Pennsylvania | 97.26% | 25.29% | 83.49% |
| 10/26/2020 | Great Lakes | Central Illinois | 94.36% | 78.12% | 99.80% |
| 10/26/2020 | Great Lakes | Chicago | 87.65% | 76.81% | 79.12% |
| 10/26/2020 | Great Lakes | Detroit | 73.74% | 49.48% | 25.01% |
| 10/26/2020 | Great Lakes | Gateway | 93.19% | 98.80% | 99.90% |
| 10/26/2020 | Great Lakes | Greater Indiana | 79.85% | 92.38% | 94.75% |
| 10/26/2020 | Great Lakes | Greater Michigan | 87.30% | 7.32% | 99.88% |
| 10/26/2020 | Great Lakes | Lakeland | 87.44% | 12.96% | 90.95% |
| 10/26/2020 | Northeast | Albany | 96.31% | 93.43% | 64.83% |
| 10/26/2020 | Northeast | Caribbean | 98.61% | 32.26% | 98.67% |
| 10/26/2020 | Northeast | Connecticut Valley | 94.79% | 98.08% | 76.71% |

| Date | Region | District | | | |
|---|---|---|---|---|---|
| 10/26/2020 | Northeast | Greater Boston | 96.96% | 88.15% | 78.30% |
| 10/26/2020 | Northeast | Long Island | 96.02% | 90.48% | 77.66% |
| 10/26/2020 | Northeast | New York | 96.48% | 94.06% | 27.17% |
| 10/26/2020 | Northeast | Northern New England | 84.44% | 91.49% | 94.41% |
| 10/26/2020 | Northeast | Northern New Jersey | 96.75% | 97.47% | 11.15% |
| 10/26/2020 | Northeast | Triboro | 89.11% | 94.06% | 14.29% |
| 10/26/2020 | Northeast | Westchester | 94.53% | 97.14% | 80.16% |
| 10/26/2020 | Pacific | Bay-Valley | 96.84% | 43.51% | 98.01% |
| 10/26/2020 | Pacific | Honolulu | 94.73% | 62.16% | 99.49% |
| 10/26/2020 | Pacific | Los Angeles | 96.37% | 72.86% | 92.34% |
| 10/26/2020 | Pacific | Sacramento | 97.07% | 95.49% | 82.05% |
| 10/26/2020 | Pacific | San Diego | 98.07% | 84.13% | 99.34% |
| 10/26/2020 | Pacific | San Francisco | 97.77% | 78.33% | 99.54% |
| 10/26/2020 | Pacific | Santa Ana | 97.65% | 98.77% | 99.33% |
| 10/26/2020 | Pacific | Sierra Coastal | 97.96% | 86.96% | 94.81% |
| 10/26/2020 | Southern | Alabama | 74.20% | 58.40% | 85.35% |
| 10/26/2020 | Southern | Arkansas | 91.95% | 87.50% | 98.28% |
| 10/26/2020 | Southern | Dallas | 91.99% | 84.76% | 85.96% |
| 10/26/2020 | Southern | Ft. Worth | 88.62% | 14.97% | 47.62% |
| 10/26/2020 | Southern | Gulf Atlantic | 85.84% | 10.23% | 27.52% |
| 10/26/2020 | Southern | Houston | 90.23% | 84.44% | 97.46% |
| 10/26/2020 | Southern | Louisiana | 74.00% | 55.34% | 98.35% |
| 10/26/2020 | Southern | Mississippi | 74.01% | 67.44% | 82.13% |
| 10/26/2020 | Southern | Oklahoma | 78.07% | 90.00% | 99.74% |
| 10/26/2020 | Southern | Rio Grande | 87.58% | 85.34% | 92.83% |
| 10/26/2020 | Southern | South Florida | 90.41% | 80.26% | 87.16% |
| 10/26/2020 | Southern | Suncoast | 94.38% | 72.18% | 92.88% |
| 10/26/2020 | Western | Alaska | 82.66% | 62.50% | 88.33% |
| 10/26/2020 | Western | Arizona | 97.90% | 83.60% | 92.17% |
| 10/26/2020 | Western | Central Plains | 90.81% | 28.73% | 99.70% |
