UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THERESA RICHARDSON, *et al.*,<br><br>　　　　　　　　　　*Plaintiffs*,<br><br>　v.<br><br>DONALD J. TRUMP, *in his official capacity as President of the United States*, *et al.*,<br><br>　　　　　　　　　　*Defendants*. | Civil Case No. 1:20-cv-02662 (EGS) |

**JOINT STATUS REPORT**

　　Based on witness availability, the parties respectfully suggest that this Court schedule a status conference for 3:00 pm today, October 31, 2020.

Dated:　Washington, D.C.
　　　　　October 31, 2020

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　BERG & ANDROPHY

　　　　　　　　　　　　　　　　　　　　　　 /s/ *David H. Berg*
　　　　　　　　　　　　　　　　　　　　　　David H. Berg
　　　　　　　　　　　　　　　　　　　　　　(*admitted pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　　Joel M. Androphy
　　　　　　　　　　　　　　　　　　　　　　D.D.C. Bar No. 999769
　　　　　　　　　　　　　　　　　　　　　　James W. Quinn
　　　　　　　　　　　　　　　　　　　　　　(*admitted pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　　Bronwyn M. James
　　　　　　　　　　　　　　　　　　　　　　(*admitted pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　　120 West 45th Street, 38th Floor
　　　　　　　　　　　　　　　　　　　　　　New York, NY 10036
　　　　　　　　　　　　　　　　　　　　　　Tel: (646) 766-0073

　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*

OF COUNSEL:

Kathryn Page Berg
120 West 45th Street, 38th Floor
New York, NY 10036
(*admitted pro hac vice*)
Tel: (646) 766-0073


JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

ERIC R. WOMACK
Assistant Director, Federal Programs Branch

*/s/ Joseph E. Borson*
JOSEPH E. BORSON (Va. Bar No. 85519)
KUNTAL CHOLERA
ALEXIS ECHOLS
DENA M. ROTH
JOHN ROBINSON
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, NW
Washington D.C. 20005
(202) 514-1944
Joseph.Borson@usdoj.gov

*Attorneys for Defendants*