1. Colorado/Wyoming – service in this district was impacted by recent ice and snow storms. Further, service in this district is impacted by COVID-19 and employee unavailability. Employees from other facilities are being moved to the processing plant to mitigate this problem. Overtime is being maximized. The Postal Service is also hiring new employees.

2. Greater Indiana – service scores in this district do not include ballots that are turned around in local delivery units, which are delivered the same day.

3. Oklahoma – service in this district was impacted by recent ice and snow storms.

4. N. New England -- service scores in this district do not include ballots that are turned around in local delivery units, which are delivered the same day.

5. Kentuckiana – service scores in this district do not include ballots that are turned around in local delivery units, which are delivered the same day.

6. Central Pennsylvania – service in this district is impacted by COVID-19 and employee unavailability. Employees from other facilities are being moved to the processing plant to mitigate this problem. Overtime is being maximized. The Postal Service is also hiring new employees.

7. Detroit – service in this district is impacted by COVID-19 and employee unavailability. Employees from other facilities are being moved to the processing plant to mitigate this problem. Overtime is being maximized. The Postal Service is also hiring new employees.

8. Mid-Carolinas – service scores in this district do not include ballots that are turned around in local delivery units, which are delivered the same day.

9. Greensboro – service scores in this district do not include ballots that are turned around in local delivery units, which are delivered the same day.

10. Greater S. Carolina – service scores in this district do not include ballots that are turned around in local delivery units, which are delivered the same day.

11. Greater Michigan – service in this district is impacted by COVID-19 and employee unavailability. Employees from other facilities are being moved to the processing plant to mitigate this problem. Overtime is being maximized. The Postal Service is also hiring new employees.