UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THERESA RICHARDSON, *et al.*,  )<br>  )<br>        Plaintiffs,  )<br>  )<br>v.  )<br>  )<br>DONALD J. TRUMP, *in his official*  )<br>*capacity as President of the United States*,  )<br>*et al.*,  )<br>  )<br>        Defendants.  )<br>_____)  | Civil Action No. 20-cv-2262 (EGS) |

## PLAINTIFFS' NOTICE OF PROPOSED ORDER

Pursuant to the Court's guidance at the hearing held earlier today, Plaintiff hereby submits the attached Proposed Order. Plaintiff provided an initial draft of the Proposed Order to Defendants at 7:18 pm. After 8:00 p.m., Defendants advised that they could not provide substantive feedback until tomorrow, except to note that it is possible that certain language in the draft would be confusing in light of earlier instructions issued to U.S. Postal Service personnel. Plaintiff subsequently revised the draft to eliminate that language and hereby submit the revised version.

As Plaintiff indicated during the hearing before the Court, this matter and the relief that Plaintiff seeks—including clear directions to be provided to U.S. Postal Service processing facilities tonight—are extremely urgent. Plaintiff is therefore compelled to submit the attached revised Proposed Order, which tracks the testimony provided to the Court earlier today, without waiting until tomorrow for further comments from Defendants.

Dated:  Washington, D.C.
        November 1, 2020

                                Respectfully submitted,

                                BERG & ANDROPHY

                                /s/ *David H. Berg*
                                David H. Berg
(*admitted pro hac vice*)
Joel M. Androphy
D.D.C. Bar No. 999769
James W. Quinn
(*admitted pro hac vice*)
Bronwyn M. James
(*admitted pro hac vice*)
120 West 45th Street, 38th Floor
New York, NY 10036
Tel: (646) 766-0073

*Attorneys for Plaintiffs*

OF COUNSEL:

Kathryn Page Berg
120 West 45th Street, 38th Floor
New York, NY 10036
(*admitted pro hac vice*)
Tel: (646) 766-0073

2