1.  Colorado/Wyoming – service in this district was impacted by recent ice and snow storms, but that problem is abating now. Further, service in this district is impacted by COVID-19 and employee unavailability. Employees from other facilities are being moved to the processing plant to mitigate this problem, as needed. Overtime is being maximized. We also hired new employees. As discussed in Mr. Barber's and Mr. Coleman's testimony on October 31, 2020, and in the document titled, "Extraordinary Measures – Return Ballot Mail Processing Policy," dated October 28, 2020, special, extraordinary measures to process and deliver ballots are now in place.

2.  Greater Indiana – service scores in this district do not include ballots that are turned around in local delivery units, which are delivered the same day with a near 100% success rate. As discussed in Mr. Barber's and Mr. Coleman's testimony on October 31, 2020, and in the document titled, "Extraordinary Measures – Return Ballot Mail Processing Policy," dated October 28, 2020, special, extraordinary measures to process and deliver ballots are now in place.

3.  Oklahoma – service in that district was impacted by recent ice and snow storms, but that problem is abating now. As discussed in Mr. Barber's and Mr. Coleman's testimony on October 31, 2020, and in the document titled, "Extraordinary Measures – Return Ballot Mail Processing Policy," dated October 28, 2020, special, extraordinary measures to process and deliver ballots are now in place.

4.  N. New England -- service scores in this district do not include ballots that are turned around in local delivery units, which are delivered the same day with a near 100% success rate. As discussed in Mr. Barber's and Mr. Coleman's testimony on October 31, 2020, and in the document titled, "Extraordinary Measures – Return Ballot Mail Processing Policy," dated October 28, 2020, special, extraordinary measures to process and deliver ballots are now in place.

5.  Kentuckiana – service scores in this district do not include ballots that are turned around in local delivery units, which are delivered the same day with a near 100% success rate. As discussed in Mr. Barber's and Mr. Coleman's testimony on October 31, 2020, and in the document titled, "Extraordinary Measures – Return Ballot Mail Processing Policy," dated October 28, 2020, special, extraordinary measures to process and deliver ballots are now in place.

6.  Central Pennsylvania – service in this district is impacted by COVID-19 and employee unavailability. Employees from other facilities are being moved to the processing plant to mitigate this problem, as needed. Overtime is being maximized. We have also hired new employees. As discussed in Mr. Barber's and Mr. Coleman's testimony on October 31, 2020, and in the document titled, "Extraordinary Measures – Return Ballot Mail Processing Policy," dated October 28, 2020, special, extraordinary measures to process and deliver ballots are now in place.

7.  Detroit – service in this district is impacted by COVID-19 and employee unavailability. Employees from other facilities are being moved to the processing plant to mitigate this problem, as needed. Overtime is being maximized. We have also hired new employees.

>  As discussed in Mr. Barber's and Mr. Coleman's testimony on October 31, 2020, and in the document titled, "Extraordinary Measures – Return Ballot Mail Processing Policy," dated October 28, 2020, special, extraordinary measures to process and deliver ballots are now in place.

8. Mid-Carolinas – service scores in this district do not include ballots that are turned around in local delivery units, which are delivered the same day with a near 100% success rate. As discussed in Mr. Barber's and Mr. Coleman's testimony on October 31, 2020, and in the document titled, "Extraordinary Measures – Return Ballot Mail Processing Policy," dated October 28, 2020, special, extraordinary measures to process and deliver ballots are now in place.

9. Greensboro – service scores in this district do not include ballots that are turned around in local delivery units, which are delivered the same day with a near 100% success rate. As discussed in Mr. Barber's and Mr. Coleman's testimony on October 31, 2020, and in the document titled, "Extraordinary Measures – Return Ballot Mail Processing Policy," dated October 28, 2020, special, extraordinary measures to process and deliver ballots are now in place.

10. Greater S. Carolina – service scores in this district do not include ballots that are turned around in local delivery units, which are delivered the same day with a near 100% success rate. As discussed in Mr. Barber's and Mr. Coleman's testimony on October 31, 2020, and in the document titled, "Extraordinary Measures – Return Ballot Mail Processing Policy," dated October 28, 2020, special, extraordinary measures to process and process and deliver ballots are now in place.

11. Greater Michigan – service in this district is impacted by COVID-19 and employee unavailability. Employees from other facilities are being moved to the processing plant service scores in this district do not include ballots that are turned around in local delivery units, which are delivered the same day with a near 100% success rate. employees. As discussed in Mr. Barber's and Mr. Coleman's testimony on October 31, 2020, and in the document titled, "Extraordinary Measures – Return Ballot Mail Processing Policy," dated October 28, 2020, special, extraordinary measures to deliver ballots are now in place.

For those additional districts that either (i) had an inbound ballot processing score of less than 80 percent on October 31, 2020 or (ii) less than 90 percent on both October 30, 2020 and October 31, 2020, Defendants again caution, as they have previously, that the daily reports are unreliable for a number of reasons. Further, service scores in the districts do not include ballots that are turned around in local delivery units, which are delivered the same day with a near 100% success rate. In all processing plants, extraordinary measures are being and will be put into place, as set forth in the testimony and Extraordinary Measures memorandum discussed above.