UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **Richardson, et al.** <br><br> Plaintiffs, <br><br> v. <br><br> **Trump, et al.** <br><br> Defendants. | Case No. 20-cv-2262 |

### RESPONSE TO PLAINTIFFS' PROPOSED ORDER

In three related cases, the Court entered a minute order today directing the parties to "submit a joint proposed order by no later than 7:30 PM," and noted that, "[i]f the parties are unable to reach an agreement, Defendants shall explain in comments to Plaintiffs' proposed order their grounds for disagreement."

The United States Postal Service ("USPS") managed to reach an agreement with plaintiffs in two of the related cases, and the Court entered an Order executing this agreement. See *NAACP v. USPS*, 20-cv-2295, ECF No. 62 (D.D.C. Nov. 1, 2020); *Vote Forward v. DeJoy*, 20-cv-2405, ECF No. 66 (Nov. 1, 2020).

Although Plaintiffs here had initially proposed an order that was identical or largely identical with the initial, proposed orders of plaintiffs in *NAACP* and *Vote Forward*, Plaintiffs have informed USPS that they will not consent to the agreed-upon order entered in both of those cases, and will instead rest on their proposed order.

Attached is a draft proposed order that copies the agreed-upon order entered by the Court in the related litigations, which the Court should enter here. The Court should not adopt Plaintiff's proposed order since it would result in inconsistent orders imposed upon USPS, risking confusion, and the imposition of new, burdensome requirements as explained in prior memoranda submitted by USPS.

Dated:  November 1, 2020

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

ERIC WOMACK
Assistant Branch Director
Federal Programs Branch

*/s/ Kuntal Cholera*
JOSEPH BORSON
KUNTAL V. CHOLERA
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Telephone: (202) 305-8645
E-mail: Kuntal.cholera@usdoj.gov

*Attorneys for Defendants*