| Date | Area | District | Processing Score: Inbound Ballot | Processing Score: Outbound Ballot | Processing Score: Outbound Non-Ballot Election Mail |
|---|---|---|---|---|---|
| 10/24/2020 | Nation | | 94.73% | 94.12% | 95.99% |
| 10/26/2020 | Nation | | 93.40% | 95.32% | 57.15% |
| 10/27/2020 | Nation | | 94.81% | 91.51% | 34.71% |
| 10/28/2020 | Nation | | 97.05% | 97.02% | 76.71% |
| 10/29/2020 | Nation | | 95.01% | 94.68% | 75.66% |
| 10/30/2020 | Nation | | 93.05% | 90.89% | 70.34% |
| 10/31/2020 | Nation | | 90.76% | 85.58% | 67.64% |
| | | | | | |
| 10/24/2020 | Capital Metro | | 88.75% | 51.83% | 75.28% |
| 10/24/2020 | Eastern | | 91.39% | 98.33% | 75.34% |
| 10/24/2020 | Great Lakes | | 88.55% | 71.41% | 94.70% |
| 10/24/2020 | Northeast | | 95.16% | 99.10% | 95.90% |
| 10/24/2020 | Pacific | | 98.28% | 96.09% | 99.88% |
| 10/24/2020 | Southern | | 93.72% | 57.60% | 95.46% |
| 10/24/2020 | Western | | 95.01% | 78.31% | 98.86% |
| 10/26/2020 | Capital Metro | | 89.52% | 85.09% | 54.16% |
| 10/26/2020 | Eastern | | 90.72% | 98.45% | 12.26% |
| 10/26/2020 | Great Lakes | | 88.39% | 77.52% | 97.72% |
| 10/26/2020 | Northeast | | 95.83% | 97.47% | 49.85% |
| 10/26/2020 | Pacific | | 97.24% | 93.97% | 95.93% |
| 10/26/2020 | Southern | | 90.71% | 68.14% | 84.79% |
| 10/26/2020 | Western | | 93.37% | 80.40% | 97.65% |
| 10/27/2020 | Capital Metro | | 74.40% | 65.38% | 46.78% |
| 10/27/2020 | Eastern | | 92.25% | 92.09% | 2.59% |
| 10/27/2020 | Great Lakes | | 78.82% | 11.72% | 32.78% |
| 10/27/2020 | Northeast | | 95.04% | 99.92% | 60.95% |
| 10/27/2020 | Pacific | | 98.84% | 64.21% | 88.67% |
| 10/27/2020 | Southern | | 92.96% | 85.78% | 78.74% |
| 10/27/2020 | Western | | 95.78% | 28.38% | 55.46% |
| 10/28/2020 | Capital Metro | | 93.91% | 52.31% | 82.33% |
| 10/28/2020 | Eastern | | 95.30% | 96.77% | 11.15% |
| 10/28/2020 | Great Lakes | | 94.19% | 15.45% | 96.88% |
| 10/28/2020 | Northeast | | 97.26% | 99.33% | 19.01% |
| 10/28/2020 | Pacific | | 99.18% | 96.22% | 89.83% |
| 10/28/2020 | Southern | | 95.04% | 85.18% | 94.10% |
| 10/28/2020 | Western | | 97.23% | 81.80% | 48.01% |
| 10/29/2020 | Capital Metro | | 90.67% | 34.51% | 74.22% |
| 10/29/2020 | Eastern | | 88.18% | 99.57% | 5.87% |
| 10/29/2020 | Great Lakes | | 92.80% | 95.47% | 95.67% |
| 10/29/2020 | Northeast | | 95.78% | 86.17% | 72.94% |
| 10/29/2020 | Pacific | | 98.40% | 96.13% | 76.63% |
| 10/29/2020 | Southern | | 96.57% | 53.53% | 92.90% |
| 10/29/2020 | Western | | 96.04% | 88.82% | 77.75% |

| Date | Area | District | Processing Score: Inbound Ballot | Processing Score: Outbound Ballot | Processing Score: Outbound Non-Ballot Election Mail |
|---|---|---|---|---|---|
| 10/30/2020 | Capital Metro | | 86.32% | 3.60% | 70.69% |
| 10/30/2020 | Eastern | | 88.22% | 75.92% | 52.08% |
| 10/30/2020 | Great Lakes | | 86.93% | 83.66% | 54.75% |
| 10/30/2020 | Northeast | | 94.47% | 95.64% | 96.66% |
| 10/30/2020 | Pacific | | 97.98% | 97.74% | 80.88% |
| 10/30/2020 | Southern | | 89.06% | 88.00% | 87.03% |
| 10/30/2020 | Western | | 93.40% | 88.86% | 83.54% |
| 10/31/2020 | Capital Metro | | 79.47% | 5.22% | 68.21% |
| 10/31/2020 | Eastern | | 84.65% | 95.86% | 38.86% |
| 10/31/2020 | Great Lakes | | 85.81% | 73.80% | 79.89% |
| 10/31/2020 | Northeast | | 93.52% | 94.30% | 89.12% |
| 10/31/2020 | Pacific | | 97.54% | 98.35% | 71.81% |
| 10/31/2020 | Southern | | 86.25% | 20.53% | 79.58% |
| 10/31/2020 | Western | | 89.71% | 49.53% | 77.89% |
| | | | | | |
| 10/24/2020 | Capital Metro | Atlanta | 84.88% | 1.75% | 24.40% |
| 10/24/2020 | Capital Metro | Baltimore | 84.21% | 96.86% | 70.58% |
| 10/24/2020 | Capital Metro | Capital | 92.99% | 49.43% | 91.03% |
| 10/24/2020 | Capital Metro | Greater S Carolina | 92.25% | 36.84% | 12.54% |
| 10/24/2020 | Capital Metro | Greensboro | 83.60% | 97.34% | 89.51% |
| 10/24/2020 | Capital Metro | Mid-Carolinas | 90.56% | 91.14% | 61.97% |
| 10/24/2020 | Capital Metro | Norther Virginia | 91.55% | 44.44% | 95.03% |
| 10/24/2020 | Capital Metro | Richmond | 92.46% | 84.75% | 92.25% |
| 10/24/2020 | Eastern | Appalachian | 58.85% | 68.57% | 68.22% |
| 10/24/2020 | Eastern | Central Pennsylvania | 78.46% | 1.33% | 0.77% |
| 10/24/2020 | Eastern | Kentuckiana | 37.55% | 61.11% | 99.89% |
| 10/24/2020 | Eastern | Norther Ohio | 91.84% | 4.84% | 71.23% |
| 10/24/2020 | Eastern | Ohio Valley | 95.08% | 95.08% | 89.40% |
| 10/24/2020 | Eastern | Philadelphia Metropo | 91.55% | 39.90% | 4.69% |
| 10/24/2020 | Eastern | South Jersey | 95.54% | 99.97% | 47.19% |
| 10/24/2020 | Eastern | Tennessee | 88.72% | 39.52% | 12.64% |

