IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TERESA RICHARDSON, *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> Defendants. | Civil Docket No. 20-cv-2262 (EGS) |

**NOTICE PURSUANT TO THE COURT'S OCTOBER 30, 2020 ORDER**

Pursuant to the Court's October 30, 2020 Order, Defendants provide the Court with a document explaining, for each USPS District whose Election Mail processing scores for Inbound Ballots were below 90 percent on October 31, 2020 and November 2, 2020,[1] or below 80 percent on November 2, 2020, Defendants' understanding, based on all reasonably available information, of potential explanations for the current level of service and any corrective measures that are now being implemented. *See* Exhibit 1.

---

[1] Because Sunday is a non-delivery day, processing scores are not available for Sunday, November 1.

Dated:  November 3, 2020

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

ERIC R. WOMACK
Assistant Director, Federal Programs Branch

<u>/s/ John Robinson</u>
JOSEPH E. BORSON
KUNTAL CHOLERA
ALEXIS ECHOLS
DENA M. ROTH
JOHN ROBINSON (D.C. Bar No. 1044072)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, NW
Washington D.C. 20005
(202) 616-8489
john.j.robinson@usdoj.gov

*Attorneys for Defendants*