IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TERESA RICHARDSON, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> Defendants. | Civil Docket No. 20-cv-2262 (EGS) |

### DEFENDANTS' STATUS UPDATE REGARDING THE PRINCETON POST OFFICE

Pursuant to this Court's November 1, 2020 Minute Order, Defendants respectfully provide the following update regarding the Princeton Post Office:

Postal Managers have completed searching all 180,000 pieces of delayed mail and no additional ballots were located Monday. The 62 ballots that were discovered over the past weekend were all immediately delivered to the BOE or the customers addressed, or returned to sender when delivery was not possible. No delayed ballots were on-hand in the Princeton Post Office this morning, and none are on-hand now.

Dated:  November 3, 2020          Respectfully submitted,

                                                 JEFFREY BOSSERT CLARK
                                                 Acting Assistant Attorney General

                                               ERIC R. WOMACK
                                                 Assistant Director, Federal Programs Branch

                                               <u>/s/ John Robinson</u>
                                               JOSEPH E. BORSON
                                               KUNTAL CHOLERA
                                               ALEXIS ECHOLS
                                               DENA M. ROTH

JOHN ROBINSON
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, NW
Washington D.C. 20005
(202) 616-8489
john.j.robinson@usdoj.gov

*Attorneys for Defendants*