**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| TERESA RICHARDSON, CHRISTOPHER CARROLL, GINA ARFI, and AIDA ZYGAS, :<br><br>Plaintiffs, :<br>-against- :<br><br>DONALD J. TRUMP, *in his official capacity as President of the United States*, :<br><br>LOUIS DEJOY, *in his official capacity as Postmaster General of the United States*, and :<br><br>UNITED STATES POSTAL SERVICE, :<br><br>Defendants. : | Case No. 20-cv-02262 (EGS) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## PLAINTIFFS' MOTION FOR IMMEDIATE STATUS CONFERENCE

Plaintiffs Teresa Richardson, Christopher Carroll, Gina Arfi, and Aida Zygas (collectively "Plaintiffs"), by and through their undersigned counsel, respectfully submit that the certification provided by Defendants in *Vote Forward v. DeJoy*, No. 20-cv-02405 (EGS) ("*Vote Forward*") and *NAACP v. USPS*, No. 20-cv-02295 (EGS) ("*NAACP*") does not comply with this Court's November 3, 2020 Minute Order. (*Compare, e.g.*, Defs.' Resp. to this Court's Nov. 3, 2020 Order, *Vote Forward* (D.D.C. Nov. 3, 2020), ECF No. 75, *with* Minute Order, dated Nov. 3, 2020) Plaintiffs therefore join the plaintiffs in *Vote Forward* and *NAACP* in requesting an immediate status conference. (*See* Motion for Immediate Status Conference, *Vote Forward* (D.D.C. Nov. 3, 2020), ECF No. 77; Motion for Telephone Conference (Emergency Motion), *NAACP* (D.D.C. Nov. 3, 2020), ECF No. 70)

Dated: Washington, D.C.
       November 3, 2020

2

        Respectfully submitted,

        BERG & ANDROPHY

        /s/ *David H. Berg*

        David H. Berg
        (*Admitted pro hac vice*)
        Joel M. Androphy
        D.D.C. Bar No. 999769
        James W. Quinn
        (*Admitted pro hac vice*)
        Bronwyn M. James
        (*Admitted pro hac vice*)
        120 West 45th Street, 38th Floor
        New York, NY 10036
        Tel: (646) 766-0073

        *Attorneys for Plaintiffs*

        OF COUNSEL:

        Kathryn Page Berg
        120 West 45th Street, 38th Floor
        New York, NY 10036
        (*Admitted pro hac vice*)
        Tel: (646) 766-0073

## **CERTIFICATION OF SERVICE**

I hereby certify that true and correct copies of Plaintiffs' Motion for Immediate Status Conference were served on Defendants on November 3, 2020 via electronic filing on CM/ECF.

                                                   /s/ *David H. Berg*
                                                   David H. Berg