UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| Vote Forward, *et al,*<br><br>Plaintiffs,<br><br>v.<br><br>DeJoy, *et al.,*<br><br>Defendants. | Case No. 20-cv-2405 |

## DECLARATION OF DANIEL B. BRUBAKER

I, Daniel B. Brubaker, of the United States Postal Inspection Service ("Postal Inspection Service") hereby make the following declaration in lieu of an affidavit as permitted by 20 U.S.C. § 1746.

1. The Postal Inspection Service is the law enforcement and security arm of the U.S. Postal Service. To carry out its mission, it employs Postal Inspectors, Postal Police Officers, and support staff.

2. I am the Inspector in Charge (INC) of the Security Group which is primarily located at United States Postal Service's National Headquarters in Washington, D.C. and have been in this role since September 28, 2019.

3. Prior to being the INC of the Security Group, I was the INC of the Inspection Service's Philadelphia Division from March 2017 to September 2019. I have been employed by the Inspection Service since September 1999 and have held roles as Assistant Postal Inspector in Charge, Team Leader, and Postal Inspector during that time.

4. As the INC of the Security Group I oversee the Inspection Service's role in the Postal Service's Election Mail efforts.

5. The Inspection Service consists of 17 different divisions covering all 50 states as well as Guam, Puerto Rico, and the Virgin Islands. Each division has domiciles where personnel are physically located. The Inspection Service employs approximately 1,280 Postal Inspectors at approximately 190 work sites.

6. The Inspection Service has conducted daily reviews, called Observation of Mail Conditions ("OMCs"), of 220 mail-processing facilities handling Election Mail for the past several days according to schedules set several days before election day. On November 3, 2020, Inspectors were scheduled to be at their assigned facility from 4 p.m. to 8 p.m. Typically, one (and sometimes two) Inspector was assigned to each facility. The facilities are very large – in many of them, the processing machines are almost as large as a football field. Inspectors are instructed to walk throughout the facility and observe the conditions of Election Mail, chiefly ballots, processed and handled by employees. The Inspectors consider a specific list of items (attached as Exhibit 1). These include reviewing Election and Political Mail logs for accuracy and completeness, reviewing staging areas for Election and Political Mail and areas outside the staging area for Election and Political Mail, scanning for delayed mail, ensuring Election Mail is processed expeditiously, and ensuring no ballots can be held for postage due. The overall purpose of the reviews is to do everything possible make sure ballots are delivered timely. Deficiencies are identified and reported to management for prompt resolution.

7. In consultation with the Postal Service management, it was determined Inspectors were scheduled, in advance, to be at their processing plants from 4 p.m. to 8 p.m. on election day, because the bulk of the mail arrives from

delivery units that carriers collected throughout the day after approximately 4 p.m., and processing begins then. Inspectors had been instructed to pay attention to specific postmarking or ballot-in-hand rules for each state, which impact the processing of Election Mail on November 3, 2020. In addition to this role, the Inspection Service was also an overt security presence at the facilities.

8. When the Court issued its Order at approximately 12:30 p.m., it was not practicable to move OMCs earlier in the day due to logistical considerations. At the time the Order was issued, the Inspectors were not at the facilities. The OMCs are not a normal duty and Inspectors had been assigned to conduct them for a particular period of time. In the time prior to the OMC they were conducting their normal duties related to their assigned team (e.g., mail theft, mail fraud, dangerous mail responses, etc.). When the Court order was issued, there was not enough time to contact them, to have them travel to the processing facilities, and to assign new duties to them at the facilities. Notably, some of these duties they were undertaking elsewhere included election matters unrelated to OMCs.

9. The term "sweep" is used in multiple contexts in the Postal Service. It is used by employees in operations – it means that employees examine every place in a plant to make sure no ballots have not been left behind pursuant to a specific plan. These sweeps involve approximately one to five employees, depending on the size of the facility, and Inspectors did observe these sweeps in addition to their own efforts, and reported any deficiencies to facility management. In addition to this, Inspectors conducted their own "sweeps" of facilities as part of the OMC, where they search equipment, trailers, recyclable dumpsters, staging areas, empty equipment areas, bathrooms, breakrooms, locker rooms,

stock rooms, offices, closets, etc. It is not possible for them to conduct the same type of sweep as operations employees in the time allotted.

