## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THERESA RICHARDSON, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 20-cv-2262 (EGS) |
| | ) |
| DONALD J. TRUMP, *in his official* | ) |
| *capacity as President of the United States,* | ) |
| *et al.*, | ) |
| Defendants. | ) |
| | ) |

### [PROPOSED] ORDER

It is hereby **ORDERED** that:

1.   No later than 2:00PM EST/1:00 PM CST today, Defendants shall contact every plant manager overseeing a processing facility in **Texas** and direct them to:  (a) instruct plant employees to undertake an immediate sweep of the facility to identify any inbound ballots postmarked yesterday or earlier, and have such ballots sent out for delivery to local election offices for receipt by 5:00 PM local time; and (b) instruct plant employees to undertake an additional sweep of the facility at 4:00PM EST/3:00 CST today to identify any inbound ballots postmarked yesterday or earlier, and have such ballots sent for delivery to local election offices for receipt by 5:00 PM local time. These instructions should be communicated both by email and orally.

2.   Defendants shall further instruct plant managers to record the number of ballots they identify during these sweeps and to describe the steps taken to ensure their delivery at local election offices for receipt by 5:00 PM local time.

3.   No later than 2:00 PM EST/1:00 CST today, Defendants shall send an email to the managers of all post offices in **Texas** reminding them that any local ballots delivered to

the post office yesterday or earlier should bypass the ordinary processing system and sent for delivery to local election offices for receipt by no later than 5:00 PM local time.

4.   No later than 4:00 PM/3:00 PM EST today, Defendants shall file with the Court a certification that they have complied with paragraphs 1 through 3 above, and they shall summarize the information learned from plant managers as required by paragraph 2 for the first set of sweeps.  No later than 10:00 AM tomorrow, Defendants shall file with the Court a summary of the information learned from plant managers as required by paragraph 2 for the second set of sweeps.

**SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated: _____