UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **Teresa Richardson**, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **Donald J. Trump**, *et al.*, <br><br> Defendants | Case No. 20-cv-2262 |

**DEFENDANTS' SUMMARY OF INFORMATION LEARNED FROM PLANT MANAGERS**

Pursuant to paragraph 4 of the Court's November 4, 2020, Order, Defendants provide the following summary of information learned from plant managers as required by paragraph 2 of the Court's Order:

| Plant | 1st Sweep of Ballots | 2nd Sweep of Ballots | Steps Taken to Deliver to Local BOE by 5:00 PM |
|---|---|---|---|
| Fort Worth PDC | 315 | 8 | All ballots were delivered to BOE with the exception of Wichita Falls due to travel time. The 2 Wichita Falls ballots will be transported tonight for delivery tomorrow. |
| Abilene PDF | 0 | 2 | One ballot is being transported to San Angelo and one ballot is transported to Brownwood. |
| Amarillo PDF | 4 | 0 | All 4 Ballots were taken by a Clerk and a Manager to their individual Local Election Offices prior to 1700 today. |
| Lubbock PDC | 0 | 0 | None to transport. |

1

| | | | |
|---|---|---|---|
| Dallas PDC | 23 | 12 | Dallas County Elections Courier has picked up 1st sweep and an express mail clerk is transporting the remaining to the Local BOE. |
| North Texas PDC | 69 | 20 | All Ballots were separated by BOE addresses and handed off to Dallas District Manager who have designated drivers to deliver the Ballots to the Local Board of Elections by 1700. There were 5 ballots belonging to FTW Plant on last sweep and we will drive volume to location. |
| North Houston PDC | 78 | 154 | All ballots being transported to the Local BOE since concluding the final sweep. |
| Beaumont PDC | 0 | 0 | None to transport. |
| San Antonio PDC | 23 | 27 | All ballots transported to Local BOE. |
| Austin PDC | 2 | 3 | Ballots are being transported to the Local BOE. |
| McAllen PDF | 15 | 28 | The designated ballot runners for 783 and 785 were notified, all ballots were picked up and are in transit to delivered to the BOE offices before 17:00. |
| Corpus Christi PDF | 13 | 13 | Met half-way with Victoria to connect ballots with MPOO for 783; connecting 784 to Local BOE. |
| Midland PDF | 0 | 0 | Nothing to transport. |
| El Paso PDF | 6 | 0 | Ballots will be handed to Post Master and be transported to Local Board of Election. |

Dated: November 4, 2020

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

ERIC WOMACK
Assistant Branch Director
Federal Programs Branch

/s/ John Robinson
JOSEPH BORSON
KUNTAL V. CHOLERA
ALEXIS ECHOLS
DENA ROTH
JOHN ROBINSON (D.C. Bar No. 1044072)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Telephone: (202) 616-8489
E-mail: john.j.robinson@usdoj.gov

*Attorneys for Defendants*