11-3-20

## PROCESSING OPERATIONS HEADQUARTERS
## UNITED STATES POSTAL SERVICE
# Processing Operations Management Order


UNITED STATES
POSTAL SERVICE™

**Operational Clean Sweep Seach Checklist - Political and Election Mail**

District: GREENSBORO                Name: M4 t

Phone #: _____            Title: MIDDIA    JT-3

| CHECK BOX WHEN COMPLETED | SECTION / OPERATION: WORK AREA TO BE SEARCHED | COMMENTS: SPECIFICS INCLUDE: COPIES OF PMOD LABEL AND/OR CONTAINER PLACARD, NAMES OF INDIVIDUALS CONTACTED |
|---|---|---|
| ☑ | INCOMING DOCK | Staged for Dispatch |
| ☑ | BMEU & BMEU PLANT STAGING | Taken to Downflow opn. |
| ☑ | OPENING UNITS | Taken to Downflow opn. |
| ☑ | AO / STATION DISPATCH AREA | Staged for Dispatch |
| ☑ | OUTBOUND DOCK | Staged for Dispatch |
| ☑ | OUTGOING DISPATCH AREA | Staged for Dispatch |
| ☑ | TRAILERS IN YARD (YARD CHECK) | Clear |
| ☑ | MTE PLANT STAGING AREA | Clear |
| ☑ | MTE TRAILERS | Clear |
| ☑ | SITE MTESC | Clear |
| ☑ | PARS STAGING AND OPERATIONS | Staged for Processing |
| ☑ | REWRAP OPERATIONS | Clear |
| ☑ | CFS (IF APPLICALE) | N/A |
| ☑ | BRM / POSTAGE DUE | N/A |

## PROCESSING OPERATIONS
## HEADQUARTERS
## UNITED STATES POSTAL SERVICE
# Processing Operations Management Order



UNITED STATES
POSTAL SERVICE™

### Operational Clean Sweep Seach Checklist - Political and Election Mail

District: **GREENSBORO**

Phone #:

Name: **MY**

Title: **MDO/A**          **T-3**

| CHECK BOX WHEN COMPLETED | SECTION / OPERATION: WORK AREA TO BE SEARCHED | COMMENTS: SPECIFICS INCLUDE: COPIES OF PMOD LABEL AND/OR CONTAINER PLACARD, NAMES OF INDIVIDUALS CONTACTED |
|---|---|---|
| ☑ | INCOMING DOCK | Staged for Dispatch |
| ☑ | BMEU & BMEU PLANT STAGING | Taken to Down flow opn, |
| ☑ | OPENING UNITS | Taken to Down flow opn, |
| ☑ | AO / STATION DISPATCH AREA | Staged for Dispatch |
| ☑ | OUTBOUND DOCK | Staged for Dispatch |
| ☑ | OUTGOING DISPATCH AREA | Staged for Dispatch |
| ☑ | TRAILERS IN YARD (YARD CHECK) | Clear |
| ☑ | MTE PLANT STAGING AREA | Clear |
| ☑ | MTE TRAILERS | Clear |
| ☑ | SITE MTESC | Clear |
| ☑ | PARS STAGING AND OPERATIONS | Staged for Processing |
| ☑ | REWRAP OPERATIONS | Clear |
| ☑ | CFS (IF APPLICALE) | N/A |
| ☑ | BRM / POSTAGE DUE | N/A, |

11-1-20

# PROCESSING OPERATIONS
## HEADQUARTERS
## UNITED STATES POSTAL SERVICE
# Processing Operations Management Order


UNITED STATES
POSTAL SERVICE™

## Operational Clean Sweep Seach Checklist - Political and Election Mail

District: **GREENSBORO**

Name: M.

