PROCESSING OPERATIONS
HEADQUARTERS
UNITED STATES POSTAL SERVICE

# Processing Operations Management Order

UNITED STATES POSTAL SERVICE

## Operational Clean Sweep Search Checklist- Political and Election Mail

10/29/20

**Purpose:** *To provide an operational checklist to be used in performing a daily mail search. This list includes the minimal areas to check and is not limited to these areas within facility. Checklist must be retained by the District Political and Election Mail Operations Coordinator information for investigating possible missing or delayed Political and/or Election Mail.* **District:** Mid Atlantic **Name:** Eric Dollar

**Title:** Plant Manager **Phone #:** 6036617067

| Check box when checked | **Section/Operation:** *Defines the work area to be searched.* | **Comments:** *Specifics: include copies of PMOD label and /or container placard. Names of individuals contacted* |
|---|---|---|
| ☑ | ***Incoming dock*** | |
| ☑ | ***BMEU & BMEU Plant Staging*** | NA |
| ☐ | ***Opening units*** | NA |
| ☑ | ***AO / Station dispatch area*** | |
| ☑ | ***Outbound dock*** | |
| ☑ | ***Outgoing Dispatch Area*** | |
| ☑ | ***Trailers in yard (Yard Check)*** | |
| ☑ | ***MTE Plant Staging Area*** | |
| ☑ | ***MTE trailers*** | |
| ☐ | ***Site MTESC*** | NA |
| ☑ | ***PARS Staging and Operations*** | |
| ☑ | ***Rewrap Operations*** | |
| ☐ | ***CFS (if applicable)*** | NA |
| ☑ | ***BRM/Postage Due*** | |

**PROCESSING OPERATIONS**
**HEADQUARTERS**
**UNITED STATES POSTAL SERVICE**

# Processing Operations Management Order



## Operational Clean Sweep Search Checklist- Political and Election Mail

**Purpose:** To provide an operational checklist to be used in performing a daily mail search. This list includes the minimal areas to check and is not limited to these areas within facility. Checklist must be retained by the District Political and Election Mail Operations Coordinator information for investigating possible missing or delayed Political and/or Election Mail. **District:** Mid Atlantic   **Name:** C. Dolloff   10/28/20

**Title:** Plant Manager   **Phone #:** 603 661 7008

| Check box when checked | Section/Operation: Defines the work area to be searched. | Comments: Specifics: include copies of PMOD label and /or container placard. Names of individuals contacted |
|---|---|---|
| ✓ | **Incoming dock** | |
| ✓ | **BMEU & BMEU Plant Staging** | NA |
| ✓ | **Opening units** | NA |
| ✓ | **AO / Station dispatch area** | |
| ✓ | **Outbound dock** | |
| ✓ | **Outgoing Dispatch Area** | |
| ✓ | **Trailers in yard (Yard Check)** | |
| ✓ | **MTE Plant Staging Area** | |
| ✓ | **MTE trailers** | |
| ☐ | **Site MTESC** | NA |
| ✓ | **PARS Staging and Operations** | |
| ✓ | **Rewrap Operations** | |
| ☐ | **CFS (if applicable)** | NA |
| ✓ | **BRM/Postage Due** | |

21

**PROCESSING OPERATIONS**
**HEADQUARTERS**
**UNITED STATES POSTAL SERVICE**

# Processing Operations Management Order



## Operational Clean Sweep Search Checklist- Political and Election Mail

**Purpose:** *To provide an operational checklist to be used in performing a daily mail search. This list includes the minimal areas to check and is not limited to these areas within facility. Checklist must be retained by the District Political and Election Mail Operations Coordinator information for investigating possible missing or delayed Political and/or Election Mail.*

