| Origin Plant | Date of Dispatch | Express Count |
|---|---|---|
| GREEN BAY WI | 10/30/2020 | 3 |
| GRAND RAPIDS MI | 10/31/2020 | 18 |
| GREEN BAY WI | 10/31/2020 | 4 |
| GREEN BAY WI | 11/1/2020 | 6 |
| ORLANDO FL | 11/1/2020 | 6 |
| ALBANY NY | 11/2/2020 | 41 |
| ANCHORAGE AK | 11/2/2020 | 3 |
| ATLANTA GA | 11/2/2020 | 1 |
| AUSTIN TX | 11/2/2020 | 8 |
| BAKERSFIELD CA | 11/2/2020 | 1 |
| BALTIMORE MD | 11/2/2020 | 5 |
| BATON ROUGE LA | 11/2/2020 | 63 |
| BIRMINGHAM AL | 11/2/2020 | 147 |
| BOSTON MA | 11/2/2020 | 166 |
| BUFFALO NY | 11/2/2020 | 2 |
| BURLINGTON VT | 11/2/2020 | 20 |
| CAROL STREAM IL | 11/2/2020 | 1 |
| CEDAR RAPIDS IA | 11/2/2020 | 47 |
| CENTRAL MA | 11/2/2020 | 87 |
| CHARLESTON WV | 11/2/2020 | 48 |
| CHARLOTTE NC | 11/2/2020 | 1 |
| CHEYENNE WY | 11/2/2020 | 1 |
| CHICAGO IL | 11/2/2020 | 9 |
| CINCINNATI OH | 11/2/2020 | 1 |
| CLEVELAND OH | 11/2/2020 | 3 |
| COLUMBIA SC | 11/2/2020 | 30 |
| COLUMBUS OH | 11/2/2020 | 2 |
| DALLAS TX | 11/2/2020 | 4 |
| DAYTON OH | 11/2/2020 | 1 |
| DENVER CO | 11/2/2020 | 3 |
| DES MOINES IA | 11/2/2020 | 86 |
| DULLES VA | 11/2/2020 | 84 |
| DV DANIELS NJ | 11/2/2020 | 4 |
| EASTERN ME | 11/2/2020 | 26 |
| EL PASO TX | 11/2/2020 | 51 |
| EVANSVILLE IN | 11/2/2020 | 23 |
| FARGO ND | 11/2/2020 | 120 |
| FAYETTEVILLE NC | 11/2/2020 | 2 |
| FORT MYERS FL | 11/2/2020 | 1 |
| FT WORTH TX | 11/2/2020 | 38 |
| GARY IN | 11/2/2020 | 1 |
| GRAND JCT CO | 11/2/2020 | 127 |
| GREEN BAY WI | 11/2/2020 | 37 |
| GREENSBORO NC | 11/2/2020 | 2 |
| HARRISBURG PA | 11/2/2020 | 12 |

| | | |
|---|---|---|
| HARTFORD CT | 11/2/2020 | 5 |
| JACKSONVILLE FL | 11/2/2020 | 193 |
| KANSAS CITY MO | 11/2/2020 | 3 |
| KNOXVILLE TN | 11/2/2020 | 185 |
| LAS VEGAS NV | 11/2/2020 | 142 |
| LINTHICUM MD | 11/2/2020 | 142 |
| LOS ANGELES CA | 11/2/2020 | 35 |
| LOUISVILLE KY | 11/2/2020 | 217 |
| LUBBOCK TX | 11/2/2020 | 107 |
| MACON GA | 11/2/2020 | 74 |
| MANCHESTER NH | 11/2/2020 | 1 |
| MIAMI FL | 11/2/2020 | 53 |
| MIDLAND TX | 11/2/2020 | 29 |
| MID-MISSOURI MO | 11/2/2020 | 2 |
| MILWAUKEE WI | 11/2/2020 | 33 |
| MOBILE AL | 11/2/2020 | 75 |
| NASHVILLE TN | 11/2/2020 | 1 |
| NEW YORK NY | 11/2/2020 | 785 |
| NNJ METRO NJ | 11/2/2020 | 3 |
| NORFOLK VA | 11/2/2020 | 352 |
| NORTH HOUSTON TX | 11/2/2020 | 5 |
| NORTH TEXAS TX | 11/2/2020 | 27 |
| NORTHERN VA VA | 11/2/2020 | 1 |
| NW ARKANSAS AR | 11/2/2020 | 114 |
| OAKLAND CA | 11/2/2020 | 634 |
| OMAHA NE | 11/2/2020 | 1 |
| ORLANDO FL | 11/2/2020 | 287 |
| PHILADELPHIA PA | 11/2/2020 | 1 |
| PHOENIX AZ | 11/2/2020 | 7 |
| PITTSBURGH PA | 11/2/2020 | 3 |
| QUAD CITIES IL | 11/2/2020 | 182 |
| RALEIGH NC | 11/2/2020 | 1 |
| RICHMOND VA | 11/2/2020 | 5 |
| ROANOKE VA | 11/2/2020 | 1 |
| ROCHESTER NY | 11/2/2020 | 81 |
| S SUBURBAN IL | 11/2/2020 | 1 |
| SACRAMENTO CA | 11/2/2020 | 1 |
| SALT LAKE CTY UT | 11/2/2020 | 222 |
| SAN ANTONIO TX | 11/2/2020 | 6 |
| SAN FRANCISCO CA | 11/2/2020 | 1 |
| SAN JOSE CA | 11/2/2020 | 3 |
| SANTA CLARITA CA | 11/2/2020 | 36 |
| SEATTLE WA | 11/2/2020 | 1 |
| SHREVEPORT LA | 11/2/2020 | 1 |
| SN BERNARDINO CA | 11/2/2020 | 7 |
| SPOKANE WA | 11/2/2020 | 4 |
| SPRINGFIELD MO | 11/2/2020 | 4 |

