UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THERESA RICHARDSON, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, *in his official capacity as President of the United States*, *et al.*, <br><br> *Defendants*. | Civil Case No. 1:20-cv-02262 (EGS) |

**[JOINT PROPOSED] ORDER**

All processing facilities of Defendant United States Postal Service ("USPS") that serve a state with an extended ballot receipt deadline shall, until that deadline passes, perform a morning ballot sweep (no later than 10 a.m., local time) and a mid-to-late afternoon ballot sweep that is timed to ensure that any identified local ballots can be delivered that day.  Upon completing a sweep, each facility shall report to USPS Headquarters the total number of ballots identified and confirm that those ballots have been expedited for delivery to meet applicable extended state deadlines.  Beginning on November 5, 2020, and until further order of the Court, Defendants shall promptly submit to Plaintiffs a single report with the total number of ballots identified through daily sweeps, with one exception:  for facilities that are located in states whose ballot receipt deadline is that day, Defendants shall submit the results of those sweeps to Plaintiffs immediately following receipt of the results of the second sweep at these facilities.

**SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated: _____

1