| District | Boards of Election | Comments |
|---|---|---|
| Mid-Carolinas | 45 (in North Carolina) | Calls were made to each Board of Election on November 5th, and 3 Boards of Election requested that ballots be placed in their PO Box for pick up by the BOE; one asked to be called if there were any ballots and arrangements would be made for pick up or delivery at that time, and for all remaining BOEs Post Office to deliver ballots by no later than 5:00 p.m. by hand delivery. |
| Central Pennsylvania | 34 | Calls were made to each Board of Election on November 5th to obtain busines hours and contact person.  The Post Office to deliver any ballots by hand delivery by no later than 5:00 p.m. |
| Western Pennsylvania | 32 | Contact was made with each Board of Election on November 5th for which ballots were located.  Post Office to deliver any ballots by hand by no later than 5:00 p.m., except for the City of Pittsburgh which requested to be called and will have a courier. |
| Philedelphia Metro | 5 | Contact was made with each Board of Election on November 5th, two BOEs requested a call for courier pick up, and the remaining three requested the Post Office deliver ballots for hand off by no later than 5:00 p.m. |
| Greensboro | 55 | Contact was made with each Board of Election on Novenber 5th and arrangemens were made to have the Post Office to deliver ballots by no later than 5:00 p.m. by hand for each office. |