IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TERESA RICHARDSON, *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> Defendants. | Civil Docket No. 20-cv-2262 (EGS) |

### NOTICE PURSUANT TO THE COURT'S OCTOBER 30, 2020 ORDER

Pursuant to the Court's October 30, 2020 Order, Defendants provide the Court with a document explaining, for each USPS District whose Election Mail processing scores for Inbound Ballots were below 90 percent on November 4, 2020 and November 5, 2020, or below 80 percent on November 5, 2020, Defendants' understanding, based on all reasonably available information, of potential explanations for the current level of service and any corrective measures that are now being implemented. *See* Exhibit 1.

Dated:  November 6, 2020

                                        Respectfully submitted,

                                        JEFFREY BOSSERT CLARK
                                        Acting Assistant Attorney General

                                        ERIC R. WOMACK
                                        Assistant Director, Federal Programs Branch

                                        <u>/s/ John Robinson</u>
                                        JOSEPH E. BORSON
                                        KUNTAL CHOLERA
                                        ALEXIS ECHOLS
                                        DENA M. ROTH
                                        JOHN ROBINSON (D.C. Bar No. 1044072)
                                        Trial Attorneys
                                        U.S. Department of Justice
                                        Civil Division, Federal Programs Branch
                                        1100 L. Street, NW
                                        Washington D.C. 20005
                                        (202) 616-8489
                                        john.j.robinson@usdoj.gov

                                        *Attorneys for Defendants*