| District | Boards of Election | Comments |
| --- | --- | --- |
| Alaska | 5 | Contact was made with each Board of Election and the Director of the Division of Elections on November 7, 2020.  One BoE preferred  delivery of ballots, and the remaining BoEs requested that USPS hold the ballots for pick up by the BoE. |
| Baltimore (MD) | 19 | Contact was made with each Board of Election on November 9, 2020.   Fourteen BoEs preferred to have the USPS deliver ballots before 10:15 a.m., and five requested that USPS hold the ballots for pick-up by the BoE. |
| Capital (MD) | 6 | Contact was made with the Boards of Election on November 9, 2020, and all six requested the USPS hold the ballots for pick-up. |
| Appalachian (WV) | 51 | Contact was made with each Board of Election on November 9, 2020.  Thirty two of the BoEs requested that USPS deliver ballots, and nineteen requested that the ballots be placed in the BoEs PO Box. |
| Western PA (WV) | 4 | Outreach was made on November 6, 2020 to each Board of Election, and ballots will be delivered to two of the BoE, and 2 BoE will arrange for pick up. |
| Nothern Ohio (Ohio) | 40 | Contact was made with each Board of Election on November 9, 2020.  Twenty-nine of the BoEs requested that USPS deliver any ballots, and eleven requested that USPS hold the ballots for pick-up by the BoE. |
| Ohio Valley (Ohio) | 48 | Contact was made with each Board of Election on November 9, 2020.  Forty-three BoEs requested delivery, and five requested that USPS hold ballots for pick-up. |
| Chicago (IL) | 2 | Contact made on November 9, 2020. Both BoEs plan to pick up. |
| Central Plains (Iowa) | 7 | Contact made on November 6, 2020. 4 BoEs plan to pick up, 2 will be delivered through normal routes, one will have a special delivery trip made by the local postmaster. |

| | | |
|---|---|---|
| Dakotas/Montana (ND) | 55 | Contact initiated on November 6, 2020. Follow up calls were made to unreachable BoEs on 11/9, as soon as they opened. 18 BoEs already picked up or plan to pick up any ballots arriving before their canvass. 16 BoEs had mail delivered or have planned deliveries. The remainder were informed that there were no ballots to be picked up or delivered. |
| Lakeland (IL) | 10 | Contact was again made with each Board of Election on November 9, 2020. All BoEs requested delivery by USPS. |
| Gateway (IL) | 65 | Contact was made again with 52 of the 65 Boards of Election on November 9, 2020; further attempts to contact remaining BoEs continuing. 52 BoE requested delivery by USPS. |
| Central Illinios (IL) | 28 | Contact was made again with all Boards of Election on November 9, 2020. All requested delivery by USPS. |
| Mississippi | 83 | Contact was made with each Board of Election on November 9, 2020. Fifty-six requested delivery of ballots, and twenty-seven BoE requeseted that they be called for pick up of any ballots. |
| Hawkeye (Iowa) | 92 | Contact was made with each Board of Election on November 9, 2020, with two exceptions where messages were left. Forty BoEs will pick up any ballots, forty-five BoEs requested delivery, two requested a call if there were ballots, and three requested having ballots delivered with a follow up pick up by the BoE if necessary. |
| Hawkeye (IL) | 4 | Contact was made with each Board of Election on November 9, 2020, with two requesting delivery and two requesting delivery to their PO Box |