UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| TERESA RICHARDSON, CHRISTOPHER CARROLL, GINA ARFI, and AIDA ZYGAS, | : : : |
| Plaintiffs, | : |
| -against- | Case No. 20-cv-02262 (EGS) : : |
| DONALD J. TRUMP, *in his official capacity as President of the United States*, | : : : |
| LOUIS DEJOY, *in his official capacity as Postmaster General of the United States*, and | : : : : |
| UNITED STATES POSTAL SERVICE, | : : |
| Defendants. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**[PROPOSED] ORDER**

It is hereby ORDERED that Defendant Louis DeJoy shall appear before this Court on _____, 2020 at _____a.m./p.m., then and there to show cause why he should not be held in contempt for failing to direct Defendant United States Postal Service ("USPS") to immediately and fully implement this Court's Orders in this case and related cases pending before this Court, including but not limited to this Court's Order, dated October 8, 2020 (ECF No. 64), enjoining Defendants from enforcing USPS's Late/Extra Trips Policy and directing Defendants to authorize all overtime necessary to ensure the timely delivery of Election Mail.

**SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated: _____