IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TERESA RICHARDSON, *et al.*,<br><br>　　　　　Plaintiffs,<br>　　v.<br>DONALD J. TRUMP, *et al.*,<br><br>　　　　　Defendants. | Civil Docket No. 20-cv-2262 (EGS) |

**[PROPOSED] ORDER**

Upon consideration of Defendants' motion to dismiss or dissolve the Court's preliminary injunction, it is hereby ORDERED that Defendants' motion is GRANTED. Plaintiffs' First Amended Complaint (ECF No. 49) is dismissed. The Court's October 8, 2020 preliminary injunction is dissolved.

Dated: _____

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Emmet G. Sullivan
　　　　　　　　　　　　　　　　　　　　　United States District Judge