IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TERESA RICHARDSON, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>Defendants. | Civil Docket No. 20-cv-2262 (EGS) |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Unopposed Motion to suspend the Court's orders requiring data and reporting productions, it is hereby ORDERED that Defendants' motion is GRANTED.

DATED:_____   By:_____
Honorable Emmet G. Sullivan
United States District Judge