# Exhibit A

```
 1            UNITED STATES DISTRICT AND BANKRUPTCY COURTS
                     FOR THE DISTRICT OF COLUMBIA
 2

 3   TERESA RICHARDSON, et al.,    Civil Actions: 20-2262

 4           Plaintiffs,                           20-2405

 5                                                 20-2295

 6        v.                        Washington, D.C.

 7   DONALD J. TRUMP, et al.,      October 30, 2020

 8           Defendants.            5:00 p.m.

 9   --------------------------/

10   VOTE FORWARD, et al.,

11           Plaintiffs,

12        v.

13   LOUIS DEJOY, et al.,

14           Defendants.

15   --------------------------/

16   NATIONAL ASSOCIATION FOR THE
     ADVANCEMENT OF COLORED PEOPLE,
17
             Plaintiff,
18        v.

19   UNITED POSTAL SERVICE, et al.,

20           Defendants.

21   --------------------------/

22
                TRANSCRIPT OF STATUS CONFERENCE
23           BEFORE THE HONORABLE EMMET G. SULLIVAN
                  UNITED STATES DISTRICT JUDGE
24

25

                                                              1
```

```
 1   APPEARANCES:

 2   For the Plaintiffs: David Howard Berg
                         By: DAVID HOWARD BERG, ESQUIRE
 3                           KATHRYN BERG, ESQUIRE
                         120 W. 45th Street
 4                       Suite 38th Floor
                         New York, New York 10036
 5
                         Covington & Burling LLP
 6                       By: SHANKAR DURAISWAMY, ESQUIRE
                         One City Center
 7                       850 Tenth Street, NW
                         Washington, D.C.  20001
 8

 9                       NAACP Legal Defense & Educational Fund
                         By: SAMUEL SPITAL, ESQUIRE
10                       40 Rector Street
                         Fifth Floor
11                       New York, New York 10006

12                       Public Citizen Litigation Group
                         By: ALLISON MARCY ZIEVE, ESQUIRE
13                       1600 20th Street, NW
                         Washington, D.C. 20009

14

15   For the Defendant:  US Department of Justice
                         By: JOSEPH E. BORSON, ESQUIRE
16                       Civil Division
                         Federal Programs Branch
17                       1100 L Street NW
                         Washington, D.C. 20005

18

19   Court Reporter      Lisa K. Bankins RMR FCRR RDR
                         United States District Court
20                       333 Constitution Avenue, NW
                         Washington, D.C. 20001

21


22   Proceedings recorded by mechanical stenography,
     transcript produced by notereading.
23

24

25
```

2

1  been issued?
2         THE WITNESS: So as you are most likely aware,
3  we do have package delivery on Sunday and we have done
4  some expansion of operations on Sunday as conditions
5  warrant it. To give you an example, we did do some
6  delivery last Sunday, we also brought in resources to what
7  we call work the mail in the delivery units where we take
8  the mail from the plants and we case it up for the
9  carriers.
10         But this Sunday, which is the normal procedure
11  for the Sunday before the national election, we have done
12  this in previous national election years, we go into a
13  period where we do specific measures that we absolutely
14  require across certain level offices and they will include
15  for all offices that have dedicated collections and what
16  that means is where there is a dedicated person that does
17  a route and all they do is pick up collections from the
18  blue collection boxes, they will be brought in and we will
19  do all those collections on Sunday. We do not normally
20  collect mail from the collection boxes on Sunday.
21         We will also require all level 18 and above post
22  offices to collect the blue collection boxes out in front
23  of their post office. So that will be well over 12,000
24  post offices that will be collecting the mail from the
25  blue collection boxes and then dispatching that to the

1    ordered expanded operations on the effective date of the
2    injunction, what would have been the change in services as
3    of that date?  Would the change in services have been
4    consistent with what you say they will be this coming
5    Sunday?  In other words, what else would have happened
6    three weeks ago?  If someone had said, judge, we want them
7    to expand operations and I said okay, fine, I'm going to
8    order expansion of operations.
9              THE WITNESS:  Okay.
10             THE COURT:  What else would you have done three
11   weeks ago?
12             THE WITNESS:  Well, I think, you know, the
13   expansion of Sunday, the weekend before the election is
14   specific to timing, right, because we know we can't turn
15   those ballots around in time for that Tuesday election
16   depending on the service standard.  And so that's why we
17   expand on Sunday before the election to get the mail in
18   from the local communities and turn it around in time for
19   the Tuesday deadline.
20             THE COURT:  All right.  So this is traditional.
21   Is that right?  Every election year, you do this.  The
22   Postal Service does this?
23             THE WITNESS:  We do this to some extent.  Yes.
24   Absolutely.
25             THE COURT:  All right.  So essentially, it's