UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THERESA RICHARDSON *et al.*,<br><br>                Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, *in his official capacity as President of the United States*, *et al.*,<br><br>                Defendants. | Civil Case No. 1:20-cv-02262 (EGS) |

## [PROPOSED] ORDER

It is hereby ORDERED that Defendants' Motion To Dismiss Plaintiffs' Complaint As Moot Or, In The Alternative, To Dissolve The Preliminary Injunction (Dkt. No. 140) is DENIED in its entirety; and it is further

ORDERED that Defendants shall produce to Plaintiffs, on or before December ___, 2020, any and all documents including emails, letters and personal notes, created by, sent to, received by or copied to Defendant Louis DeJoy, or anyone acting on his behalf or at his direction regarding the Order issuing a preliminary injunction against Defendants in this action (ECF No. 64) and/or the Orders issuing similar injunctions in the three related cases pending before this Court (collectively, the "Preliminary Injunctions"). (*See* Order, *State of New York v. Trump*, No. 20-cv-02340 (EGS) (D.D.C. Sept. 27, 2020), ECF No. 51; Order, *Vote Forward v. DeJoy*, No. 20-cv-02405 (EGS) (D.D.C. Sept. 28, 2020), ECF No. 31; Order, *NAACP v. USPS*, No. 20-cv-02295 (EGS) (D.D.C. Oct. 10, 2020), ECF No. 31) including but not limited to implementation or criticism of the Preliminary Injunctions; and it is further

ORDERED that Defendant Louis DeJoy shall appear before this Court on _____, 2020 at _____a.m./p.m., then and there to show cause why he should not be held in contempt for failing to direct Defendant United States Postal Service ("USPS") to immediately and fully implement the Preliminary Injunctions enjoining Defendants from enforcing USPS's Late/Extra Trips Policy and directing Defendants to authorize all overtime necessary to ensure the timely delivery of Election Mail.

**SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated: _____