IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TERESA RICHARDSON, *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>        Defendants. | Civil Docket No. 20-cv-2262 (EGS) |

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Defendants Donald J. Trump, in his official capacity as President of the United States, Louis DeJoy, in his official capacity as Postmaster General, and the United States Postal Service, appeal to the United States Court of Appeals for the District of Columbia Circuit from this Court's October 8, 2020 Order and Memorandum Opinion (Docket Nos. 64 and 65).

Date:   December 7, 2020                    Respectfully submitted,

                                            JEFFREY BOSSERT CLARK
                                            Acting Assistant Attorney General

                                            ERIC R. WOMACK
                                            Assistant Branch Director
                                            Federal Programs Branch

                                            /s/ John Robinson
                                            JOSEPH E. BORSON
                                            KUNTAL CHOLERA
                                            ALEXIS ECHOLS
                                            DENA M. ROTH
                                            JOHN ROBINSON (D.C. Bar No. 1044072)
                                            Trial Attorneys
                                            U.S. Department of Justice
                                            Civil Division, Federal Programs Branch
                                            1100 L Street, NW
                                            Washington, D.C. 20005
                                            (202) 616-8489
                                            john.j.robinson@usdoj.gov