**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TERESA RICHARDSON, CHRISTOPHER CARROLL, : 
GINA ARFI, and AIDA ZYGAS, :
:
       Plaintiffs, :  Case No. 20-cv-02262 (EGS)
  -against- :
:
DONALD J. TRUMP, *in his official capacity as President of* :
*the United States*, :
:
LOUIS DEJOY, *in his official capacity as Postmaster* :
*General of the United States*, and :
:
UNITED STATES POSTAL SERVICE, :
:
       Defendants. :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF VOLUNTARY DISMISSAL

    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiffs Teresa Richardson, Christopher Carroll, Gina Arfi and Aida Zygas, by and through their undersigned attorneys, voluntarily dismiss this action against Defendants Donald J. Trump, Louis DeJoy and United States Postal Service without prejudice to refiling.

Dated: Washington, D.C.
January 21, 2021

                                               BERG & ANDROPHY

                                               /s/ *David H. Berg*
                                               David H. Berg
(*Admitted pro hac vice*)
Joel M. Androphy
D.D.C. Bar No. 999769
James W. Quinn
(*Admitted pro hac vice*)
Bronwyn M. James
(*Admitted pro hac vice*)
120 West 45th Street, 38th Floor
New York, NY 10036
Tel: (646) 766-0073

*Attorneys for Plaintiffs*

OF COUNSEL:

Kathryn Page Berg
120 West 45th Street, 38th Floor
New York, NY 10036
(*Admitted pro hac vice*)
Tel: (646) 766-0073