# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 20-5367**                   **September Term, 2020**

**1:20-cv-02262-EGS**

**Filed On:** February 8, 2021

Teresa Richardson, et al.,

    Appellees

    v.

Joseph R. Biden, Jr., in his official capacity as
President of the United States, et al.,

    Appellants

## O R D E R

Upon consideration of the unopposed motion to voluntarily dismiss appeal, it is

**ORDERED** that the motion be granted and this case be dismissed.

The Clerk is directed to issue the mandate forthwith to the district court.

                                              **FOR THE COURT:**
                                              Mark J. Langer, Clerk

                         BY:    /s/
                                              Daniel J. Reidy
                                              Deputy Clerk