| 10/26/2020 | Western | Colorado/Wyoming | 61.57% | 48.06% | 68.44% |
| 10/26/2020 | Western | Dakotas | 94.98% | 55.74% | 93.53% |

| Date | Region | Area | | | |
|---|---|---|---|---|---|
| 10/26/2020 | Western | Hawkeye | 97.56% | 81.97% | 99.83% |
| 10/26/2020 | Western | Mid-Americas | 86.67% | 81.08% | 99.88% |
| 10/26/2020 | Western | Nevada Sierra | 87.16% | 61.61% | 98.62% |
| 10/26/2020 | Western | Northland | 92.23% | 85.37% | 97.58% |
| 10/26/2020 | Western | Portland | 97.24% | 59.78% | 61.99% |
| 10/26/2020 | Western | Salt Lake City | 97.83% | 88.46% | 94.53% |
| 10/26/2020 | Western | Seattle | 96.26% | 12.47% | 97.19% |
| 10/27/2020 | Capital Metro | Atlanta | 40.29% | 0.38% | 11.92% |
| 10/27/2020 | Capital Metro | Baltimore | 85.30% | 66.13% | 3.02% |
| 10/27/2020 | Capital Metro | Capital | 88.98% | 99.95% | 11.49% |
| 10/27/2020 | Capital Metro | Greater S Carolina | 80.06% | 64.75% | 14.57% |
| 10/27/2020 | Capital Metro | Greensboro | 75.66% | 98.45% | 44.40% |
| 10/27/2020 | Capital Metro | Mid-Carolinas | 70.25% | 88.70% | 77.24% |
| 10/27/2020 | Capital Metro | Norther Virginia | 61.12% | 65.63% | 83.21% |
| 10/27/2020 | Capital Metro | Richmond | 82.75% | 86.67% | 88.83% |
| 10/27/2020 | Eastern | Appalachian | 49.65% | 37.14% | 45.95% |
| 10/27/2020 | Eastern | Central Pennsylvania | 57.30% | 22.91% | 4.25% |
| 10/27/2020 | Eastern | Kentuckiana | 57.07% | 8.33% | 86.79% |
| 10/27/2020 | Eastern | Norther Ohio | 91.23% | 9.92% | 0.35% |
| 10/27/2020 | Eastern | Ohio Valley | 94.85% | 38.81% | 26.47% |
| 10/27/2020 | Eastern | Philadelphia Metropo | 96.13% | 86.01% | 0.04% |
| 10/27/2020 | Eastern | South Jersey | 96.68% | 99.76% | 0.12% |
| 10/27/2020 | Eastern | Tennessee | 92.01% | 64.71% | 72.56% |
| 10/27/2020 | Eastern | Western New York | 98.20% | 94.64% | 80.00% |
| 10/27/2020 | Eastern | Western Pennsylvania | 97.25% | 97.36% | 95.20% |

| Date | Region | District | | | |
|---|---|---|---|---|---|
| 10/27/2020 | Great Lakes | Central Illinois | 85.08% | 9.15% | 98.26% |
| 10/27/2020 | Great Lakes | Chicago | 90.04% | 64.58% | 18.25% |
| 10/27/2020 | Great Lakes | Detroit | 49.11% | 35.48% | 1.46% |
| 10/27/2020 | Great Lakes | Gateway | 80.38% | 42.21% | 23.06% |
| 10/27/2020 | Great Lakes | Greater Indiana | 42.78% | 63.86% | 17.15% |
| 10/27/2020 | Great Lakes | Greater Michigan | 55.29% | 1.11% | 0.16% |
| 10/27/2020 | Great Lakes | Lakeland | 55.46% | 82.93% | 5.68% |
| 10/27/2020 | Northeast | Albany | 82.50% | 62.50% | 47.37% |
| 10/27/2020 | Northeast | Caribbean | 99.57% | 28.79% | 96.67% |
| 10/27/2020 | Northeast | Connecticut Valley | 75.41% | 56.00% | 9.87% |
| 10/27/2020 | Northeast | Greater Boston | 93.77% | 91.28% | 92.35% |