| Date | Area | District | Processing Score: Inbound Ballot | Processing Score: Outbound Ballot | Processing Score: Outbound Non-Ballot Election Mail |
|---|---|---|---|---|---|
| 10/24/2020 | Eastern | Western New York | 96.20% | 57.14% | 23.81% |
| 10/24/2020 | Eastern | Western Pennsylvania | 98.08% | 98.13% | 36.03% |
| 10/24/2020 | Great Lakes | Central Illinois | 89.89% | 2.76% | 99.08% |
| 10/24/2020 | Great Lakes | Chicago | 90.71% | 81.36% | 10.30% |
| 10/24/2020 | Great Lakes | Detroit | 74.05% | 80.12% | 0.09% |
| 10/24/2020 | Great Lakes | Gateway | 93.45% | 83.94% | 99.99% |
| 10/24/2020 | Great Lakes | Greater Indiana | 72.41% | 78.40% | 96.32% |
| 10/24/2020 | Great Lakes | Greater Michigan | 91.66% | 83.59% | 97.25% |
| 10/24/2020 | Great Lakes | Lakeland | 81.73% | 27.10% | 99.09% |
| 10/24/2020 | Northeast | Albany | 95.19% | 66.67% | 79.41% |
| 10/24/2020 | Northeast | Caribbean | 99.63% | 100.00% | 80.00% |
| 10/24/2020 | Northeast | Connecticut Valley | 95.55% | 98.84% | 79.42% |
| 10/24/2020 | Northeast | Greater Boston | 96.03% | 87.07% | 99.45% |
| 10/24/2020 | Northeast | Long Island | 96.61% | 83.33% | 92.47% |
| 10/24/2020 | Northeast | New York | 91.15% | 90.57% | 34.88% |
| 10/24/2020 | Northeast | Northern New England | 76.56% | 81.82% | 98.93% |
| 10/24/2020 | Northeast | Northern New Jersey | 96.50% | 99.58% | 99.85% |
| 10/24/2020 | Northeast | Triboro | 83.10% | 73.61% | 11.38% |
| 10/24/2020 | Northeast | Westchester | 92.76% | 81.25% | 93.98% |
| 10/24/2020 | Pacific | Bay-Valley | 98.43% | 21.60% | 91.10% |
| 10/24/2020 | Pacific | Honolulu | 97.22% | 32.31% | 62.24% |
| 10/24/2020 | Pacific | Los Angeles | 98.59% | 79.89% | 99.89% |
| 10/24/2020 | Pacific | Sacramento | 96.75% | 81.39% | 97.92% |
| 10/24/2020 | Pacific | San Diego | 98.84% | 99.70% | 98.30% |
| 10/24/2020 | Pacific | San Francisco | 98.32% | 40.48% | 98.31% |
| 10/24/2020 | Pacific | Santa Ana | 99.02% | 96.62% | 99.97% |

| Date | Area | District | Processing Score: Inbound Ballot | Processing Score: Outbound Ballot | Processing Score: Outbound Non-Ballot Election Mail |
|---|---|---|---|---|---|
| 10/24/2020 | Pacific | Sierra Coastal | 98.49% | 99.29% | 99.99% |
| 10/24/2020 | Southern | Alabama | 65.65% | 34.55% | 51.72% |
| 10/24/2020 | Southern | Arkansas | 91.46% | 45.16% | 69.23% |
| 10/24/2020 | Southern | Dallas | 94.59% | 69.57% | 36.03% |
| 10/24/2020 | Southern | Ft. Worth | 90.04% | 97.38% | 31.22% |
| 10/24/2020 | Southern | Gulf Atlantic | 90.81% | 3.61% | 99.10% |
| 10/24/2020 | Southern | Houston | 84.64% | 19.51% | 5.62% |
| 10/24/2020 | Southern | Louisiana | 77.18% | 32.00% | 8.05% |
| 10/24/2020 | Southern | Mississippi | 85.50% | 36.84% | 9.85% |
| 10/24/2020 | Southern | Oklahoma | 75.32% | 70.00% | 99.94% |
| 10/24/2020 | Southern | Rio Grande | 91.09% | 55.56% | 99.55% |
| 10/24/2020 | Southern | South Florida | 92.91% | 22.63% | 52.01% |
| 10/24/2020 | Southern | Suncoast | 96.63% | 60.56% | 85.74% |
| 10/24/2020 | Western | Alaska | 79.59% | 36.00% | 64.41% |
| 10/24/2020 | Western | Arizona | 97.56% | 79.08% | 99.86% |
| 10/24/2020 | Western | Central Plains | 96.72% | 68.57% | 99.99% |
| 10/24/2020 | Western | Colorado/Wyoming | 69.95% | 66.44% | 91.90% |
| 10/24/2020 | Western | Dakotas | 96.23% | 29.63% | 99.75% |
| 10/24/2020 | Western | Hawkeye | 95.25% | 47.73% | 99.46% |
| 10/24/2020 | Western | Mid-Americas | 93.80% | 69.09% | 99.99% |
| 10/24/2020 | Western | Nevada Sierra | 97.86% | 67.98% | 99.78% |
| 10/24/2020 | Western | Northland | 97.30% | 15.76% | 96.61% |
| 10/24/2020 | Western | Portland | 92.49% | 14.55% | 62.20% |
| 10/24/2020 | Western | Salt Lake City | 98.78% | 96.65% | 94.79% |
| 10/24/2020 | Western | Seattle | 97.76% | 6.10% | 32.89% |
| 10/26/2020 | Capital Metro | Atlanta | 89.45% | 1.66% | 42.22% |
| 10/26/2020 | Capital Metro | Baltimore | 91.27% | 90.56% | 38.16% |
| 10/26/2020 | Capital Metro | Capital | 93.21% | 99.74% | 89.46% |
| 10/26/2020 | Capital Metro | Greater S Carolina | 87.10% | 56.44% | 83.47% |
| 10/26/2020 | Capital Metro | Greensboro | 82.71% | 97.49% | 74.90% |
| 10/26/2020 | Capital Metro | Mid-Carolinas | 86.12% | 97.46% | 35.11% |