10. For the locations set forth in the Order (Central Pennsylvania, Philadelphia, Detroit, Colorado/Wyoming, Atlanta, Houston, Alabama, Northern New England, Greater South Carolina, South Florida, Lakeland, and Arizona) the following matters were discovered related to ballots:

   a. In Johnstown, PA three delayed ballots were discovered and were being expedited by management for delivery.

   b. In Lancaster, PA ten ballots were discovered from collectors and referred to management for delivery.

Executed at Washington, D.C., on this 4th day of November 2020.

_____
Daniel B. Brubaker

UNITED STATES POSTAL INSPECTION SERVICE

# Security Group

| OMC - Section B. Processing and Distribution (P&DC/NDC/Other Processing Facilities) | | | |
|---|---|---|---|
| *Walk the facility and observe the conditions of mail and consideration items listed below. As appropriate, locate a manager and work with them to identify your answers to the questions below. Include comments for **all** answers of **NO** or **NA**.* | | | |
| Inspector: | | Date: | Division: |
| ITEM | MAIL CONDITION OBSERVED | Y/N/NA | ITEMS FOR CONSIDERATION |
| B1 | EM/PM "ALL CLEAR" certification done on previous day? | | Ask to see the previous day's ALL CLEAR; or check for ALL CLEAR in USPS BLUE. https://facilitycerts.usps.gov/. |
| B2 | EM/PM log is present and properly completed? | | Ask to see the "Plant Political/Election Mail Log" at the dock. Verify it is current, complete and accurate.  All Acceptance Employees are required to record every qualified EM/PM mailing accepted in the log. |
| B3 | EM/PM samples, copies, or descriptions are kept/recorded? | | The expeditor receives the paperwork from the driver. He validates the count and keeps a copy and gives a copy to the driver. |
| B4 | EM/PM is moved to staging area or positioned for processing? | | EM/PM can only move from docks to the EM/PM staging area or positioned by machines for processing. Plants should have staging areas clearly marked for EM/PM. |
| B5 | EM/PM is found outside the staging or processing area? | | Observe: docks, opening  unit, 010, manual flat/letter sorting, pouching/sack operations, other staging areas, express, registry, all non-floor areas, storage, offices, break rooms, etc. |
| B6 | EM/PM is found delayed? Verify with "Mail History" app scans | | Scan a sampling of barcode labels on placards/trays. If DELAYED EM/PM is found, annotate pieces/volumes in the comments section and the narrative. |
| B7 | EM/PM is found unworked in Nixie/Hazmat unit? | | Verify EM/PM in NIXIE is being worked expeditiously. |
| B8 | EM/PM is being handled expeditiously? | | Ensure every effort is made to process EM expeditiously. Confirm it is processed in order of arrival. EM staging areas are expected. If First In/First Out is applies, clearance tags should be used. |
| B9 | EM with postage due is handled properly? | | **No** Election Mail (ballots) can be held for postage due. |
| B10 | **Tag 191 (EM/GREEN)** and **Tag 57 (PM/RED)** are being used? | | Use of Tags 191 and 57 is OPTIONAL. Tags identify trays and sacks as containing ballots (only), or PM, and increase visibility in the network. Once EM/PM is co-mingled in processing, tags are generally not expected. |

1

| ITEM | MAIL CONDITION OBSERVED | Y/N/NA | ITEMS FOR CONSIDERATION |
|---|---|---|---|
| B11 | Postal manager was briefed? | | A manager for the facility should be briefed of the observations and any issues that need addressed. |
| | | | |

| OMC - Section B. Processing and Distribution (P&DC/NDC/Other Processing Facilities) |
|---|
| *After observing all conditions, completing the questions, and briefing the manager of your findings, write your narrative summary below. Describe any observations of note, approximate volumes of delayed or curtailed EM/PM, or issues needing addressed. This portion and your report narrative is required and included in the OMC Executive Summary Report.* |

| **Facility:** | **Manager Briefed:** |
|---|---|
| **Facility Address:** | |
| **Date:** | **Time:** |

| OMC REPORT NARRATIVE |
|---|
| *(Insert narrative here)* |