Phone #:

Title: MDO, A          7-3

| CHECK BOX WHEN COMPLETED | SECTION / OPERATION:  WORK AREA TO BE SEARCHED | COMMENTS:  SPECIFICS INCLUDE: COPIES OF PMOD LABEL AND/OR CONTAINER PLACARD, NAMES OF INDIVIDUALS CONTACTED |
|---|---|---|
| ☑ | INCOMING DOCK | Staged for dispatch |
| ☑ | BMEU & BMEU PLANT STAGING | Clear |
| ☑ | OPENING UNITS | Staged in Down Flow opn. |
| ☑ | AO / STATION DISPATCH AREA | Staged for Dispatch |
| ☑ | OUTBOUND DOCK | Staged for Dispatch |
| ☑ | OUTGOING DISPATCH AREA | Staged for Dispatch |
| ☑ | TRAILERS IN YARD (YARD CHECK) | Clear |
| ☑ | MTE PLANT STAGING AREA | Clear |
| ☑ | MTE TRAILERS | Clear |
| ☑ | SITE MTESC | Clear |
| ☑ | PARS STAGING AND OPERATIONS | Staged for processing |
| ☑ | REWRAP OPERATIONS | Clear |
| ☑ | CFS (IF APPLICALE) | N/A |
| ☑ | BRM / POSTAGE DUE | N/A |

10-31-20

## PROCESSING OPERATIONS HEADQUARTERS
## UNITED STATES POSTAL SERVICE
# Processing Operations Management Order



**UNITED STATES POSTAL SERVICE™**

### Operational Clean Sweep Seach Checklist - Political and Election Mail

District: **GREENSBORO**

Name: **MY**

Phone #: _____

Title: **MDO/A    T-3**

| CHECK BOX WHEN COMPLETED | SECTION / OPERATION:  WORK AREA TO BE SEARCHED | COMMENTS:  SPECIFICS INCLUDE: COPIES OF PMOD LABEL AND/OR CONTAINER PLACARD, NAMES OF INDIVIDUALS CONTACTED |
|---|---|---|
| ☑ | INCOMING DOCK | Staged for dispatch |
| ☑ | BMEU & BMEU PLANT STAGING | Down Flowed to other opn |
| ☑ | OPENING UNITS | Taken to Downflow opn |
| ☑ | AO / STATION DISPATCH AREA | Staged for dispatch |
| ☑ | OUTBOUND DOCK | Staged for dispatch |
| ☑ | OUTGOING DISPATCH AREA | Staged for dispatch |
| ☑ | TRAILERS IN YARD (YARD CHECK) | Clear |
| ☑ | MTE PLANT STAGING AREA | Clear |
| ☑ | MTE TRAILERS | Clear |
| ☑ | SITE MTESC | Clear |
| ☑ | PARS STAGING AND OPERATIONS | Staged for processing |
| ☑ | REWRAP OPERATIONS | Clear |
| ☑ | CFS (IF APPLICALE) | N/A |
| ☑ | BRM / POSTAGE DUE | N/A |

10-30-20



# PROCESSING OPERATIONS
## HEADQUARTERS
## UNITED STATES POSTAL SERVICE
# Processing Operations Management Order

**UNITED STATES POSTAL SERVICE™**

### Operational Clean Sweep Seach Checklist - Political and Election Mail

District: **GREENSBORO**  Name: _M_____ J_____

Phone #: _____  Title: _MDO/A___ T-3_

| CHECK BOX WHEN COMPLETED | SECTION / OPERATION:<br><br>WORK AREA TO BE SEARCHED | COMMENTS:<br><br>SPECIFICS INCLUDE: COPIES OF PMOD LABEL AND/OR CONTAINER PLACARD, NAMES OF INDIVIDUALS CONTACTED |
|---|---|---|
| ☑ | INCOMING DOCK | Staged for dispatch |
| ☑ | BMEU & BMEU PLANT STAGING | Taken to Downflow opn. |
| ☑ | OPENING UNITS | Cut and flowed Downstream |
| ☑ | AO / STATION DISPATCH AREA | Staged for Dispatch |
| ☑ | OUTBOUND DOCK | Staged for Dispatch |
| ☑ | OUTGOING DISPATCH AREA | Staged for Dispatch |
| ☑ | TRAILERS IN YARD (YARD CHECK) | Clear |
| ☑ | MTE PLANT STAGING AREA | Clear |
| ☑ | MTE TRAILERS | Clear |
| ☑ | SITE MTESC | Clear |
| ☑ | PARS STAGING AND OPERATIONS | Staged for Processing |
| ☑ | REWRAP OPERATIONS | Clear |
| ☑ | CFS (IF APPLICALE) | N/A |
| ☑ | BRM / POSTAGE DUE | N/A |