District: __Mid Atlantic__   Name: __Eric Dollert__   10/30/20

Title: __PM__   Phone #: __631-681-7069__

| Check box when checked | Section/Operation: *Defines the work area to be searched.* | Comments: *Specifics: include copies of PMOD label and/or container placard. Names of individuals contacted* |
|---|---|---|
| ✓ | **Incoming dock** | |
| ✓ | **BMEU & BMEU Plant Staging** | NA |
| ☐ | **Opening units** | NA |
| ✓ | **AO / Station dispatch area** | |
| ✓ | **Outbound dock** | |
| ✓ | **Outgoing Dispatch Area** | |
| ✓ | **Trailers in yard (Yard Check)** | |
| ✓ | **MTE Plant Staging Area** | |
| ✓ | **MTE trailers** | |
| ☐ | **Site MTESC** | NA |
| ✓ | **PARS Staging and Operations** | |
| ✓ | **Rewrap Operations** | |
| ☐ | **CFS (if applicable)** | NA |
| ✓ | **BRM/Postage Due** | |

21

# PROCESSING OPERATIONS
# HEADQUARTERS
# UNITED STATES POSTAL SERVICE
# Processing Operations Management Order

## Operational Clean Sweep Search Checklist- Political and Election Mail

**Purpose:** *To provide an operational checklist to be used in performing a daily mail search. This list includes the minimal areas to check and is not limited to these areas within facility. Checklist must be retained by the District Political and Election Mail Operations Coordinator information for investigating possible missing or delayed Political and/or Election Mail.*

District: _MID Atlantic_   Name: _Eric Dellett_

Title: _Plant Manager_   Phone #: _603-681-5669_

10/31/20

| Check box when checked | Section/Operation: Defines the work area to be searched. | Comments: Specifics: include copies of PMOD label and /or container placard. Names of individuals contacted |
|---|---|---|
| ☑ | **Incoming dock** | |
| ☐ | **BMEU & BMEU Plant Staging** | NA |
| ☐ | **Opening units** | NA |
| ☑ | **AO / Station dispatch area** | |
| ☑ | **Outbound dock** | |
| ☑ | **Outgoing Dispatch Area** | |
| ☑ | **Trailers in yard (Yard Check)** | |
| ☑ | **MTE Plant Staging Area** | |
| ☑ | **MTE trailers** | |
| ☐ | **Site MTESC** | NA |
| ☑ | **PARS Staging and Operations** | |
| ☑ | **Rewrap Operations** | |
| ☐ | **CFS (if applicable)** | NA |
| ☑ | **BRM/Postage Due** | |

21

# PROCESSING OPERATIONS HEADQUARTERS
# UNITED STATES POSTAL SERVICE
# Processing Operations Management Order

## Operational Clean Sweep Search Checklist- Political and Election Mail

**Purpose:** To provide an operational checklist to be used in performing a daily mail search. This list includes the minimal areas to check and is not limited to these areas within facility. Checklist must be retained by the District Political and Election Mail Operations Coordinator information for investigating possible missing or delayed Political and/or Election Mail.

**District:** Mid Atlantic   **Name:** Eric Elliott

**Title:** Plant Manager   **Phone #:** 603 681 7069

Date: 11/1/20

| Check box when checked | Section/Operation: Defines the work area to be searched. | Comments: Specifics: include copies of PMOD label and /or container placard. Names of individuals contacted |
|---|---|---|
| ✓ | Incoming dock | |
| ☐ | BMEU & BMEU Plant Staging | NA |
| ☐ | Opening units | NA |
| ✓ | AO / Station dispatch area | |
| ✓ | Outbound dock | |
| ✓ | Outgoing Dispatch Area | |
| ✓ | Trailers in yard (Yard Check) | |
| ✓ | MTE Plant Staging Area | |
| ✓ | MTE trailers | |
| ☐ | Site MTESC | NA |
| ✓ | PARS Staging and Operations | |
| ✓ | Rewrap Operations | |
| ☐ | CFS (if applicable) | NA |
| ✓ | BRM/Postage Due | |

21

# PROCESSING OPERATIONS
# HEADQUARTERS
# UNITED STATES POSTAL SERVICE

# Processing Operations Management Order

## Operational Clean Sweep Search Checklist- Political and Election Mail

**Purpose:** To provide an operational checklist to be used in performing a daily mail search. This list includes the minimal areas to check and is not limited to these areas within facility. Checklist must be retained by the District Political and Election Mail Operations Coordinator information for investigating possible missing or delayed Political and/or Election Mail. **District:** Mid Atlantic   **Name:** Eric Dolloff