| | | |
|---|---|---|
| ST LOUIS MO | 11/2/2020 | 3 |
| ST PAUL MN | 11/2/2020 | 30 |
| SYRACUSE NY | 11/2/2020 | 9 |
| TACOMA WA | 11/2/2020 | 2 |
| TAMPA FL | 11/2/2020 | 2 |
| WASHINGTON DC | 11/2/2020 | 1 |
| WEST PALM BCH FL | 11/2/2020 | 1 |
| WESTCHESTER NY | 11/2/2020 | 6 |
| WICHITA KS | 11/2/2020 | 4 |
| ALBUQUERQUE NM | 11/3/2020 | 89 |
| AUSTIN TX | 11/3/2020 | 75 |
| BATON ROUGE LA | 11/3/2020 | 14 |
| BIRMINGHAM AL | 11/3/2020 | 80 |
| BOSTON MA | 11/3/2020 | 4 |
| BURLINGTON VT | 11/3/2020 | 6 |
| CAROL STREAM IL | 11/3/2020 | 357 |
| CENTRAL MA | 11/3/2020 | 130 |
| CHARLESTON WV | 11/3/2020 | 19 |
| CHARLOTTE NC | 11/3/2020 | 197 |
| CLEVELAND OH | 11/3/2020 | 1 |
| COLUMBIA SC | 11/3/2020 | 1 |
| COLUMBUS OH | 11/3/2020 | 6 |
| DENVER CO | 11/3/2020 | 1 |
| DES MOINES IA | 11/3/2020 | 1 |
| DULLES VA | 11/3/2020 | 3 |
| DV DANIELS NJ | 11/3/2020 | 1 |
| EASTERN ME | 11/3/2020 | 25 |
| FARGO ND | 11/3/2020 | 100 |
| GARY IN | 11/3/2020 | 2 |
| GRAND RAPIDS MI | 11/3/2020 | 2 |
| GREENSBORO NC | 11/3/2020 | 2 |
| GREENVILLE SC | 11/3/2020 | 518 |
| HARRISBURG PA | 11/3/2020 | 8 |
| HONOLULU HI | 11/3/2020 | 2 |
| JACKSONVILLE FL | 11/3/2020 | 5 |
| LAS VEGAS NV | 11/3/2020 | 295 |
| LEHIGH VALLEY PA | 11/3/2020 | 3 |
| LINTHICUM MD | 11/3/2020 | 5 |
| LOS ANGELES CA | 11/3/2020 | 4 |
| LOUISVILLE KY | 11/3/2020 | 216 |
| LUBBOCK TX | 11/3/2020 | 6 |
| MANCHESTER NH | 11/3/2020 | 23 |
| MEMPHIS TN | 11/3/2020 | 1 |
| METROPLEX MI | 11/3/2020 | 1 |
| MIAMI FL | 11/3/2020 | 1 |
| MID-HUDSON NY | 11/3/2020 | 360 |
| MILWAUKEE WI | 11/3/2020 | 35 |

| MOBILE AL | 11/3/2020 | 16 |
| --- | --- | --- |
| MONTGOMERY AL | 11/3/2020 | 1 |
| NEW YORK NY | 11/3/2020 | 350 |
| NNJ METRO NJ | 11/3/2020 | 1 |
| NORFOLK VA | 11/3/2020 | 5 |
| NORTH HOUSTON TX | 11/3/2020 | 1 |
| NORTH TEXAS TX | 11/3/2020 | 1 |
| NORTHERN VA VA | 11/3/2020 | 1 |
| NW ARKANSAS AR | 11/3/2020 | 1 |
| OAKLAND CA | 11/3/2020 | 628 |
| ORLANDO FL | 11/3/2020 | 3 |
| PHILADELPHIA PA | 11/3/2020 | 1 |
| PHOENIX AZ | 11/3/2020 | 2 |
| PITTSBURGH PA | 11/3/2020 | 6 |
| QUAD CITIES IL | 11/3/2020 | 394 |
| QUEENS NY | 11/3/2020 | 2 |
| RALEIGH NC | 11/3/2020 | 1 |
| RICHMOND VA | 11/3/2020 | 3 |
| ROCHESTER NY | 11/3/2020 | 86 |
| SALT LAKE CTY UT | 11/3/2020 | 666 |
| SAN JOSE CA | 11/3/2020 | 3 |
| SN BERNARDINO CA | 11/3/2020 | 6 |
| SPOKANE WA | 11/3/2020 | 359 |
| ST LOUIS MO | 11/3/2020 | 3 |
| ST PAUL MN | 11/3/2020 | 34 |
| SUBURBAN MD MD | 11/3/2020 | 1 |
| WASHINGTON DC | 11/3/2020 | 2 |
| WILMINGTON DE | 11/3/2020 | 1 |