| 10/27/2020 | Northeast | Long Island | 97.16% | 80.56% | 6.29% |
| 10/27/2020 | Northeast | New York | 94.96% | 21.21% | 98.20% |
| 10/27/2020 | Northeast | Northern New England | 59.01% | 66.67% | 4.58% |
| 10/27/2020 | Northeast | Northern New Jersey | 97.50% | 99.96% | 0.62% |
| 10/27/2020 | Northeast | Triboro | 95.52% | 32.00% | 86.61% |
| 10/27/2020 | Northeast | Westchester | 70.88% | 76.92% | 81.74% |
| 10/27/2020 | Pacific | Bay-Valley | 99.09% | 56.76% | 94.16% |
| 10/27/2020 | Pacific | Honolulu | 96.42% | 92.00% | 97.39% |
| 10/27/2020 | Pacific | Los Angeles | 99.21% | 17.39% | 73.36% |
| 10/27/2020 | Pacific | Sacramento | 97.93% | 38.46% | 34.72% |
| 10/27/2020 | Pacific | San Diego | 99.12% | 13.48% | 98.14% |
| 10/27/2020 | Pacific | San Francisco | 99.33% | 84.62% | 96.37% |
| 10/27/2020 | Pacific | Santa Ana | 99.14% | 26.61% | 96.61% |
| 10/27/2020 | Pacific | Sierra Coastal | 98.72% | 98.49% | 93.38% |
| 10/27/2020 | Southern | Alabama | 53.19% | 60.00% | 4.98% |
| 10/27/2020 | Southern | Arkansas | 68.46% | 80.00% | 1.50% |
| 10/27/2020 | Southern | Dallas | 85.09% | 59.26% | 1.24% |

| Date | Area | District | | | |
|---|---|---|---|---|---|
| 10/27/2020 | Southern | Ft. Worth | 74.17% | 28.30% | 3.41% |
| 10/27/2020 | Southern | Gulf Atlantic | 84.91% | 16.67% | 87.32% |
| 10/27/2020 | Southern | Houston | 75.65% | 70.00% | 12.66% |
| 10/27/2020 | Southern | Louisiana | 64.95% | 83.33% | 14.63% |
| 10/27/2020 | Southern | Mississippi | 84.44% | 100.00% | 5.26% |
| 10/27/2020 | Southern | Oklahoma | 62.57% | 37.25% | 6.06% |
| 10/27/2020 | Southern | Rio Grande | 84.88% | 46.97% | 6.03% |
| 10/27/2020 | Southern | South Florida | 94.55% | 84.62% | 95.14% |
| 10/27/2020 | Southern | Suncoast | 97.13% | 90.97% | 9.31% |
| 10/27/2020 | Western | Alaska | 81.89% | 42.86% | 49.44% |
| 10/27/2020 | Western | Arizona | 98.35% | 19.86% | 47.96% |
| 10/27/2020 | Western | Central Plains | 95.62% | 52.94% | 96.92% |
| 10/27/2020 | Western | Colorado/Wyoming | 77.81% | 2.40% | 3.77% |
| 10/27/2020 | Western | Dakotas | 92.65% | 19.61% | 3.59% |
| 10/27/2020 | Western | Hawkeye | 97.69% | 75.00% | 0.09% |
| 10/27/2020 | Western | Mid-Americas | 95.05% | 56.52% | 0.08% |
| 10/27/2020 | Western | Nevada Sierra | 97.69% | 24.47% | 33.67% |
| 10/27/2020 | Western | Northland | 95.50% | 86.88% | 82.67% |
| 10/27/2020 | Western | Portland | 97.78% | 6.69% | 44.63% |
| 10/27/2020 | Western | Salt Lake City | 89.01% | 9.09% | 47.80% |
| 10/27/2020 | Western | Seattle | 98.08% | 6.56% | 28.97% |
| 10/28/2020 | Capital Metro | Atlanta | 95.13% | 4.63% | 27.03% |
| 10/28/2020 | Capital Metro | Baltimore | 94.31% | 54.72% | 8.12% |
| 10/28/2020 | Capital Metro | Capital | 96.50% | 12.07% | 45.56% |