| Date | Area | District | Processing Score: Inbound Ballot | Processing Score: Outbound Ballot | Processing Score: Outbound Non-Ballot Election Mail |
|---|---|---|---|---|---|
| 10/26/2020 | Capital Metro | Norther Virginia | 93.50% | 85.62% | 77.21% |
| 10/26/2020 | Capital Metro | Richmond | 91.18% | 34.64% | 96.83% |
| 10/26/2020 | Eastern | Appalachian | 74.91% | 66.67% | 96.71% |
| 10/26/2020 | Eastern | Central Pennsylvania | 78.76% | 7.65% | 1.61% |
| 10/26/2020 | Eastern | Kentuckiana | 64.55% | 78.38% | 99.77% |
| 10/26/2020 | Eastern | Norther Ohio | 92.64% | 35.79% | 40.15% |
| 10/26/2020 | Eastern | Ohio Valley | 94.80% | 22.15% | 52.91% |
| 10/26/2020 | Eastern | Philadelphia Metropo | 93.02% | 95.05% | 0.07% |
| 10/26/2020 | Eastern | South Jersey | 90.88% | 99.96% | 3.26% |
| 10/26/2020 | Eastern | Tennessee | 92.82% | 79.06% | 96.78% |
| 10/26/2020 | Eastern | Western New York | 96.60% | 95.74% | 84.23% |
| 10/26/2020 | Eastern | Western Pennsylvania | 97.26% | 25.27% | 83.43% |
| 10/26/2020 | Great Lakes | Central Illinois | 94.36% | 78.18% | 99.80% |
| 10/26/2020 | Great Lakes | Chicago | 87.64% | 76.81% | 79.30% |
| 10/26/2020 | Great Lakes | Detroit | 73.65% | 47.37% | 24.35% |
| 10/26/2020 | Great Lakes | Gateway | 93.18% | 98.79% | 99.90% |
| 10/26/2020 | Great Lakes | Greater Indiana | 79.73% | 92.38% | 94.74% |
| 10/26/2020 | Great Lakes | Greater Michigan | 87.30% | 7.26% | 99.88% |
| 10/26/2020 | Great Lakes | Lakeland | 87.44% | 12.82% | 90.89% |
| 10/26/2020 | Northeast | Albany | 96.32% | 93.33% | 64.83% |
| 10/26/2020 | Northeast | Caribbean | 98.67% | 32.26% | 98.67% |
| 10/26/2020 | Northeast | Connecticut Valley | 94.79% | 98.08% | 76.79% |
| 10/26/2020 | Northeast | Greater Boston | 96.96% | 88.06% | 78.30% |
| 10/26/2020 | Northeast | Long Island | 96.02% | 90.48% | 77.86% |
| 10/26/2020 | Northeast | New York | 96.48% | 94.10% | 27.30% |

| Date | Area | District | Processing Score: Inbound Ballot | Processing Score: Outbound Ballot | Processing Score: Outbound Non-Ballot Election Mail |
|---|---|---|---|---|---|
| 10/26/2020 | Northeast | Northern New England | 84.41% | 91.49% | 94.40% |
| 10/26/2020 | Northeast | Northern New Jersey | 96.76% | 97.49% | 11.17% |
| 10/26/2020 | Northeast | Triboro | 89.12% | 94.01% | 14.31% |
| 10/26/2020 | Northeast | Westchester | 94.53% | 97.14% | 80.16% |
| 10/26/2020 | Pacific | Bay-Valley | 96.85% | 43.23% | 98.02% |
| 10/26/2020 | Pacific | Honolulu | 94.72% | 63.16% | 99.49% |
| 10/26/2020 | Pacific | Los Angeles | 96.39% | 73.38% | 92.45% |
| 10/26/2020 | Pacific | Sacramento | 97.07% | 95.69% | 82.16% |
| 10/26/2020 | Pacific | San Diego | 98.07% | 81.85% | 99.34% |
| 10/26/2020 | Pacific | San Francisco | 97.82% | 77.97% | 99.54% |
| 10/26/2020 | Pacific | Santa Ana | 97.65% | 98.78% | 99.34% |
| 10/26/2020 | Pacific | Sierra Coastal | 97.96% | 87.07% | 94.81% |
| 10/26/2020 | Southern | Alabama | 74.19% | 58.06% | 85.35% |
| 10/26/2020 | Southern | Arkansas | 91.95% | 87.50% | 98.28% |
| 10/26/2020 | Southern | Dallas | 91.98% | 84.76% | 85.99% |
| 10/26/2020 | Southern | Ft. Worth | 88.68% | 15.02% | 47.56% |
| 10/26/2020 | Southern | Gulf Atlantic | 85.83% | 10.24% | 27.46% |
| 10/26/2020 | Southern | Houston | 90.23% | 84.27% | 97.45% |
| 10/26/2020 | Southern | Louisiana | 74.03% | 55.88% | 98.33% |
| 10/26/2020 | Southern | Mississippi | 73.93% | 67.44% | 82.13% |
| 10/26/2020 | Southern | Oklahoma | 77.92% | 89.74% | 99.74% |
| 10/26/2020 | Southern | Rio Grande | 87.71% | 85.09% | 92.88% |
| 10/26/2020 | Southern | South Florida | 90.40% | 80.00% | 87.21% |
| 10/26/2020 | Southern | Suncoast | 94.38% | 72.17% | 92.89% |
| 10/26/2020 | Western | Alaska | 82.54% | 62.50% | 66.67% |
| 10/26/2020 | Western | Arizona | 97.90% | 83.69% | 92.14% |
| 10/26/2020 | Western | Central Plains | 90.81% | 28.49% | 99.69% |
| 10/26/2020 | Western | Colorado/Wyoming | 61.44% | 48.03% | 67.95% |
| 10/26/2020 | Western | Dakotas | 94.98% | 55.74% | 93.51% |
| 10/26/2020 | Western | Hawkeye | 97.57% | 81.36% | 99.83% |

| Date | Area | District | Processing Score: Inbound Ballot | Processing Score: Outbound Ballot | Processing Score: Outbound Non-Ballot Election Mail |
|---|---|---|---|---|---|
| 10/26/2020 | Western | Mid-Americas | 86.66% | 81.65% | 99.88% |
| 10/26/2020 | Western | Nevada Sierra | 87.15% | 60.98% | 98.58% |
| 10/26/2020 | Western | Northland | 92.23% | 85.44% | 97.58% |
| 10/26/2020 | Western | Portland | 97.24% | 60.69% | 62.19% |
| 10/26/2020 | Western | Salt Lake City | 97.83% | 89.11% | 94.56% |
| 10/26/2020 | Western | Seattle | 96.27% | 12.79% | 97.18% |
| 10/27/2020 | Capital Metro | Atlanta | 39.69% | 0.37% | 9.44% |
| 10/27/2020 | Capital Metro | Baltimore | 85.08% | 66.10% | 2.62% |
| 10/27/2020 | Capital Metro | Capital | 88.95% | 99.95% | 11.05% |
| 10/27/2020 | Capital Metro | Greater S Carolina | 79.98% | 64.15% | 11.31% |
| 10/27/2020 | Capital Metro | Greensboro | 75.50% | 98.44% | 43.03% |
| 10/27/2020 | Capital Metro | Mid-Carolinas | 70.50% | 88.68% | 77.13% |
| 10/27/2020 | Capital Metro | Norther Virginia | 60.74% | 60.71% | 83.14% |
| 10/27/2020 | Capital Metro | Richmond | 82.57% | 86.02% | 88.61% |
| 10/27/2020 | Eastern | Appalachian | 49.50% | 36.23% | 44.44% |
| 10/27/2020 | Eastern | Central Pennsylvania | 56.21% | 21.86% | 1.79% |
| 10/27/2020 | Eastern | Kentuckiana | 55.59% | 8.51% | 86.97% |
| 10/27/2020 | Eastern | Norther Ohio | 91.43% | 3.80% | 0.34% |
| 10/27/2020 | Eastern | Ohio Valley | 94.82% | 34.43% | 26.86% |
| 10/27/2020 | Eastern | Philadelphia Metropo | 96.07% | 85.81% | 0.00% |
| 10/27/2020 | Eastern | South Jersey | 96.71% | 99.76% | 0.12% |
| 10/27/2020 | Eastern | Tennessee | 91.97% | 55.56% | 72.36% |
| 10/27/2020 | Eastern | Western New York | 98.19% | 94.34% | 77.42% |
| 10/27/2020 | Eastern | Western Pennsylvania | 97.25% | 97.42% | 95.14% |