10-29-20

## PROCESSING OPERATIONS
## HEADQUARTERS
## UNITED STATES POSTAL SERVICE
# Processing Operations Management Order


UNITED STATES
POSTAL SERVICE™

### Operational Clean Sweep Seach Checklist - Political and Election Mail

District: GREENSBORO

Phone #: _____

Name: M4 _____

Title: MDO/A ____ T-3

| CHECK BOX WHEN COMPLETED | SECTION / OPERATION: <br> WORK AREA TO BE SEARCHED | COMMENTS: <br> SPECIFICS INCLUDE: COPIES OF PMOD LABEL AND/OR CONTAINER PLACARD, NAMES OF INDIVIDUALS CONTACTED |
|---|---|---|
| ☑ | INCOMING DOCK | Staged for dispatch |
| ☑ | BMEU & BMEU PLANT STAGING | Flowed to down Stream opn. |
| ☑ | OPENING UNITS | Cut and flowed down stream |
| ☑ | AO / STATION DISPATCH AREA | Staged ready for dispatch |
| ☑ | OUTBOUND DOCK | Staged for Dspatch |
| ☑ | OUTGOING DISPATCH AREA | Staged for Dspatch |
| ☑ | TRAILERS IN YARD (YARD CHECK) | Clear of political |
| ☑ | MTE PLANT STAGING AREA | Clear of political |
| ☑ | MTE TRAILERS | Clear of political |
| ☑ | SITE MTESC | Clear |
| ☑ | PARS STAGING AND OPERATIONS | Staged for Prep |
| ☑ | REWRAP OPERATIONS | Clear |
| ☑ | CFS (IF APPLICALE) | NIA |
| ☑ | BRM / POSTAGE DUE | NiA |

*10-28-2020*

## PROCESSING OPERATIONS
## HEADQUARTERS
## UNITED STATES POSTAL SERVICE
# Processing Operations Management Order



**Operational Clean Sweep Seach Checklist - Political and Election Mail**

District: **GREENSBORO**          Name: *Anna Caldwell*

Phone #: _____          Title: *MSO*

| CHECK BOX WHEN COMPLETED | SECTION / OPERATION: WORK AREA TO BE SEARCHED | COMMENTS: SPECIFICS INCLUDE: COPIES OF PMOD LABEL AND/OR CONTAINER PLACARD, NAMES OF INDIVIDUALS CONTACTED |
|---|---|---|
| ☑ | INCOMING DOCK | *Staged for dispatch* |
| ☑ | BMEU & BMEU PLANT STAGING | *Flowed downstream* |
| ☑ | OPENING UNITS | *Flowed downstream* |
| ☑ | AO / STATION DISPATCH AREA | *Staged for dispatch* |
| ☑ | OUTBOUND DOCK | *Staged for dispatch* |
| ☑ | OUTGOING DISPATCH AREA | *Staged for dispatch* |
| ☑ | TRAILERS IN YARD (YARD CHECK) | *none* |
| ☑ | MTE PLANT STAGING AREA | *none* |
| ☑ | MTE TRAILERS | *none* |
| ☑ | SITE MTESC | *none* |
| ☑ | PARS STAGING AND OPERATIONS | *delayed in trays for processing* |
| ☑ | REWRAP OPERATIONS | *none* |
| ☑ | CFS (IF APPLICALE) | *N/A* |
| ☑ | BRM / POSTAGE DUE | *none* |

*Delays in automation, flats @ APBS/AIPPS.*