**Title:** Plant Manager   **Phone #:** 605 661 7867

11/2/20

| Check box when checked | Section/Operation: Defines the work area to be searched. | Comments: Specifics: include copies of PMOD label and /or container placard. Names of individuals contacted |
|---|---|---|
| ✓ | Incoming dock | |
| ☐ | BMEU & BMEU Plant Staging | NA |
| ☐ | Opening units | NA |
| ✓ | AO / Station dispatch area | |
| ✓ | Outbound dock | |
| ✓ | Outgoing Dispatch Area | |
| ✓ | Trailers in yard (Yard Check) | |
| ✓ | MTE Plant Staging Area | |
| ✓ | MTE trailers | |
| ☐ | Site MTESC | NA |
| ✓ | PARS Staging and Operations | |
| ✓ | Rewrap Operations | |
| ☐ | CFS (if applicable) | NA |
| ✓ | BRM/Postage Due | |

21

**PROCESSING OPERATIONS**
**HEADQUARTERS**
**UNITED STATES POSTAL SERVICE**

# Processing Operations Management Order

11/3/20

## Operational Clean Sweep Search Checklist- Political and Election Mail

**Purpose:** To provide an operational checklist to be used in performing a daily mail search. This list includes the minimal areas to check and is not limited to these areas within facility. Checklist must be retained by the District Political and Election Mail Operations Coordinator information for investigating possible missing or delayed Political and/or Election Mail. **District:** Mid Atlantic   **Name:** Cicibello A

**Title:** Plant Manager   **Phone #:** 6036612069

| Check box when checked | Section/Operation: Defines the work area to be searched. | Comments: Specifics: include copies of PMOD label and/or container placard. Names of individuals contacted |
|---|---|---|
| ✓ | **Incoming dock** | |
| ☐ | **BMEU & BMEU Plant Staging** | NA |
| ☐ | **Opening units** | NA |
| ✓ | **AO / Station dispatch area** | |
| ✓ | **Outbound dock** | |
| ✓ | **Outgoing Dispatch Area** | Chesterfield Still awaiting Dispatch Rifled trays No Ballots found |
| ✓ | **Trailers in yard (Yard Check)** | |
| ✓ | **MTE Plant Staging Area** | |
| ✓ | **MTE trailers** | |
| ☐ | **Site MTESC** | NA |
| ✓ | **PARS Staging and Operations** | |
| ✓ | **Rewrap Operations** | |
| ☐ | **CFS (if applicable)** | NA |
| ✓ | **BRM/Postage Due** | |

21

PROCESSING OPERATIONS
HEADQUARTERS
UNITED STATES POSTAL SERVICE

# Processing Operations Management Order



## Operational Clean Sweep Search Checklist - Political and Election Mail

*Purpose: To provide an operational checklist to be used in performing a daily mail search. This list includes the minimal areas to check and is not limited to these areas within facility. Checklist must be retained by the District Political and Election Mail Operations Coordinator information for investigating possible missing or delayed Political and/or Election Mail.* District: __Mid Carolina__    Name: __Charlotte PDC__

Title: __DCT-IPS__    Phone #: __704-393-4703__

| Check box when checked | Section/Operation: Defines the work area to be searched. | Comments: Specifics, include copies of PMOD label and/or container placard. Names of individuals contacted |
|---|---|---|
| [X] | Incoming dock | |
| [X] | BMEU & BMEU Plant Staging | |
| [ ] | Opening units | |
| [X] | AO / Station dispatch area | |
| [X] | Outbound dock | |
| [X] | Outgoing Dispatch Area | |
| [X] | Trailers in yard (Yard Check) | |
| [X] | MTE Plant Staging Area | |
| [ ] | MTE trailers | |
| [ ] | Site MTESC | |
| [X] | PARS Staging and Operations | |
| [X] | Rewrap Operations | |
| [ ] | CFS (if applicable) | |
| [X] | BRM/Postage Due | |

23