| 10/28/2020 | Capital Metro | Greater S Carolina | 91.26% | 16.96% | 15.72% |
| 10/28/2020 | Capital Metro | Greensboro | 91.06% | 65.16% | 97.47% |
| 10/28/2020 | Capital Metro | Mid-Carolinas | 90.19% | 57.21% | 14.57% |
| 10/28/2020 | Capital Metro | Norther Virginia | 96.99% | 31.52% | 57.26% |
| 10/28/2020 | Capital Metro | Richmond | 96.95% | 19.44% | 29.50% |
| 10/28/2020 | Eastern | Appalachian | 88.92% | 34.29% | 46.99% |

| Date | Region | Area | | | |
|---|---|---|---|---|---|
| 10/28/2020 | Eastern | Central Pennsylvania | 83.66% | 49.49% | 82.03% |
| 10/28/2020 | Eastern | Kentuckiana | 62.16% | 66.67% | 27.71% |
| 10/28/2020 | Eastern | Norther Ohio | 97.64% | 72.60% | 1.55% |
| 10/28/2020 | Eastern | Ohio Valley | 97.97% | 37.91% | 86.48% |
| 10/28/2020 | Eastern | Philadelphia Metropo | 96.75% | 46.01% | 1.64% |
| 10/28/2020 | Eastern | South Jersey | 97.46% | 98.25% | 0.35% |
| 10/28/2020 | Eastern | Tennessee | 94.25% | 53.33% | 7.43% |
| 10/28/2020 | Eastern | Western New York | 98.54% | 7.38% | 15.97% |
| 10/28/2020 | Eastern | Western Pennsylvania | 98.53% | 97.73% | 50.91% |
| 10/28/2020 | Great Lakes | Central Illinois | 96.09% | 5.00% | 72.02% |
| 10/28/2020 | Great Lakes | Chicago | 95.91% | 91.43% | 42.53% |
| 10/28/2020 | Great Lakes | Detroit | 79.37% | 66.00% | 99.89% |
| 10/28/2020 | Great Lakes | Gateway | 95.72% | 55.67% | 39.67% |
| 10/28/2020 | Great Lakes | Greater Indiana | 86.54% | 75.32% | 91.97% |
| 10/28/2020 | Great Lakes | Greater Michigan | 95.49% | 3.05% | 44.70% |
| 10/28/2020 | Great Lakes | Lakeland | 93.11% | 24.07% | 69.51% |
| 10/28/2020 | Northeast | Albany | 98.30% | 61.54% | 6.09% |
| 10/28/2020 | Northeast | Caribbean | 99.50% | | 0.00% |
| 10/28/2020 | Northeast | Connecticut Valley | 98.13% | 45.95% | 72.94% |
| 10/28/2020 | Northeast | Greater Boston | 97.73% | 37.84% | 58.33% |
| 10/28/2020 | Northeast | Long Island | 99.00% | 100.00% | 41.67% |
| 10/28/2020 | Northeast | New York | 97.35% | 84.09% | 49.35% |
| 10/28/2020 | Northeast | Northern New England | 83.12% | 5.77% | 11.01% |

| Date | Area | District | | | |
|---|---|---|---|---|---|
| 10/28/2020 | Northeast | Northern New Jersey | 97.28% | 99.22% | 0.82% |
| 10/28/2020 | Northeast | Triboro | 88.25% | 91.67% | 8.00% |
| 10/28/2020 | Northeast | Westchester | 97.90% | 24.24% | 18.34% |
| 10/28/2020 | Pacific | Bay-Valley | 99.18% | 81.82% | 94.48% |
| 10/28/2020 | Pacific | Honolulu | 98.90% | 90.48% | 96.75% |
| 10/28/2020 | Pacific | Los Angeles | 98.86% | 16.50% | 81.49% |
| 10/28/2020 | Pacific | Sacramento | 99.33% | 84.35% | 49.48% |
| 10/28/2020 | Pacific | San Diego | 99.32% | 99.83% | 97.69% |
| 10/28/2020 | Pacific | San Francisco | 98.89% | 66.67% | 98.53% |