| Date | Area | District | Processing Score: Inbound Ballot | Processing Score: Outbound Ballot | Processing Score: Outbound Non-Ballot Election Mail |
|---|---|---|---|---|---|
| 10/27/2020 | Great Lakes | Central Illinois | 85.03% | 7.26% | 98.67% |
| 10/27/2020 | Great Lakes | Chicago | 90.05% | 64.44% | 16.53% |
| 10/27/2020 | Great Lakes | Detroit | 48.66% | 32.14% | 0.80% |
| 10/27/2020 | Great Lakes | Gateway | 80.01% | 38.89% | 22.88% |
| 10/27/2020 | Great Lakes | Greater Indiana | 40.71% | 62.50% | 14.44% |
| 10/27/2020 | Great Lakes | Greater Michigan | 55.00% | 0.86% | 0.10% |
| 10/27/2020 | Great Lakes | Lakeland | 52.93% | 82.50% | 3.47% |
| 10/27/2020 | Northeast | Albany | 82.34% | 50.00% | 47.37% |
| 10/27/2020 | Northeast | Caribbean | 99.57% | 26.56% | 66.67% |
| 10/27/2020 | Northeast | Connecticut Valley | 75.22% | 56.00% | 8.00% |
| 10/27/2020 | Northeast | Greater Boston | 93.70% | 91.19% | 92.18% |
| 10/27/2020 | Northeast | Long Island | 97.15% | 80.56% | 5.75% |
| 10/27/2020 | Northeast | New York | 94.94% | 19.35% | 98.24% |
| 10/27/2020 | Northeast | Northern New England | 54.29% | 66.67% | 1.99% |
| 10/27/2020 | Northeast | Northern New Jersey | 97.50% | 99.96% | 0.62% |
| 10/27/2020 | Northeast | Triboro | 95.52% | 32.00% | 86.55% |
| 10/27/2020 | Northeast | Westchester | 70.43% | 83.33% | 81.25% |
| 10/27/2020 | Pacific | Bay-Valley | 99.08% | 51.72% | 94.31% |
| 10/27/2020 | Pacific | Honolulu | 96.42% | 91.30% | 97.00% |
| 10/27/2020 | Pacific | Los Angeles | 99.22% | 16.73% | 73.44% |
| 10/27/2020 | Pacific | Sacramento | 97.93% | 42.86% | 34.68% |
| 10/27/2020 | Pacific | San Diego | 99.12% | 10.86% | 98.04% |
| 10/27/2020 | Pacific | San Francisco | 99.33% | 84.62% | 96.40% |
| 10/27/2020 | Pacific | Santa Ana | 99.14% | 24.60% | 96.47% |
| 10/27/2020 | Pacific | Sierra Coastal | 98.72% | 98.55% | 93.36% |
| 10/27/2020 | Southern | Alabama | 50.94% | 42.86% | 4.10% |
| 10/27/2020 | Southern | Arkansas | 66.02% | 80.00% | 1.52% |
| 10/27/2020 | Southern | Dallas | 85.19% | 61.54% | 0.87% |

| Date | Area | District | Processing Score: Inbound Ballot | Processing Score: Outbound Ballot | Processing Score: Outbound Non-Ballot Election Mail |
|---|---|---|---|---|---|
| 10/27/2020 | Southern | Ft. Worth | 73.74% | 27.45% | 2.52% |
| 10/27/2020 | Southern | Gulf Atlantic | 84.80% | 15.22% | 87.21% |
| 10/27/2020 | Southern | Houston | 74.95% | 70.00% | 9.33% |
| 10/27/2020 | Southern | Louisiana | 63.58% | 79.17% | 11.76% |
| 10/27/2020 | Southern | Mississippi | 84.05% | 100.00% | 3.60% |
| 10/27/2020 | Southern | Oklahoma | 60.34% | 27.27% | 4.62% |
| 10/27/2020 | Southern | Rio Grande | 84.47% | 46.77% | 5.75% |
| 10/27/2020 | Southern | South Florida | 94.50% | 83.56% | 95.13% |
| 10/27/2020 | Southern | Suncoast | 97.13% | 90.93% | 8.59% |
| 10/27/2020 | Western | Alaska | 81.25% | 20.00% | 49.43% |
| 10/27/2020 | Western | Arizona | 98.35% | 18.71% | 46.27% |
| 10/27/2020 | Western | Central Plains | 95.62% | 52.94% | 96.92% |
| 10/27/2020 | Western | Colorado/Wyoming | 77.13% | 1.31% | 1.67% |
| 10/27/2020 | Western | Dakotas | 92.66% | 20.00% | 2.77% |
| 10/27/2020 | Western | Hawkeye | 97.70% | 72.73% | 0.09% |
| 10/27/2020 | Western | Mid-Americas | 95.02% | 44.44% | 0.08% |
| 10/27/2020 | Western | Nevada Sierra | 97.69% | 25.00% | 33.07% |
| 10/27/2020 | Western | Northland | 95.48% | 86.87% | 82.92% |
| 10/27/2020 | Western | Portland | 97.79% | 6.44% | 44.35% |
| 10/27/2020 | Western | Salt Lake City | 88.99% | 8.16% | 47.13% |
| 10/27/2020 | Western | Seattle | 98.09% | 6.57% | 28.47% |
| 10/28/2020 | Capital Metro | Atlanta | 94.96% | 4.16% | 21.67% |
| 10/28/2020 | Capital Metro | Baltimore | 94.20% | 54.76% | 2.42% |
| 10/28/2020 | Capital Metro | Capital | 96.45% | 8.42% | 41.99% |
| 10/28/2020 | Capital Metro | Greater S Carolina | 91.00% | 8.00% | 6.77% |
| 10/28/2020 | Capital Metro | Greensboro | 90.91% | 66.22% | 97.46% |
| 10/28/2020 | Capital Metro | Mid-Carolinas | 90.06% | 56.97% | 12.68% |
| 10/28/2020 | Capital Metro | Norther Virginia | 97.00% | 23.75% | 28.57% |
| 10/28/2020 | Capital Metro | Richmond | 96.90% | 3.33% | 6.40% |
| 10/28/2020 | Eastern | Appalachian | 88.78% | 35.29% | 22.64% |