| 10/28/2020 | Pacific | Santa Ana | 99.66% | 99.11% | 92.58% |
| 10/28/2020 | Pacific | Sierra Coastal | 98.82% | 98.97% | 98.91% |
| 10/28/2020 | Southern | Alabama | 76.49% | 25.71% | 23.48% |
| 10/28/2020 | Southern | Arkansas | 94.79% | 37.50% | 84.21% |
| 10/28/2020 | Southern | Dallas | 94.29% | 9.84% | 47.06% |
| 10/28/2020 | Southern | Ft. Worth | 94.58% | 21.43% | 27.03% |
| 10/28/2020 | Southern | Gulf Atlantic | 94.11% | 19.77% | 97.06% |
| 10/28/2020 | Southern | Houston | 95.09% | 33.33% | 53.23% |
| 10/28/2020 | Southern | Louisiana | 74.58% | 80.00% | 73.79% |
| 10/28/2020 | Southern | Mississippi | 92.18% | 71.43% | 23.29% |
| 10/28/2020 | Southern | Oklahoma | 71.50% | 71.43% | 56.94% |
| 10/28/2020 | Southern | Rio Grande | 91.96% | 7.48% | 30.68% |
| 10/28/2020 | Southern | South Florida | 95.12% | 26.97% | 97.41% |
| 10/28/2020 | Southern | Suncoast | 96.44% | 89.27% | 90.00% |
| 10/28/2020 | Western | Alaska | 93.97% | 71.43% | 99.90% |
| 10/28/2020 | Western | Arizona | 98.08% | 88.46% | 6.21% |
| 10/28/2020 | Western | Central Plains | 96.50% | 33.33% | 51.30% |
| 10/28/2020 | Western | Colorado/Wyoming | 80.22% | 0.90% | 53.20% |
| 10/28/2020 | Western | Dakotas | 96.61% | 8.70% | 75.39% |
| 10/28/2020 | Western | Hawkeye | 98.47% | 70.00% | 0.36% |
| 10/28/2020 | Western | Mid-Americas | 95.64% | 70.00% | 3.95% |
| 10/28/2020 | Western | Nevada Sierra | 98.04% | 20.56% | 67.55% |
| 10/28/2020 | Western | Northland | 97.10% | 0.53% | 62.61% |
| 10/28/2020 | Western | Portland | 98.13% | 28.13% | 70.51% |

| Date | Region | Location | | | |
|---|---|---|---|---|---|
| 10/28/2020 | Western | Salt Lake City | 98.11% | 97.20% | 81.63% |
| 10/28/2020 | Western | Seattle | 98.23% | 1.53% | 67.13% |
| 10/29/2020 | Capital Metro | Atlanta | 94.08% | 2.08% | 14.76% |
| 10/29/2020 | Capital Metro | Baltimore | 95.60% | 46.17% | 10.04% |
| 10/29/2020 | Capital Metro | Capital | 95.18% | 49.12% | 86.55% |
| 10/29/2020 | Capital Metro | Greater S Carolina | 78.95% | 68.85% | 24.19% |
| 10/29/2020 | Capital Metro | Greensboro | 89.22% | 94.56% | 78.99% |
| 10/29/2020 | Capital Metro | Mid-Carolinas | 86.46% | 18.04% | 83.14% |
| 10/29/2020 | Capital Metro | Norther Virginia | 95.32% | 27.27% | 80.00% |
| 10/29/2020 | Capital Metro | Richmond | 94.08% | 89.09% | 23.09% |
| 10/29/2020 | Eastern | Appalachian | 90.17% | 83.33% | 66.64% |
| 10/29/2020 | Eastern | Central Pennsylvania | 70.07% | 65.63% | 31.01% |
| 10/29/2020 | Eastern | Kentuckiana | 86.66% | 27.40% | 75.95% |
| 10/29/2020 | Eastern | Norther Ohio | 86.47% | 87.32% | 0.85% |
| 10/29/2020 | Eastern | Ohio Valley | 95.62% | 95.49% | 86.45% |
| 10/29/2020 | Eastern | Philadelphia Metropo | 91.42% | 99.05% | 0.25% |
| 10/29/2020 | Eastern | South Jersey | 95.45% | 99.34% | 0.18% |