| Date | Area | District | Processing Score: Inbound Ballot | Processing Score: Outbound Ballot | Processing Score: Outbound Non-Ballot Election Mail |
|---|---|---|---|---|---|
| 10/28/2020 | Eastern | Central Pennsylvania | 83.28% | 16.46% | 82.01% |
| 10/28/2020 | Eastern | Kentuckiana | 59.84% | 46.15% | 28.32% |
| 10/28/2020 | Eastern | Norther Ohio | 97.62% | 20.66% | 1.41% |
| 10/28/2020 | Eastern | Ohio Valley | 97.96% | 25.20% | 87.64% |
| 10/28/2020 | Eastern | Philadelphia Metropo | 96.70% | 43.22% | 1.55% |
| 10/28/2020 | Eastern | South Jersey | 97.45% | 98.26% | 0.23% |
| 10/28/2020 | Eastern | Tennessee | 94.07% | 58.33% | 7.38% |
| 10/28/2020 | Eastern | Western New York | 98.53% | 6.67% | 1.15% |
| 10/28/2020 | Eastern | Western Pennsylvania | 98.52% | 97.67% | 23.53% |
| 10/28/2020 | Great Lakes | Central Illinois | 96.11% | 3.06% | 76.12% |
| 10/28/2020 | Great Lakes | Chicago | 95.89% | 66.67% | 42.79% |
| 10/28/2020 | Great Lakes | Detroit | 78.90% | 64.58% | 99.89% |
| 10/28/2020 | Great Lakes | Gateway | 95.68% | 56.04% | 39.59% |
| 10/28/2020 | Great Lakes | Greater Indiana | 86.22% | 74.67% | 92.01% |
| 10/28/2020 | Great Lakes | Greater Michigan | 95.50% | 1.82% | 44.24% |
| 10/28/2020 | Great Lakes | Lakeland | 92.83% | 14.58% | 69.50% |
| 10/28/2020 | Northeast | Albany | 98.31% | 66.67% | 2.20% |
| 10/28/2020 | Northeast | Caribbean | 99.50% | Null% | 0.00% |
| 10/28/2020 | Northeast | Connecticut Valley | 98.12% | 41.18% | 71.99% |
| 10/28/2020 | Northeast | Greater Boston | 97.73% | 27.42% | 31.40% |
| 10/28/2020 | Northeast | Long Island | 99.00% | 100.00% | 22.22% |
| 10/28/2020 | Northeast | New York | 97.35% | 83.33% | 19.15% |
| 10/28/2020 | Northeast | Northern New England | 82.19% | 3.92% | 7.62% |

| Date | Area | District | Processing Score: Inbound Ballot | Processing Score: Outbound Ballot | Processing Score: Outbound Non-Ballot Election Mail |
|---|---|---|---|---|---|
| 10/28/2020 | Northeast | Northern New Jersey | 97.28% | 99.35% | 0.65% |
| 10/28/2020 | Northeast | Triboro | 88.14% | 90.91% | 3.67% |
| 10/28/2020 | Northeast | Westchester | 97.89% | 25.00% | 17.41% |
| 10/28/2020 | Pacific | Bay-Valley | 99.19% | 12.50% | 93.59% |
| 10/28/2020 | Pacific | Honolulu | 98.96% | 50.00% | 92.73% |
| 10/28/2020 | Pacific | Los Angeles | 98.87% | 16.43% | 81.18% |
| 10/28/2020 | Pacific | Sacramento | 99.33% | 85.85% | 47.05% |
| 10/28/2020 | Pacific | San Diego | 99.32% | 99.88% | 98.44% |
| 10/28/2020 | Pacific | San Francisco | 98.90% | 0.00% | 98.58% |
| 10/28/2020 | Pacific | Santa Ana | 99.66% | 99.15% | 93.39% |
| 10/28/2020 | Pacific | Sierra Coastal | 98.83% | 99.11% | 98.93% |
| 10/28/2020 | Southern | Alabama | 71.13% | 18.75% | 10.28% |
| 10/28/2020 | Southern | Arkansas | 94.68% | 0.00% | 75.00% |
| 10/28/2020 | Southern | Dallas | 93.87% | 6.90% | 44.74% |
| 10/28/2020 | Southern | Ft. Worth | 95.12% | 0.00% | 11.24% |
| 10/28/2020 | Southern | Gulf Atlantic | 93.99% | 16.06% | 97.16% |
| 10/28/2020 | Southern | Houston | 95.05% | 14.29% | 45.95% |
| 10/28/2020 | Southern | Louisiana | 66.29% | 100.00% | 41.67% |
| 10/28/2020 | Southern | Mississippi | 91.34% | 50.00% | 0.00% |
| 10/28/2020 | Southern | Oklahoma | 63.46% | 50.00% | 19.44% |
| 10/28/2020 | Southern | Rio Grande | 91.65% | 4.23% | 11.92% |
| 10/28/2020 | Southern | South Florida | 95.03% | 24.49% | 97.48% |
| 10/28/2020 | Southern | Suncoast | 96.43% | 89.56% | 90.30% |
| 10/28/2020 | Western | Alaska | 93.76% | 50.00% | 99.89% |
| 10/28/2020 | Western | Arizona | 98.07% | 88.64% | 1.14% |
| 10/28/2020 | Western | Central Plains | 96.48% | 17.65% | 51.56% |
| 10/28/2020 | Western | Colorado/Wyoming | 78.81% | 0.39% | 44.49% |
| 10/28/2020 | Western | Dakotas | 96.60% | 4.55% | 74.35% |
| 10/28/2020 | Western | Hawkeye | 98.47% | 40.00% | 0.28% |
| 10/28/2020 | Western | Mid-Americas | 95.61% | 69.23% | 3.60% |