| 10/29/2020 | Eastern | Tennessee | 96.80% | 31.31% | 68.07% |
| 10/29/2020 | Eastern | Western New York | 96.76% | 67.86% | 98.99% |
| 10/29/2020 | Eastern | Western Pennsylvania | 97.41% | 98.99% | 96.01% |
| 10/29/2020 | Great Lakes | Central Illinois | 96.88% | 98.96% | 76.20% |
| 10/29/2020 | Great Lakes | Chicago | 95.43% | 83.33% | 85.96% |
| 10/29/2020 | Great Lakes | Detroit | 78.14% | 94.17% | 99.80% |

| Date | Region | District | | | |
|---|---|---|---|---|---|
| 10/29/2020 | Great Lakes | Gateway | 93.38% | 59.90% | 62.61% |
| 10/29/2020 | Great Lakes | Greater Indiana | 84.62% | 68.24% | 83.25% |
| 10/29/2020 | Great Lakes | Greater Michigan | 89.75% | 97.57% | 27.57% |
| 10/29/2020 | Great Lakes | Lakeland | 94.70% | 89.55% | 94.15% |
| 10/29/2020 | Northeast | Albany | 96.84% | 82.35% | 83.78% |
| 10/29/2020 | Northeast | Caribbean | 99.76% | 100.00% | 92.59% |
| 10/29/2020 | Northeast | Connecticut Valley | 95.54% | 50.00% | 83.99% |
| 10/29/2020 | Northeast | Greater Boston | 92.75% | 28.90% | 58.01% |
| 10/29/2020 | Northeast | Long Island | 97.03% | 96.15% | 82.70% |
| 10/29/2020 | Northeast | New York | 97.13% | 82.93% | 89.02% |
| 10/29/2020 | Northeast | Northern New England | 82.49% | 65.71% | 34.93% |
| 10/29/2020 | Northeast | Northern New Jersey | 97.59% | 85.80% | 55.12% |
| 10/29/2020 | Northeast | Triboro | 92.65% | 94.59% | 95.62% |
| 10/29/2020 | Northeast | Westchester | 95.98% | 85.71% | 96.66% |
| 10/29/2020 | Pacific | Bay-Valley | 98.47% | 67.31% | 99.39% |
| 10/29/2020 | Pacific | Honolulu | 91.92% | 75.56% | 96.91% |
| 10/29/2020 | Pacific | Los Angeles | 98.34% | 59.62% | 60.15% |
| 10/29/2020 | Pacific | Sacramento | 98.56% | 96.08% | 83.59% |
| 10/29/2020 | Pacific | San Diego | 99.32% | 98.57% | 47.04% |
| 10/29/2020 | Pacific | San Francisco | 98.74% | 73.47% | 98.84% |
| 10/29/2020 | Pacific | Santa Ana | 98.59% | 98.98% | 56.47% |
| 10/29/2020 | Pacific | Sierra Coastal | 98.57% | 34.51% | 88.58% |
| 10/29/2020 | Southern | Alabama | 90.51% | 66.67% | 17.12% |
| 10/29/2020 | Southern | Arkansas | 97.36% | 88.10% | 83.04% |
| 10/29/2020 | Southern | Dallas | 95.30% | 69.05% | 48.77% |
| 10/29/2020 | Southern | Ft. Worth | 93.86% | 99.36% | 95.71% |
| 10/29/2020 | Southern | Gulf Atlantic | 95.98% | 42.65% | 93.62% |
| 10/29/2020 | Southern | Houston | 96.55% | 86.67% | 61.94% |
| 10/29/2020 | Southern | Louisiana | 94.02% | 95.83% | 92.63% |
| 10/29/2020 | Southern | Mississippi | 95.89% | 87.50% | 71.98% |

| Date | Area | District | | | |
|---|---|---|---|---|---|
| 10/29/2020 | Southern | Oklahoma | 84.18% | 84.21% | 87.16% |
| 10/29/2020 | Southern | Rio Grande | 94.68% | 92.31% | 64.61% |
| 10/29/2020 | Southern | South Florida | 96.33% | 72.92% | 96.88% |