| Date | Area | District | Processing Score: Inbound Ballot | Processing Score: Outbound Ballot | Processing Score: Outbound Non-Ballot Election Mail |
|---|---|---|---|---|---|
| 10/28/2020 | Western | Nevada Sierra | 98.03% | 18.27% | 64.10% |
| 10/28/2020 | Western | Northland | 97.08% | 0.36% | 62.48% |
| 10/28/2020 | Western | Portland | 98.12% | 15.09% | 69.85% |
| 10/28/2020 | Western | Salt Lake City | 98.09% | 97.60% | 48.39% |
| 10/28/2020 | Western | Seattle | 98.25% | 0.62% | 32.62% |
| 10/29/2020 | Capital Metro | Atlanta | 93.13% | 2.24% | 10.30% |
| 10/29/2020 | Capital Metro | Baltimore | 95.64% | 46.05% | 11.38% |
| 10/29/2020 | Capital Metro | Capital | 94.93% | 36.26% | 87.25% |
| 10/29/2020 | Capital Metro | Greater S Carolina | 77.55% | 64.58% | 24.38% |
| 10/29/2020 | Capital Metro | Greensboro | 89.14% | 89.00% | 79.06% |
| 10/29/2020 | Capital Metro | Mid-Carolinas | 84.36% | 14.83% | 86.16% |
| 10/29/2020 | Capital Metro | Norther Virginia | 95.13% | 20.66% | 82.52% |
| 10/29/2020 | Capital Metro | Richmond | 93.69% | 83.87% | 18.86% |
| 10/29/2020 | Eastern | Appalachian | 89.51% | 79.17% | 69.77% |
| 10/29/2020 | Eastern | Central Pennsylvania | 69.24% | 48.78% | 25.53% |
| 10/29/2020 | Eastern | Kentuckiana | 83.41% | 23.19% | 77.02% |
| 10/29/2020 | Eastern | Norther Ohio | 86.08% | 86.69% | 0.71% |
| 10/29/2020 | Eastern | Ohio Valley | 95.50% | 95.45% | 86.78% |
| 10/29/2020 | Eastern | Philadelphia Metropo | 90.95% | 99.20% | 0.03% |
| 10/29/2020 | Eastern | South Jersey | 95.45% | 99.71% | 0.13% |
| 10/29/2020 | Eastern | Tennessee | 96.44% | 23.70% | 61.71% |
| 10/29/2020 | Eastern | Western New York | 96.68% | 66.67% | 99.11% |
| 10/29/2020 | Eastern | Western Pennsylvania | 97.25% | 99.41% | 96.77% |
| 10/29/2020 | Great Lakes | Central Illinois | 96.84% | 98.94% | 78.83% |
| 10/29/2020 | Great Lakes | Chicago | 95.26% | 80.65% | 85.81% |

| Date | Area | District | Processing Score: Inbound Ballot | Processing Score: Outbound Ballot | Processing Score: Outbound Non-Ballot Election Mail |
|---|---|---|---|---|---|
| 10/29/2020 | Great Lakes | Detroit | 76.28% | 95.88% | 99.83% |
| 10/29/2020 | Great Lakes | Gateway | 93.16% | 60.45% | 61.94% |
| 10/29/2020 | Great Lakes | Greater Indiana | 83.24% | 75.81% | 83.92% |
| 10/29/2020 | Great Lakes | Greater Michigan | 89.16% | 97.59% | 27.50% |
| 10/29/2020 | Great Lakes | Lakeland | 93.67% | 90.32% | 94.14% |
| 10/29/2020 | Northeast | Albany | 96.88% | 78.57% | 84.02% |
| 10/29/2020 | Northeast | Caribbean | 99.78% | | 80.00% |
| 10/29/2020 | Northeast | Connecticut Valley | 95.48% | 42.55% | 64.03% |
| 10/29/2020 | Northeast | Greater Boston | 92.46% | 22.61% | 52.05% |
| 10/29/2020 | Northeast | Long Island | 96.99% | 95.65% | 60.18% |
| 10/29/2020 | Northeast | New York | 97.08% | 79.41% | 87.64% |
| 10/29/2020 | Northeast | Northern New England | 80.88% | 64.71% | 26.33% |
| 10/29/2020 | Northeast | Northern New Jersey | 97.54% | 86.33% | 49.37% |
| 10/29/2020 | Northeast | Triboro | 92.35% | 92.00% | 96.05% |
| 10/29/2020 | Northeast | Westchester | 95.90% | 82.61% | 96.67% |
| 10/29/2020 | Pacific | Bay-Valley | 98.46% | 59.46% | 99.39% |
| 10/29/2020 | Pacific | Honolulu | 91.48% | 64.52% | 95.80% |
| 10/29/2020 | Pacific | Los Angeles | 98.35% | 54.35% | 62.23% |
| 10/29/2020 | Pacific | Sacramento | 98.56% | 97.04% | 93.15% |
| 10/29/2020 | Pacific | San Diego | 99.32% | 98.53% | 25.16% |
| 10/29/2020 | Pacific | San Francisco | 98.87% | 65.79% | 98.89% |
| 10/29/2020 | Pacific | Santa Ana | 98.58% | 99.23% | 54.06% |
| 10/29/2020 | Pacific | Sierra Coastal | 98.56% | 35.00% | 90.66% |
| 10/29/2020 | Southern | Alabama | 88.80% | 69.05% | 6.55% |
| 10/29/2020 | Southern | Arkansas | 97.68% | 85.71% | 83.33% |
| 10/29/2020 | Southern | Dallas | 95.32% | 60.61% | 35.25% |
| 10/29/2020 | Southern | Ft. Worth | 94.33% | 99.34% | 95.87% |
| 10/29/2020 | Southern | Gulf Atlantic | 95.80% | 34.65% | 93.71% |

| Date | Area | District | Processing Score: Inbound Ballot | Processing Score: Outbound Ballot | Processing Score: Outbound Non-Ballot Election Mail |
|---|---|---|---|---|---|
| 10/29/2020 | Southern | Houston | 96.32% | 85.45% | 31.78% |
| 10/29/2020 | Southern | Louisiana | 92.70% | 90.91% | 93.87% |
| 10/29/2020 | Southern | Mississippi | 93.35% | 80.00% | 23.88% |
| 10/29/2020 | Southern | Oklahoma | 80.27% | 75.00% | 85.71% |
| 10/29/2020 | Southern | Rio Grande | 94.17% | 90.63% | 63.33% |
| 10/29/2020 | Southern | South Florida | 96.10% | 62.86% | 97.00% |
| 10/29/2020 | Southern | Suncoast | 97.94% | 26.09% | 76.43% |
| 10/29/2020 | Western | Alaska | 83.16% | 80.00% | 99.80% |
| 10/29/2020 | Western | Arizona | 98.42% | 88.29% | 38.56% |
| 10/29/2020 | Western | Central Plains | 93.88% | 29.82% | 55.99% |
| 10/29/2020 | Western | Colorado/Wyoming | 70.09% | 54.09% | 69.21% |
| 10/29/2020 | Western | Dakotas | 97.53% | 35.48% | 96.23% |
| 10/29/2020 | Western | Hawkeye | 97.64% | 60.00% | 31.61% |
| 10/29/2020 | Western | Mid-Americas | 95.06% | 70.00% | 16.42% |
| 10/29/2020 | Western | Nevada Sierra | 98.15% | 25.83% | 99.12% |
| 10/29/2020 | Western | Northland | 84.12% | 45.45% | 52.60% |
| 10/29/2020 | Western | Portland | 97.46% | 26.92% | 84.25% |
| 10/29/2020 | Western | Salt Lake City | 97.61% | 98.57% | 94.83% |
| 10/29/2020 | Western | Seattle | 98.11% | 11.82% | 86.97% |
| 10/30/2020 | Capital Metro | Atlanta | 78.33% | 4.26% | 61.69% |
| 10/30/2020 | Capital Metro | Baltimore | 90.86% | 3.37% | 18.36% |
| 10/30/2020 | Capital Metro | Capital | 92.52% | 25.00% | 96.45% |
| 10/30/2020 | Capital Metro | Greater S Carolina | 82.09% | 19.75% | 59.02% |
| 10/30/2020 | Capital Metro | Greensboro | 80.95% | 0.82% | 88.41% |
| 10/30/2020 | Capital Metro | Mid-Carolinas | 77.34% | 17.91% | 34.78% |
| 10/30/2020 | Capital Metro | Norther Virginia | 91.78% | 88.24% | 94.55% |
| 10/30/2020 | Capital Metro | Richmond | 90.90% | 89.74% | 79.00% |
| 10/30/2020 | Eastern | Appalachian | 89.79% | 21.05% | 96.51% |
| 10/30/2020 | Eastern | Central Pennsylvania | 65.94% | 12.51% | 49.74% |