| 10/29/2020 | Southern | Suncoast | 98.01% | 26.68% | 75.50% |
| 10/29/2020 | Western | Alaska | 85.50% | 62.50% | 99.80% |
| 10/29/2020 | Western | Arizona | 98.38% | 87.94% | 49.59% |
| 10/29/2020 | Western | Central Plains | 94.16% | 36.51% | 56.45% |
| 10/29/2020 | Western | Colorado/Wyoming | 72.50% | 54.84% | 67.11% |
| 10/29/2020 | Western | Dakotas | 97.47% | 53.49% | 96.32% |
| 10/29/2020 | Western | Hawkeye | 97.60% | 70.00% | 34.37% |
| 10/29/2020 | Western | Mid-Americas | 95.36% | 77.78% | 20.99% |
| 10/29/2020 | Western | Nevada Sierra | 98.17% | 29.58% | 99.02% |
| 10/29/2020 | Western | Northland | 85.72% | 50.00% | 58.35% |
| 10/29/2020 | Western | Portland | 97.47% | 39.60% | 75.77% |
| 10/29/2020 | Western | Salt Lake City | 97.66% | 98.34% | 94.95% |
| 10/29/2020 | Western | Seattle | 98.16% | 23.23% | 91.39% |
| 10/30/2020 | Capital Metro | Atlanta | 84.23% | 3.41% | 67.18% |
| 10/30/2020 | Capital Metro | Baltimore | 92.42% | 3.14% | 23.57% |
| 10/30/2020 | Capital Metro | Capital | 93.63% | 29.63% | 96.59% |
| 10/30/2020 | Capital Metro | Greater S Carolina | 85.95% | 19.10% | 50.26% |
| 10/30/2020 | Capital Metro | Greensboro | 84.91% | 1.06% | 93.34% |
| 10/30/2020 | Capital Metro | Mid-Carolinas | 80.77% | 27.42% | 19.70% |
| 10/30/2020 | Capital Metro | Norther Virginia | 90.51% | 86.67% | 96.98% |
| 10/30/2020 | Capital Metro | Richmond | 92.43% | 88.24% | 82.88% |
| 10/30/2020 | Eastern | Appalachian | 91.04% | 10.20% | 96.60% |
| 10/30/2020 | Eastern | Central Pennsylvania | 77.20% | 23.34% | 43.52% |
| 10/30/2020 | Eastern | Kentuckiana | 77.06% | 64.71% | 77.96% |
| 10/30/2020 | Eastern | Norther Ohio | 95.21% | 32.60% | 43.17% |

| Date | Area | District | | | |
|---|---|---|---|---|---|
| 10/30/2020 | Eastern | Ohio Valley | 94.05% | 28.08% | 82.74% |
| 10/30/2020 | Eastern | Philadelphia Metropo | 83.60% | 98.78% | 15.61% |
| 10/30/2020 | Eastern | South Jersey | 91.70% | 46.67% | 42.31% |
| 10/30/2020 | Eastern | Tennessee | 91.52% | 85.25% | 80.35% |
| 10/30/2020 | Eastern | Western New York | 97.01% | 100.00% | 77.61% |
| 10/30/2020 | Eastern | Western Pennsylvania | 90.08% | 89.59% | 98.82% |
| 10/30/2020 | Great Lakes | Central Illinois | 91.52% | 75.21% | 63.61% |
| 10/30/2020 | Great Lakes | Chicago | 94.08% | 88.89% | 73.41% |
| 10/30/2020 | Great Lakes | Detroit | 77.81% | 75.93% | 13.41% |
| 10/30/2020 | Great Lakes | Gateway | 91.36% | 95.41% | 56.47% |
| 10/30/2020 | Great Lakes | Greater Indiana | 73.73% | 33.33% | 95.71% |
| 10/30/2020 | Great Lakes | Greater Michigan | 88.61% | 97.15% | 82.06% |
| 10/30/2020 | Great Lakes | Lakeland | 89.71% | 73.68% | 55.07% |
| 10/30/2020 | Northeast | Albany | 96.40% | 86.96% | 55.18% |