| Date | Area | District | Processing Score: Inbound Ballot | Processing Score: Outbound Ballot | Processing Score: Outbound Non-Ballot Election Mail |
|---|---|---|---|---|---|
| 10/30/2020 | Eastern | Kentuckiana | 72.27% | 70.00% | 69.17% |
| 10/30/2020 | Eastern | Norther Ohio | 94.97% | 24.57% | 22.82% |
| 10/30/2020 | Eastern | Ohio Valley | 93.76% | 29.22% | 77.37% |
| 10/30/2020 | Eastern | Philadelphia Metropo | 87.10% | 98.84% | 13.49% |
| 10/30/2020 | Eastern | South Jersey | 92.48% | 34.47% | 39.91% |
| 10/30/2020 | Eastern | Tennessee | 91.53% | 79.37% | 74.57% |
| 10/30/2020 | Eastern | Western New York | 97.07% | 100.00% | 37.04% |
| 10/30/2020 | Eastern | Western Pennsylvania | 90.81% | 99.21% | 98.71% |
| 10/30/2020 | Great Lakes | Central Illinois | 88.48% | 73.70% | 42.18% |
| 10/30/2020 | Great Lakes | Chicago | 91.47% | 88.89% | 69.17% |
| 10/30/2020 | Great Lakes | Detroit | 77.16% | 78.69% | 9.50% |
| 10/30/2020 | Great Lakes | Gateway | 89.99% | 93.26% | 41.82% |
| 10/30/2020 | Great Lakes | Greater Indiana | 61.04% | 22.22% | 93.78% |
| 10/30/2020 | Great Lakes | Greater Michigan | 86.12% | 97.31% | 72.04% |
| 10/30/2020 | Great Lakes | Lakeland | 86.81% | 73.68% | 78.36% |
| 10/30/2020 | Northeast | Albany | 95.97% | 88.00% | 26.20% |
| 10/30/2020 | Northeast | Caribbean | 98.70% | 85.71% | 99.38% |
| 10/30/2020 | Northeast | Connecticut Valley | 91.29% | 85.00% | 69.66% |
| 10/30/2020 | Northeast | Greater Boston | 93.56% | 79.07% | 99.32% |
| 10/30/2020 | Northeast | Long Island | 94.47% | 100.00% | 46.15% |
| 10/30/2020 | Northeast | New York | 93.84% | 94.59% | 99.07% |
| 10/30/2020 | Northeast | Northern New England | 73.10% | 44.00% | 96.93% |
| 10/30/2020 | Northeast | Northern New Jersey | 97.36% | 95.66% | 99.46% |
| 10/30/2020 | Northeast | Triboro | 89.63% | 70.37% | 96.77% |

| Date | Area | District | Processing Score: Inbound Ballot | Processing Score: Outbound Ballot | Processing Score: Outbound Non-Ballot Election Mail |
|---|---|---|---|---|---|
| 10/30/2020 | Northeast | Westchester | 95.45% | 78.57% | 93.33% |
| 10/30/2020 | Pacific | Bay-Valley | 98.29% | 90.54% | 97.02% |
| 10/30/2020 | Pacific | Honolulu | 92.43% | 95.00% | 96.88% |
| 10/30/2020 | Pacific | Los Angeles | 98.69% | 92.23% | 48.44% |
| 10/30/2020 | Pacific | Sacramento | 98.26% | 31.58% | 88.71% |
| 10/30/2020 | Pacific | San Diego | 97.99% | 99.19% | 95.23% |
| 10/30/2020 | Pacific | San Francisco | 96.32% | 97.14% | 98.01% |
| 10/30/2020 | Pacific | Santa Ana | 98.73% | 98.33% | 80.77% |
| 10/30/2020 | Pacific | Sierra Coastal | 97.97% | 42.62% | 88.67% |
| 10/30/2020 | Southern | Alabama | 75.47% | 18.75% | 87.51% |
| 10/30/2020 | Southern | Arkansas | 92.49% | 85.71% | 99.04% |
| 10/30/2020 | Southern | Dallas | 89.18% | 89.47% | 84.08% |
| 10/30/2020 | Southern | Ft. Worth | 79.97% | 77.27% | 99.83% |
| 10/30/2020 | Southern | Gulf Atlantic | 85.18% | 37.35% | 60.48% |
| 10/30/2020 | Southern | Houston | 86.64% | 35.56% | 84.69% |
| 10/30/2020 | Southern | Louisiana | 84.15% | 70.00% | 34.18% |
| 10/30/2020 | Southern | Mississippi | 74.44% | 75.00% | 83.73% |
| 10/30/2020 | Southern | Oklahoma | 63.98% | 90.91% | 97.86% |
| 10/30/2020 | Southern | Rio Grande | 81.78% | 84.38% | 92.07% |
| 10/30/2020 | Southern | South Florida | 88.52% | 63.64% | 94.85% |
| 10/30/2020 | Southern | Suncoast | 93.71% | 89.86% | 71.72% |
| 10/30/2020 | Western | Alaska | 90.92% | 38.46% | 76.99% |
| 10/30/2020 | Western | Arizona | 91.66% | 90.04% | 99.25% |
| 10/30/2020 | Western | Central Plains | 93.68% | 70.27% | 88.70% |
| 10/30/2020 | Western | Colorado/Wyoming | 59.16% | 92.47% | 16.17% |
| 10/30/2020 | Western | Dakotas | 94.26% | 84.00% | 92.88% |
| 10/30/2020 | Western | Hawkeye | 95.09% | 96.15% | 86.58% |
| 10/30/2020 | Western | Mid-Americas | 90.66% | 95.16% | 63.69% |
| 10/30/2020 | Western | Nevada Sierra | 97.77% | 32.09% | 91.11% |
| 10/30/2020 | Western | Northland | 93.00% | 39.47% | 80.42% |
| 10/30/2020 | Western | Portland | 95.45% | 77.42% | 80.75% |