| 10/30/2020 | Northeast | Caribbean | 98.40% | 75.00% | 100.00% |
| 10/30/2020 | Northeast | Connecticut Valley | 93.34% | 87.50% | 91.24% |
| 10/30/2020 | Northeast | Greater Boston | 93.71% | 88.37% | 99.33% |
| 10/30/2020 | Northeast | Long Island | 95.89% | 66.67% | 81.67% |
| 10/30/2020 | Northeast | New York | 95.03% | 95.24% | 99.23% |
| 10/30/2020 | Northeast | Northern New England | 76.46% | 55.00% | 97.31% |
| 10/30/2020 | Northeast | Northern New Jersey | 97.35% | 94.37% | 98.56% |
| 10/30/2020 | Northeast | Triboro | 90.80% | 76.92% | 97.10% |
| 10/30/2020 | Northeast | Westchester | 95.91% | 76.92% | 98.18% |
| 10/30/2020 | Pacific | Bay-Valley | 98.18% | 86.96% | 97.47% |
| 10/30/2020 | Pacific | Honolulu | 92.52% | 93.75% | 99.48% |

| Date | Region | Area | | | |
|---|---|---|---|---|---|
| 10/30/2020 | Pacific | Los Angeles | 98.53% | 88.99% | 33.99% |
| 10/30/2020 | Pacific | Sacramento | 98.25% | 46.55% | 91.75% |
| 10/30/2020 | Pacific | San Diego | 98.03% | 98.99% | 91.11% |
| 10/30/2020 | Pacific | San Francisco | 96.20% | 93.94% | 98.09% |
| 10/30/2020 | Pacific | Santa Ana | 98.70% | 99.44% | 90.26% |
| 10/30/2020 | Pacific | Sierra Coastal | 97.86% | 47.27% | 90.96% |
| 10/30/2020 | Southern | Alabama | 80.69% | 25.64% | 93.13% |
| 10/30/2020 | Southern | Arkansas | 93.77% | 71.43% | 99.83% |
| 10/30/2020 | Southern | Dallas | 91.20% | 89.29% | 79.02% |
| 10/30/2020 | Southern | Ft. Worth | 85.94% | 78.57% | 99.89% |
| 10/30/2020 | Southern | Gulf Atlantic | 88.03% | 36.36% | 69.10% |
| 10/30/2020 | Southern | Houston | 87.39% | 22.06% | 79.81% |
| 10/30/2020 | Southern | Louisiana | 85.69% | 57.14% | 59.33% |
| 10/30/2020 | Southern | Mississippi | 81.19% | 100.00% | 83.36% |
| 10/30/2020 | Southern | Oklahoma | 75.94% | 89.29% | 99.16% |
| 10/30/2020 | Southern | Rio Grande | 86.62% | 86.05% | 96.68% |
| 10/30/2020 | Southern | South Florida | 90.06% | 57.14% | 88.79% |
| 10/30/2020 | Southern | Suncoast | 93.98% | 90.53% | 72.71% |
| 10/30/2020 | Western | Alaska | 91.07% | 20.00% | 81.65% |
| 10/30/2020 | Western | Arizona | 91.47% | 88.48% | 99.55% |
| 10/30/2020 | Western | Central Plains | 92.56% | 67.50% | 94.65% |
| 10/30/2020 | Western | Colorado/Wyoming | 61.40% | 91.29% | 11.74% |
| 10/30/2020 | Western | Dakotas | 94.50% | 85.19% | 96.54% |
| 10/30/2020 | Western | Hawkeye | 95.27% | 100.00% | 91.09% |
| 10/30/2020 | Western | Mid-Americas | 89.79% | 91.94% | 68.40% |
| 10/30/2020 | Western | Nevada Sierra | 97.55% | 40.35% | 92.53% |
| 10/30/2020 | Western | Northland | 92.69% | 42.11% | 79.37% |
| 10/30/2020 | Western | Portland | 95.64% | 77.36% | 78.25% |
| 10/30/2020 | Western | Salt Lake City | 98.27% | 85.41% | 98.58% |
| 10/30/2020 | Western | Seattle | 94.65% | 35.89% | 98.73% |