| Date | Area | District | Processing Score: Inbound Ballot | Processing Score: Outbound Ballot | Processing Score: Outbound Non-Ballot Election Mail |
|---|---|---|---|---|---|
| 10/30/2020 | Western | Salt Lake City | 98.62% | 86.01% | 92.71% |
| 10/30/2020 | Western | Seattle | 94.61% | 35.05% | 98.78% |
| 10/31/2020 | Capital Metro | Atlanta | 58.07% | 1.28% | 45.49% |
| 10/31/2020 | Capital Metro | Baltimore | 89.59% | 5.77% | 75.61% |
| 10/31/2020 | Capital Metro | Capital | 91.86% | 38.24% | 90.12% |
| 10/31/2020 | Capital Metro | Greater S Carolina | 77.54% | 41.67% | 59.00% |
| 10/31/2020 | Capital Metro | Greensboro | 78.26% | 0.78% | 86.42% |
| 10/31/2020 | Capital Metro | Mid-Carolinas | 76.45% | 72.00% | 46.77% |
| 10/31/2020 | Capital Metro | Norther Virginia | 76.78% | 57.14% | 85.53% |
| 10/31/2020 | Capital Metro | Richmond | 85.00% | 15.06% | 95.19% |
| 10/31/2020 | Eastern | Appalachian | 83.24% | 85.00% | 85.18% |
| 10/31/2020 | Eastern | Central Pennsylvania | 56.61% | 8.00% | 39.27% |
| 10/31/2020 | Eastern | Kentuckiana | 68.39% | 80.00% | 97.01% |
| 10/31/2020 | Eastern | Norther Ohio | 92.39% | 10.23% | 64.42% |
| 10/31/2020 | Eastern | Ohio Valley | 94.38% | 58.62% | 96.23% |
| 10/31/2020 | Eastern | Philadelphia Metropo | 78.01% | 63.83% | 6.98% |
| 10/31/2020 | Eastern | South Jersey | 92.40% | 98.23% | 13.13% |
| 10/31/2020 | Eastern | Tennessee | 84.73% | 54.05% | 97.34% |
| 10/31/2020 | Eastern | Western New York | 92.93% | 100.00% | 80.79% |
| 10/31/2020 | Eastern | Western Pennsylvania | 90.81% | 96.44% | 95.15% |
| 10/31/2020 | Great Lakes | Central Illinois | 90.06% | 1.37% | 87.10% |
| 10/31/2020 | Great Lakes | Chicago | 88.61% | 97.14% | 90.33% |
| 10/31/2020 | Great Lakes | Detroit | 78.00% | 63.64% | 4.38% |
| 10/31/2020 | Great Lakes | Gateway | 87.27% | 19.35% | 98.12% |
| 10/31/2020 | Great Lakes | Greater Indiana | 57.30% | 78.05% | 90.85% |

| Date | Area | District | Processing Score: Inbound Ballot | Processing Score: Outbound Ballot | Processing Score: Outbound Non-Ballot Election Mail |
|---|---|---|---|---|---|
| 10/31/2020 | Great Lakes | Greater Michigan | 69.18% | 77.88% | 85.72% |
| 10/31/2020 | Great Lakes | Lakeland | 75.32% | 71.43% | 74.02% |
| 10/31/2020 | Northeast | Albany | 94.96% | 8.33% | 95.11% |
| 10/31/2020 | Northeast | Caribbean | 97.96% | 100.00% | 99.25% |
| 10/31/2020 | Northeast | Connecticut Valley | 92.06% | 63.64% | 54.09% |
| 10/31/2020 | Northeast | Greater Boston | 90.89% | 48.00% | 79.53% |
| 10/31/2020 | Northeast | Long Island | 97.12% | 8.93% | 33.70% |
| 10/31/2020 | Northeast | New York | 91.08% | 70.59% | 96.26% |
| 10/31/2020 | Northeast | Northern New England | 63.13% | 11.76% | 86.02% |
| 10/31/2020 | Northeast | Northern New Jersey | 94.19% | 95.41% | 98.82% |
| 10/31/2020 | Northeast | Triboro | 87.63% | 78.13% | 97.29% |
| 10/31/2020 | Northeast | Westchester | 94.64% | 24.14% | 90.77% |
| 10/31/2020 | Pacific | Bay-Valley | 97.86% | 72.22% | 97.69% |
| 10/31/2020 | Pacific | Honolulu | 85.13% | 95.83% | 83.75% |
| 10/31/2020 | Pacific | Los Angeles | 98.38% | 70.59% | 28.62% |
| 10/31/2020 | Pacific | Sacramento | 97.09% | 18.75% | 94.27% |
| 10/31/2020 | Pacific | San Diego | 98.11% | 98.58% | 90.52% |
| 10/31/2020 | Pacific | San Francisco | 96.03% | 85.71% | 98.74% |
| 10/31/2020 | Pacific | Santa Ana | 98.89% | 99.57% | 90.45% |
| 10/31/2020 | Pacific | Sierra Coastal | 97.64% | 37.50% | 66.86% |
| 10/31/2020 | Southern | Alabama | 66.35% | 12.86% | 88.07% |
| 10/31/2020 | Southern | Arkansas | 85.92% | 33.33% | 98.58% |
| 10/31/2020 | Southern | Dallas | 87.37% | 14.58% | 53.75% |
| 10/31/2020 | Southern | Ft. Worth | 85.24% | 64.52% | 62.96% |
| 10/31/2020 | Southern | Gulf Atlantic | 83.75% | 62.07% | 47.27% |
| 10/31/2020 | Southern | Houston | 80.77% | 14.93% | 61.92% |
| 10/31/2020 | Southern | Louisiana | 61.66% | 35.71% | 73.80% |
| 10/31/2020 | Southern | Mississippi | 63.54% | 0.00% | 98.14% |
| 10/31/2020 | Southern | Oklahoma | 73.60% | 17.39% | 98.97% |

| Date | Area | District | Processing Score: Inbound Ballot | Processing Score: Outbound Ballot | Processing Score: Outbound Non-Ballot Election Mail |
|---|---|---|---|---|---|
| 10/31/2020 | Southern | Rio Grande | 83.13% | 63.64% | 81.12% |
| 10/31/2020 | Southern | South Florida | 84.75% | 80.65% | 92.23% |
| 10/31/2020 | Southern | Suncoast | 92.66% | 16.79% | 78.45% |
| 10/31/2020 | Western | Alaska | 92.13% | 0.00% | 90.61% |
| 10/31/2020 | Western | Arizona | 89.05% | 61.13% | 91.69% |
| 10/31/2020 | Western | Central Plains | 88.85% | 31.58% | 91.72% |
| 10/31/2020 | Western | Colorado/Wyoming | 41.23% | 8.88% | 15.42% |
| 10/31/2020 | Western | Dakotas | 89.77% | 58.33% | 86.09% |
| 10/31/2020 | Western | Hawkeye | 94.26% | 75.00% | 79.27% |
| 10/31/2020 | Western | Mid-Americas | 79.93% | 63.16% | 90.64% |
| 10/31/2020 | Western | Nevada Sierra | 94.59% | 25.81% | 96.26% |
| 10/31/2020 | Western | Northland | 78.98% | 17.65% | 80.68% |
| 10/31/2020 | Western | Portland | 92.47% | 39.53% | 88.09% |
| 10/31/2020 | Western | Salt Lake City | 95.20% | 19.44% | 95.26% |
| 10/31/2020 | Western | Seattle | 94.66% | 12.90% | 89.15% |